**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF NORTH DAKOTA

Case number *(if known)* _____   Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Jade Presents, LLC |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 48-1257416 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 1320 First Avenue North <br> Fargo, ND 58102 <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| Cass <br> County | **Location of principal assets, if different from principal place of business** <br> _____ <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   _____

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   Jade Presents, LLC                                           Case number (*if known*) _____
          Name

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

   7113

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

Debtor   Jade Presents, LLC
_____   Case number (*if known*) _____
Name

| List all cases. If more than 1, attach a separate list | Debtor | Tickets300, LLC | Relationship | Affiliate (Common Ownership) |
|---|---|---|---|---|
| | District | North Dakota | When  6/6/26 | Case number, if known  TBD |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☒ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☒ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 3

Debtor   Jade Presents, LLC                                          Case number (*if known*) _____
     Name

<span style="background:black">      </span>   **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
    **of authorized**
    **representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 6, 2026
             MM / DD / YYYY

**X** /s/   Jade Nielsen _____     Jade Nielsen _____
    Signature of authorized representative of debtor     Printed name

Title    Authorized Agent _____

**18. Signature of attorney**   **X** /s/ Maurice VerStandig _____    Date   June 6, 2026
    Signature of attorney for debtor            MM / DD / YYYY

Maurice VerStandig _____
Printed name

The Dakota Bankruptcy Firm _____
Firm name

1630 1st Avenue N.
Suite B PMB 24
Fargo, ND 58102 _____
Number, Street, City, State & ZIP Code

Contact phone   (701) 394-3215 _____   Email address   mac@dakotabankruptcy.com _____

MD18071 (District of Columbia) _____
Bar number and State

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 26-30438 |
| | ) | (Chapter 11) |
| JADE PRESENTS, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTES ACCOMPANYING PETITION AND SCHEDULES**

1.      Some combination of Jade Presents, LLC ("Jade Presents" or the "Debtor") and one or more related entities own various golf carts. Several such golf carts are listed on Schedule A/B. The Debtor is still in the process of ascertaining which entity actually owns each such golf cart and the approximate gross value of each such golf cart. There is a strong possibility this portion of Schedule A/B is materially errant in current form.

2.      Jade Presents holds certain litigation rights, arising under chapter 5 of title 11 of the United States Code, against entities in the merchant cash advance ("MCA") industry. Insofar as most of these rights arise at the time of filing, having not previously been an asset of the Debtor, these are not listed on Schedule A/B but, rather, regarded as arising contemporaneously with the docketing of the petition for relief.

3.      The stage monitor and line array, indicated on an exhibit to Schedule A/B, are no longer assets of the Debtor.

4.      Either the Debtor or a related entity owns a vending trailer (the "Info Trailer"). The ownership of this asset is being investigated and an update will be appropriately made in due course.

5.      Jade Presents is in the concert promotion business. While Schedule G faithfully recites, *inter alia*, the various extant artist performance contracts to which Jade Presents is a party,

1

there are other events being promoted for which a contract has not yet been executed (some with contracts in unexecuted form, some without contracts having been drafted as of present). Unexecuted and undrafted contracts are *not* listed on Schedule G, however a good faith effort has been made to include impacted potential contractual counterparties on the creditor mailing matrix being filed herewith.

6. "Unknown Ticket Holders" are scheduled as a creditor without an address. It is estimated this entry accounts for not less than 5,000 members of the consumer public. One or more first day motions will further address issues related to the giving of notice to—and receipt of claims from—members of the consumer public.

7. Counsel was paid a retainer of $15,000.00, as indicated on the disclosure of compensation filed herewith. Of that sum, $10,158.00 was expended on pre-petition work (including the advanced payment of the chapter 11 filing fee) and drawn down immediately prior to the filing of this case. The remaining retainer balance is $4,842.00.

<div style="margin-left: 50%;">

Respectfully Submitted,

</div>

Dated: June 6, 2026      By:    /s/ Maurice B. VerStandig
         Maurice B. VerStandig, Esq.
         The Dakota Bankruptcy Firm
         1630 1st Avenue N
         Suite B PMB 24
         Fargo, North Dakota 58102-4246
         Phone: (701) 394-3215
         mac@dakotabankruptcy.com
         *Proposed Counsel for the Debtor*

## RESOLUTION OF JADE PRESENTS, LLC

The undersigned, being the sole member of Jade Presents, LLC ("Jade Presents"), does hereby resolve as follows:

WHEREAS, Jade Presents has become burdened by various debts to third parties; and

WHEREAS, if able to reorganize, Jade Presents may be able to continue operating as a productive going concern;

WHEREAS, the undersigned, as sole member, has determined that it is in the best interest of Jade Presents to seek relief under Title 11 of the United States Code and to pursue a reorganization of its affairs;

IT IS NOW, THEREFORE, RESOLVED as follows:

1.      Pursuant to Sections 10-32.1-08 and 10-32.1-39 of the North Dakota Century Code, the undersigned, acting on behalf of Jade presents, is authorized to take any and all actions necessary to file a petition for relief pursuant to Section 301 of Title 11 of the United States Code;

2.      Pursuant to Sections 10-32.1-08 and 10-32.1-39 of the North Dakota Century Code, the undersigned is authorized to engage counsel to act as general reorganization counsel to Jade Presents, and any efforts already so taken are hereby ratified and affirmed to the extent necessary;

3.      Pursuant to Sections 10-32.1-08 and 10-32.1-39 of the North Dakota Century Code, the undersigned is authorized and directed to work with the general reorganization counsel of Jade Presents to reorganize Jade Presents through whatever means may be most effective, including reapportionment of equity, sale and/or liquidation.

Dated this 6th day of June 2026

JADE PRESENTS, LLC

By: _Jade Nielsen_
C2E2BEB9E8674E6...
By: Jade R. Nielsen
Its: Sole Member

**Fill in this information to identify the case:**

Debtor name    Jade Presents, LLC

United States Bankruptcy Court for the:    DISTRICT OF NORTH DAKOTA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 6, 2026            **X** /s/   Jade Nielsen
                                            Signature of individual signing on behalf of debtor

                                            Jade Nielsen
                                            Printed name

                                            Authorized Agent
                                            Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name | Jade Presents, LLC

United States Bankruptcy Court for the: DISTRICT OF NORTH DAKOTA

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| American Express P.O. Box 981537 El Paso, TX 79998 | | Credit Card | | | | $40,297.20 |
| ASCAP Attn: S&C Licensing 21678 Network Place Chicago, IL 60673-1216 | | Vendor | | | | $29,773.51 |
| BMI PO Box 630893 Cincinnati, OH 45263-0893 | | Vendor | | | | $19,920.44 |
| Bravera Bank Fargo Branch 3000 25th Street South Fargo, ND 58103 | | Business LOC | | | | $249,999.16 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   Jade Presents, LLC                                     Case number (if known)  _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| David Bernstein PO Box 5104 Sioux City, IA 51102 | | All of Debtor's inventory now owned or hereafter acquired; all of Debtor's accounts, Deposit Accounts, Investment Property, Letter of Credit Rights, Supporting Obligations, now existing or hereafter arising, together with all interest of Debtor in any goods, the sale or lease of which give rise to any of Debtor's accounts, and all chattel paper, documents and instruments relating to accounts; all of Debtor's general intangibles, now owned or hereafter acquired; all of Debtor's equipment now owned or hereafter acquired. | | $175,000.00 | $0.00 | $175,000.00 |
| Eide Bailly, LLP 4310 17th Avenue South PO Box 2545 Fargo, ND 58108-2545 | | Professional services | | | | $30,450.00 |
| Emily Finley 6606 Toronto Drive South Fargo, ND 58104 | | Wages | | | | $39,672.07 |
| Essentia Health 502 E 2ND ST Duluth, MN 55805 | | Season Sponsorship | | | | $36,000.00 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   Jade Presents, LLC

Name

Case number (if known)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Holly Funding, LLC 1309 Coffeen Avenue  Suite 1200 Sheridan, WY 82801 | | SECURED PARTY HAS PURCHASED AN INTEREST IN ACCOUNTS AND PROCEEDS FROM DEBTOR, DESCRIBED AS "RECEIPTS" IN THE AGREEMENT BETWEEN DEBTOR AND SECURED PARTY, AND AS A RESULT, SECURED PARTY HAS A SECURITY INTEREST IN SUCH RECEIPTS. "RECEIPTS" MEANS ALL ACCOUNTS RECEIVABLE AND PAYMENT RIGHTS ARISING OUT OF OR RELATING TO FOR MERCHANT'S SALE OR DELIVERY OF GOODS AND/OR SERVICES DUE TO DEBTOR AFTER THE DATE OF THE AGREEMENT, WHETHER PAID DIRECTLY BY MERCHANT'S CUSTOMERS OR PAID BY OTHERS ON MERCHANT'S CUSTOMERS' BEHALVES OR AS REIMBURSEMENTS. DEBTOR AND SECURED PARTY INTEND THAT THE SALE OF RECEIPTS IS A SALE AND NOT AN ASSIGNMENT FOR SECURITY.SECURED PARTY HAS BEEN GRANTED A SECURITY INTEREST IN: ALL ACCOUNTS AND PROCEEDS | Disputed | $143,017.00 | $0.00 | $143,017.00 |

| Debtor | Jade Presents, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Horizon Investment, LLC 210 Broadway North, Suite 301 Fargo, ND 58102 | | Unsecured Loan | | | | $475,000.00 |
| Icon Entertainment Group 5700 Buckingham Parkway, 2nd Floor Culver City, CA 90230 | | | | | | $58,710.43 |
| Martin Media Worldwide, LLC 2140 Taylor Street Suite 302 San Francisco, CA 94133 | | Vendor | | | | $26,418.84 |
| Midwest Bank Detroit Lakes Branch 613 Hwy 10 E PO Box 703 Detroit Lakes, MN 56501 | | Business Revolving LOC | | | | $250,000.00 |
| Midwest Bank Detroit Lakes Branch 613 Hwy 10 E PO Box 703 Detroit Lakes, MN 56501 | | Unsecured Loan | | | | $100,000.00 |
| Nocturnal Hospitality Group 1320 First Avenue North Fargo, ND 58102 | | | | | | $19,980.00 |
| Rocket Capital NY, LLC 19950 W Country Club Drive Suite 902 Miami, FL 33180 | | Receivables and proceeds thereof. | Disputed | $113,050.00 | $0.00 | $113,050.00 |
| RSK Touring, LLC 601 Taylor Place, Suite 106 Nashville, TN 37208 | | | | | | $47,089.79 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   Jade Presents, LLC

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Sheffield Financial PO Box 1704 Clemmons, NC 27012 | | Pre-Owned PTV/Golf Car; Model:HAULER 1200; VIN/SN:3470707 Pre-Owned PTV/Golf Car; Model:HAULER 1200; VIN/SN:3469830 Pre-Owned PTV/Golf Car; Model:TXT 6 PASS; VIN/SN:3084190 Pre-Owned PTV/Golf Car; Model:TXT 6 PASS; VIN/SN:3083571 | | $23,923.90 | Unknown | $23,923.90 |
| Star Entertainment, USA, Inc. 1013 Centre Road Suite 403S Wilmington, DE 19805 | | | Disputed | | | $33,528.75 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 5

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Jade Presents, LLC | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| U.S. Small Business Administration 10737 Gateway West, #300 El Paso, TX 79935 | | All tangible and intangible personal property, including, but not limited to: (a) inventory, (b) equipment, (c) instruments, including promissory notes (d) chattel paper, including tangible chattel paper and electronic chattel paper, (e) documents, (f) letter of credit rights, (g) accounts, including health-care insurance receivables and credit card receivables, (h) deposit accounts, (i) commercial tort claims, (j) general intangibles, including payment intangibles and software and (k) as-extracted collateral as such terms may from time to time be defined in the Uniform Commercial Code. The security interest Borrower grants includes all accessions, attachments, accessories, parts, supplies and replacements for the Collateral, all products, proceeds and collections thereof and all records and data relating thereto. | | $150,000.00 | $0.00 | $150,000.00 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      Jade Presents, LLC

United States Bankruptcy Court for the:    DISTRICT OF NORTH DAKOTA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................................................... $     60,000.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................................ $     333,460.10

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................................. $     393,460.10

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $     611,107.75

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $     68,401.01

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$     2,218,380.39

4.  **Total liabilities** .................................................................................................................................................
    Lines 2 + 3a + 3b     $     2,897,889.15

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Jade Presents, LLC___

United States Bankruptcy Court for the: ___DISTRICT OF NORTH DAKOTA___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on _Schedule G: Executory Contracts and Unexpired Leases_ (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** (Identify all)

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bravera | Checking | 1441 | $0.00 |
| 3.2. | Bravera | Checking | 1524 | $0.00 |

4. **Other cash equivalents** (Identify all)

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $0.00 |
   |---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

11. **Accounts receivable**

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   Jade Presents, LLC _____   Case number *(If known)* _____
         Name

11a. 90 days old or less:   212,190.10   -   0.00   = ....   $212,190.10
                     face amount          doubtful or uncollectible accounts

---

12.   **Total of Part 3.**                                          $212,190.10

      Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

### Part 4:   Investments

13. **Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

### Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

### Part 7:   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** Office furniture and fixtures, including wooden bar and fiberboard phone booth, per attached fixed asset schedule | $0.00 | | $2,817.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Assorted office computer equipment, including Lenovo computers, HP laptops, MacBooks, iPad, printer, and TVs, per attached asset schedule. | $0.00 | | $13,327.00 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.   **Total of Part 7.**                                          $16,144.00

      Add lines 39 through 42.   Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ☒ No

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Jade Presents, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   Merchandise Trailer | $0.00 | | Unknown |
| 47.2.   Cushman SUV (Facebook Marketplace,<br>12/11/2024) | $0.00 | | $1,160.00 |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>VERSA temporary fence panels. | $0.00 | | $6,888.00 |
| 40' prefab expandable building | $0.00 | | $25,220.00 |
| Duradeck | $0.00 | | $12,527.00 |
| Outdoor balloon lights | $0.00 | | $5,184.00 |
| Three angle frame bleachers | $0.00 | | $25,554.00 |
| Double deck platform | $0.00 | | $22,046.00 |
| Assorted event equipment, tents, tent covers,<br>misting tent, benches, hammock, and generators,<br>per attached fixed asset schedule | $0.00 | | $6,547.00 |
| Pre-Owned PTV/Golf Car; Model:HAULER 1200;<br>VIN/SN:3470707 | $0.00 | | Unknown |
| Pre-Owned PTV/Golf Car; Model:HAULER 1200;<br>VIN/SN:3469830 | $0.00 | | Unknown |

Official Form 206A/B                          Schedule A/B Assets - Real and Personal Property                          page 3

Best Case Bankruptcy

Debtor    Jade Presents, LLC                                          Case number *(If known)* _____
_____
          Name

| | | | |
|---|---|---|---|
| Pre-Owned PTV/Golf Car; Model:TXT 6 PASS; VIN/SN:3084190 | $0.00 | | Unknown |
| Pre-Owned PTV/Golf Car; Model:TXT 6 PASS; VIN/SN:3083571 | $0.00 | | Unknown |
| Club Car CA300G gas utility vehicle/cart | $0.00 | | Unknown |
| Club Car CA300G gas utility vehicle/cart | $0.00 | | Unknown |
| Club Car CA300G gas utility vehicle/cart | $0.00 | | Unknown |
| Club Car Villager 4 gas utility vehicle/cart | $0.00 | | Unknown |
| Club Car Villager 4 gas utility vehicle/cart | $0.00 | | Unknown |

51. **Total of Part 8.**                                                          $105,126.00

Add lines 47 through 50.   Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☒ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.   Go to Part 10.
    ☒ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. Artist Village (cabins, deck, three trailers) | | $0.00 | Owner's Approximation | $60,000.00 |

56. **Total of Part 9.**                                                          $60,000.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☒ No
    ☐ Yes

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property              page 4

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor     Jade Presents, LLC                                    Case number *(If known)* _____
               Name

58.     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
          ☒ No
          ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.   Go to Part 12.
☐ Yes Fill in the information below.

Official Form 206A/B                     Schedule A/B Assets - Real and Personal Property                     page 5

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   Jade Presents, LLC _____       Case number *(If known)* _____
          Name

<table>
<tr><td colspan="3">Part 12:    **Summary**</td></tr>
</table>

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $212,190.10 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $16,144.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $105,126.00 | |
| 88. **Real property.** *Copy line 56, Part 9..........................................................................>* | | $60,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $333,460.10 | + 91b. $60,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $393,460.10 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

# Jade Presents, LLC — Schedule A/B Personal Property

| Description | Location / Address | Current Value |
|---|---|---|
| **Office - Equipment (computers/phones/software)  —  Part 7 – Office furniture, fixtures & equipment (Line 41)** | | |
| Lenovo Computer - Sloan, purchased from Best Buy on 1/20/2024 | 1320 1st Ave N, Fargo ND | $1,204.00 |
| HP 15.6" Intel i7, 16G memory, 512GB SSD (silver), purchased from Jade Nielsen on 2/29/2024 | 1320 1st Ave N, Fargo ND | $585.00 |
| Lenovo Laptop - Brittany, purchased from Best Buy on 2/14/2024 | 1320 1st Ave N, Fargo ND | $860.00 |
| 14" laptop, purchased from Jade Neilsen on 3/31/2024 | 1320 1st Ave N, Fargo ND | $1,204.00 |
| iPad Pro 11 w/ keyboard (Serial #RWQF0XWFM7), purchased from Jade Nielsen on 5/31/2024 | 1320 1st Ave N, Fargo ND | $1,460.00 |
| HP 15.6" Laptop, purchased from Jade Nielsen on 5/31/2024 | 1320 1st Ave N, Fargo ND | $774.00 |
| Samsung 85" Q60C LED TV for conference room, purchased from Jade Nielsen on 5/31/2024 | 1320 1st Ave N, Fargo ND | $1,075.00 |
| TVs for Fest Field, purchased from Walmart on 6/18/2024 | 513 14th St N, Fargo ND | $2,109.00 |
| RFB MacBook Pro 14 (Serial #TLH99PG2VN), purchased from Jade Nielsen on 6/30/2024 | 1320 1st Ave N, Fargo ND | $1,375.00 |
| MacBook Pro 14 (Serial #DJY7X9DDJ3), purchased from Jade Nielsen on 6/30/2024 | 1320 1st Ave N, Fargo ND | $1,719.00 |
| Thermofax printer, purchased from Kingpin Tattoo Supply on 9/25/2024 | 1320 1st Ave N, Fargo ND | $962.00 |
| **Subtotal — Office - Equipment (computers/phones/software)** | | **$13,327.00** |

| Description | Location / Address | Current Value |
|---|---|---|
| **Office - Furniture   —   Part 7 – Office furniture, fixtures & equipment (Line 39)** | | |
| 12' wooden bar on wheels, purchased from Vincent Gacke on 3/7/2024 | 509 14th St N, Fargo ND | $1,960.00 |
| Fiberboard phone booth with electrical fixtures | 1320 1st Ave N, Fargo ND | $857.00 |
| **Subtotal — Office - Furniture** | | **$2,817.00** |

| Description | Location / Address | Current Value |
|---|---|---|
| **Other - Other assets   —   Part 11 – All other assets (Line 91)** | | |
| VERSA Temp Fence Panels, purchased from Sonco Perimeter Security on 4/30/2024 | 513 14th St N, Fargo ND | $6,888.00 |
| Stage monitor & line array, purchased from T&E Concert Services on 5/6/2024 | 513 14th St N, Fargo ND | $4,444.00 |
| 40' Prefab Expandable Building, purchased from Sota Enterprises on 5/7/2024 | 801 50th Ave SW, Moorhead MN | $25,220.00 |
| Duradeck, purchased from Signature Systems on 5/10/2024 | 513 14th St N, Fargo ND | $12,527.00 |
| Outdoor balloon lights, purchased from SeeDevil on 6/5/2024 | 513 14th St N, Fargo ND | $5,184.00 |
| Misting tent and benches, purchased from Amazon on 6/15/2024 | 513 14th St N, Fargo ND | $1,752.00 |
| New covers for 20' x 20' tents for UPDFF, purchased from AKS Industries on 6/18/2024 | 513 14th St N, Fargo ND | $2,397.00 |

| Description | Location / Address | Current Value |
|---|---|---|
| Outdoor hammock with freestanding wood frame, purchased from Amazon on 6/10/2024 | 513 14th St N, Fargo ND | $641.00 |
| (3) Angle Frame bleachers + shipping, purchased from GLK Corp on 8/31/2024 | 1329 5th Ave N, Fargo ND | $25,554.00 |
| (1) Double deck platform + shipping, purchased from GLK Corp on 8/31/2024 | 1329 5th Ave N, Fargo ND | $22,046.00 |
| | **Subtotal — Other - Other assets** | **$106,653.00** |

| Vehicles - Other machinery/equipment   —   Part 8 – Machinery, equipment & vehicles (Line 50) | | |
|---|---|---|
| 1998 EZGO Workhorse Green Golf Cart, purchased from All Season Motor Sports on 7/10/2024 | 513 14th St N, Fargo ND | $2,402.00 |
| 1998 EZGO Workhorse Green Golf Cart, purchased from All Season Motor Sports on 7/10/2024 | 513 14th St N, Fargo ND | $2,402.00 |
| Generator, purchased from Harbor Freight Tools on 7/13/2024 | 513 14th St N, Fargo ND | $645.00 |
| 8750/7000W Generator, purchased from Harbor Freight Tools on 8/11/2024 | 513 14th St N, Fargo ND | $1,112.00 |
| | **Subtotal — Vehicles - Other machinery/equipment** | **$6,561.00** |

| Vehicles - Cars/trucks/vans/motorcycles   —   Part 8 – Machinery, equipment & vehicles (Line 47) | | |
|---|---|---|
| Cushman SUV, purchased from Facebook Marketplace on 12/11/2024 | 513 14th St N, Fargo ND | $1,160.00 |
| | **Subtotal — Vehicles - Cars/trucks/vans/motorcycles** | **$1,160.00** |

| | | |
|---|---|---|
| | **TOTAL — All Personal Property** | **$130,518.00** |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name     Jade Presents, LLC

United States Bankruptcy Court for the:   DISTRICT OF NORTH DAKOTA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                 12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|
| **2.1 David Bernstein**<br>Creditor's Name<br><br><br>PO Box 5104<br>Sioux City, IA 51102<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>05/26/26<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>All of Debtor's inventory now owned or hereafter acquired; all of Debtor's accounts, Deposit Accounts, Investment Property, Letter of Credit Rights, Supporting Obligations, now existing or hereafter arising, together with all interest of Debtor in any goods, the sale or lease of which give rise to any of Debtor's accounts, and all chattel paper, documents and instruments relating to accounts; all of Debtor's general intangibles, now owned or hereafter acquired; all of Debtor's equipment now owned or hereafter acquired.<br><br>**Describe the lien**<br>UCC<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $175,000.00 | $0.00 |
| **2.2 First Insurance Funding**<br>Creditor's Name<br><br>450 Skokie Blvd, Ste 1000<br>Northbrook, IL 60062-7917<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred** | **Describe debtor's property that is subject to a lien**<br><br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☒ No | $6,116.85 | $0.00 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   Jade Presents, LLC _____   Case number (if known) _____
　　　　Name

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
2617

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | Holly Funding, LLC | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**
SECURED PARTY HAS PURCHASED AN INTEREST IN ACCOUNTS AND PROCEEDS FROM DEBTOR, DESCRIBED AS "RECEIPTS" IN THE AGREEMENT BETWEEN DEBTOR AND SECURED PARTY, AND AS A RESULT, SECURED PARTY HAS A SECURITY INTEREST IN SUCH RECEIPTS. "RECEIPTS" MEANS ALL ACCOUNTS RECEIVABLE AND PAYMENT RIGHTS ARISING OUT OF OR RELATING TO FOR MERCHANT'S SALE OR DELIVERY OF GOODS AND/OR SERVICES DUE TO DEBTOR AFTER THE DATE OF THE AGREEMENT, WHETHER PAID DIRECTLY BY MERCHANT'S CUSTOMERS OR PAID BY OTHERS ON MERCHANT'S CUSTOMERS' BEHALVES OR AS REIMBURSEMENTS. DEBTOR AND SECURED PARTY INTEND THAT THE SALE OF RECEIPTS IS A SALE AND NOT AN ASSIGNMENT FOR SECURITY.SECURED PARTY HAS BEEN GRANTED A SECURITY INTEREST IN: ALL ACCOUNTS AND PROCEEDS

$143,017.00          $0.00

1309 Coffeen Avenue
Suite 1200
Sheridan, WY 82801
Creditor's mailing address

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
07/11/25

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.4 | Rocket Capital NY, LLC | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**
Receivables and proceeds thereof.

$113,050.00          $0.00

19950 W Country Club Drive
Suite 902

Miami, FL 33180
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

---

| Debtor | Jade Presents, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**
05/30/25

**Last 4 digits of account number**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.5 | Sheffield Financial | **Describe debtor's property that is subject to a lien** | $23,923.90 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | Pre-Owned PTV/Golf Car; Model:HAULER 1200; VIN/SN:3470707; Pre-Owned PTV/Golf Car; Model:HAULER 1200; VIN/SN:3469830 ; Pre-Owned PTV/Golf Car; Model:TXT 6 PASS; VIN/SN:3084190 ; Pre-Owned PTV/Golf Car; Model:TXT 6 PASS; VIN/SN:3083571 | | |

PO Box 1704
Clemmons, NC 27012
Creditor's mailing address

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
04/17/25

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | U.S. Small Business Administration | **Describe debtor's property that is subject to a lien** | $150,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | All tangible and intangible personal property, including, but not limited to: (a) inventory, (b) equipment, (c) instruments, including promissory notes (d) chattel paper, including tangible chattel paper and electronic chattel paper, (e) documents, (f) letter of credit rights, (g) accounts, including health-care insurance receivables and credit card receivables, (h) deposit accounts, (i) commercial tort claims, (j) general intangibles, including payment intangibles and software and (k) as-extracted collateral as such terms may from time to time be defined in the Uniform Commercial Code. The security interest Borrower grants includes all accessions, attachments, accessories, parts, supplies and replacements for the Collateral, all products, proceeds and collections thereof and all records and data relating thereto. | | |

10737 Gateway West, #300
El Paso, TX 79935
Creditor's mailing address

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 4

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   Jade Presents, LLC                                    Case number (if known) _____
         ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
         Name

**Date debt was incurred**          ☒ No
05/13/2020                          ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
7406

**Do multiple creditors have an**          As of the petition filing date, the claim is:
**interest in the same property?**         Check all that apply
☒ No                                       ☐ Contingent
☐ Yes. Specify each creditor,              ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $611,107.75

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|---------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-----------------------------------------------------------|-------------------------------------------------|
|                  |                                                           |                                                 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      Jade Presents, LLC

United States Bankruptcy Court for the:   DISTRICT OF NORTH DAKOTA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.96 | $410.96 |
|---|---|---|---|
| Brittany Muchow<br>4811 44th Street<br>Fargo, ND 58104 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>Wages | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

**2.2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,593.89 | $7,593.89 |
|---|---|---|---|
| Carly Pritchard<br>810 7th Street South<br><br>Fargo, ND 58103 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>Wages | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

**2.3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,730.44 | $5,730.44 |
|---|---|---|---|
| Courtney Ficek<br>901 33rd Avenue North, Suite 305<br>Fargo, ND 58102 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim:<br>Wages | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    Jade Presents, LLC                                      Case number (if known) _____
        Name

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $39,672.07 | $17,150.00 |

**2.4** Priority creditor's name and mailing address
Emily Finley
6606 Toronto Drive South
Fargo, ND 58104

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$39,672.07    $17,150.00

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.5** Priority creditor's name and mailing address
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.6** Priority creditor's name and mailing address
Jade Nielsen
4880 38th Ave S
Fargo, ND 58104

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.7** Priority creditor's name and mailing address
Lauren Nelson
505 Oak St N
#203
Fargo, ND 58102

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,609.03    $1,609.03

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.8** Priority creditor's name and mailing address
Minnesota Department of Revenue
600 Robert St N
Saint Paul, MN 55101

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Jade Presents, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

Minnesota OSHA and Worker's Com. Divisio
525 Lake Ave. South, Suite 330
Duluth, MN 55802

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

ND Workforce Safety & Insurance
1600 E. Century Ave, Ste 1
Bismarck, ND 58503

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
58503

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

North Dakota Office of State Tax Commiss
600 E. Boulevard Ave.
Dept. 127
Bismarck, ND 58505

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

Shelby Jondahl
3711 21st St S

Fargo, ND 58104

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,384.62 | $13,384.62 |

Zachary Click
1621 S University Dr.
#430
Fargo, ND 58103

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

| Debtor | Jade Presents, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| **3.1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,807.34** |
|---|---|---|---|
| | 1% Productions<br>1620 S 49th Street<br>Omaha, NE 68106 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 01/01/2025 | **Basis for the claim:** Vendor | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

| **3.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$425.00** |
|---|---|---|---|
| | 701 Wraps<br>5524 53rd Avenue SW<br>Unit A-1<br>Fargo, ND 58104 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 04/02/2025 | **Basis for the claim:** Vendor | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

| **3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,483.50** |
|---|---|---|---|
| | All Season Motorsports<br>2205 Sheyenne Street West<br>West Fargo, ND 58078 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 09/2024 | **Basis for the claim:** Vendor | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

| **3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$40,297.20** |
|---|---|---|---|
| | American Express<br>P.O. Box 981537<br>El Paso, TX 79998 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Credit Card | |
| | **Last 4 digits of account number** 1005 | Is the claim subject to offset? ☒ No   ☐ Yes | |

| **3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$589.24** |
|---|---|---|---|
| | American Welding & Gas, Inc.<br>PO Box 779009<br>Chicago, IL 60677-9009 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 03/31/26 | **Basis for the claim:** Utilities | |
| | **Last 4 digits of account number** 3731 | Is the claim subject to offset? ☒ No   ☐ Yes | |

| **3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$29,773.51** |
|---|---|---|---|
| | ASCAP<br>Attn: S&C Licensing<br>21678 Network Place<br>Chicago, IL 60673-1216 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Vendor | |
| | **Last 4 digits of account number** 4314 | Is the claim subject to offset? ☒ No   ☐ Yes | |

| **3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$19,000.00** |
|---|---|---|---|
| | Bergseth Bros. Co.<br>1211 47th St N<br>Fargo, ND 58102 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Season Sponsorship | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No   ☐ Yes | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | Jade Presents, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,375.00**

Bill Young Productions, Inc.
PO Box 4356
Department 2242
Houston, TX 77210-4356

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/05/26

**Basis for the claim:** Vendor

**Last 4 digits of account number** 6407

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,200.00**

Blarney Stone Pub, LLC
408 E Main Ave
Bismarck, ND 58501

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Season Sponsorship

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500.00**

Block 9 Hotel LLC
d/b/a Jasper Hotel
210 Broadway N
Ste 300
Fargo, ND 58102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Season Sponsorship

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,344.98**

Blue Cross Blue Shield of ND
PO Box 857668
Minneapolis, MN 55485-7668

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 05/01/26

**Basis for the claim:** Insurance

**Last 4 digits of account number** 0001

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500.00**

Blushed Beauty Bar, Inc.
5177 44th St S
Fargo, ND 58104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Season Sponsorship

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$19,920.44**

BMI
PO Box 630893
Cincinnati, OH 45263-0893

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Vendor

**Last 4 digits of account number** 4704

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$249,999.16**

Bravera Bank
Fargo Branch
3000 25th Street South
Fargo, ND 58103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 10/28/25

**Basis for the claim:** Business LOC

**Last 4 digits of account number** 8600

Is the claim subject to offset?    ☒ No    ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor    Jade Presents, LLC                                    Case number (if known) _____
          Name

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,500.00 |

Bravera Bank
Fargo Branch
3000 25th Street South
Fargo, ND 58103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _          **Basis for the claim:** _Season Sponsorship_

**Last 4 digits of account number** _      Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,500.00 |

Brennan's Garage, LLC
4021 Main Avenue, Ste C
Fargo, ND 58103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _06/01/26_    **Basis for the claim:** _Vendor_

**Last 4 digits of account number** _      Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,000.00 |

Carly Pritchard
810 7th Street South

Fargo, ND 58103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _          **Basis for the claim:** _Loan (No Recorded UCC)_

**Last 4 digits of account number** _      Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,000.00 |

Chub's Pub, LLC
421 N University Dr
Attn: Wade Lindgren
Fargo, ND 58102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _          **Basis for the claim:** _Season Sponsorship_

**Last 4 digits of account number** _      Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |

City of Fargo
225 4th St N
Fargo, ND 58102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _          **Basis for the claim:** _

**Last 4 digits of account number** _      Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,026.22 |

City of Moorhead
Attn: Accounts Receivable
PO Box 817
Moorhead, MN 56561-0817

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _          **Basis for the claim:** _

**Last 4 digits of account number** _3697_    Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

City of West Fargo
800 4th Avenue East
Suite 1
West Fargo, ND 58078

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _10/14/24_    **Basis for the claim:** _

**Last 4 digits of account number** _1760_    Is the claim subject to offset?   ☒ No   ☐ Yes

---

| Debtor | Jade Presents, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

Class B Development, LLC
2494 Rivers Bend Drive East
West Fargo, ND 58078

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Vendor

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$528.15**

Colonial Life Employee Benefit
Attn: Premium Processing
PO Box 903 Columbia SC
Columbia, SC 29202-0903

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Insurance

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,900.00**

Courtney Ficek
901 33rd Avenue North, Suite 305
Fargo, ND 58102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Loan (No Recorded UCC)

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15,150.00**

Dack Daniel's Touring, Inc.
11 Music Circle South
Nashville, TN 37216

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$400.00**

Dakota NFL Lions
c/o Denise Johnson
301 21st Street South
Fargo, ND 58103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 09/30/25

**Basis for the claim:** Vendor

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,715.59**

Dakota Plains Mechanical
315 27th Circle South
Fargo, ND 58103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 06/11/25

**Basis for the claim:** Vendor

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$410.58**

Duluth Entertainment Convention Center
350 Harbor Drive
Duluth, MN 55802-2698

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 06/11/25

**Basis for the claim:** Vendor

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,450.00**

Eide Bailly, LLP
4310 17th Avenue South
PO Box 2545
Fargo, ND 58108-2545

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Professional services

**Last 4 digits of account number** 1545

Is the claim subject to offset?   ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Jade Presents, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $15,352.63 |
|---|---|---|---|

Elan Financial Services
PO Box 790408
Saint Louis, MO 63179-0408

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Credit Card_

**Last 4 digits of account number** _1844_

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $14,800.00 |
|---|---|---|---|

Eli Young LLC
PO Box 340020
Nashville, TN 37203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $17,691.75 |
|---|---|---|---|

Emporium Presents, LLC
888 Westheimer #120
Houston, TX 77006

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Vendor_

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $36,000.00 |
|---|---|---|---|

Essentia Health
502 E 2ND ST
Duluth, MN 55805

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Season Sponsorship_

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,103.70 |
|---|---|---|---|

Fargo RentAll, Inc.
3201 32nd Street South
Fargo, ND 58104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _06/11/25_

**Basis for the claim:** _Vendor_

**Last 4 digits of account number** _4855_

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $16,338.16 |
|---|---|---|---|

Fargo Theatre
314 Broadway North
Fargo, ND 58102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Vendor_

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,715.76 |
|---|---|---|---|

FM Ambulance Service, Inc.
2215 18th Street South
Fargo, ND 58103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Vendor_

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

FMWF Chamber of Commerce
3312 42nd Street South
Suite 101
Fargo, ND 58104

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _01/01/26_

**Basis for the claim:** _Vendor_

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   Jade Presents, LLC                                        Case number (if known) _____
         Name

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $720.00 |
|---|---|---|---|
| | Fourteen Acres, Inc.<br>22546 North Pearl Lake Road<br>Detroit Lakes, MN 56501 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 04/04/26 | **Basis for the claim:** Vendor | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,789.37 |
|---|---|---|---|
| | Gimmie Gimmie Disco<br>13359 North Hwy 183<br>Unit 406-1280<br>Austin, TX 78750 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 02/06/26 | **Basis for the claim:** Vendor | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,985.00 |
|---|---|---|---|
| | Global Tour Creatives, LLC<br>9200 Sunset Blvd<br>Suite 320<br>West Hollywood, CA 90069 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Vendor | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $720.00 |
|---|---|---|---|
| | Grassland Web Design, Inc.<br>22546 North Pearl Lake Road<br>Detroit Lakes, MN 56501 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 07/15/25 | **Basis for the claim:** Vendor | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $475,000.00 |
|---|---|---|---|
| | Horizon Investment, LLC<br>210 Broadway North, Suite 301<br>Fargo, ND 58102 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** 20/2020 | **Basis for the claim:** Unsecured Loan | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $58,710.43 |
|---|---|---|---|
| | Icon Entertainment Group<br>5700 Buckingham Parkway, 2nd Floor<br>Culver City, CA 90230 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,400.00 |
|---|---|---|---|
| | Informational Management Systems<br>PO Box 790<br>Fargo, ND 58107-0790 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Vendor | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $112,266.07 |
|---|---|---|---|
| | Jade Nielsen Properties<br>1320 First Avenue North<br>Fargo, ND 58102 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

Debtor    Jade Presents, LLC                                    Case number (if known)
_____
Name

| | | |
|---|---|---|
| 3.46 | **Nonpriority creditor's name and mailing address** | $1,570.79 |

Jade R Nielson
4880 38th Street South
Fargo, ND 58103

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 07/23/25

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?  ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| 3.47 | **Nonpriority creditor's name and mailing address** | $4,069.63 |

Jiffy John's Inc.
PO Box 310
Pelican Rapids, MN 56572

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 10/07/24

**Basis for the claim:** Vendor

**Last 4 digits of account number** _    Is the claim subject to offset?  ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| 3.48 | **Nonpriority creditor's name and mailing address** | $615.00 |

JK & Sons LLC
d/b/a Broadway Rickshaw
1555 Woodridge Ln
Attn: Jeffrey Ebsch
West Fargo, ND 58078

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Season Sponsorship

**Last 4 digits of account number** _    Is the claim subject to offset?  ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| 3.49 | **Nonpriority creditor's name and mailing address** | $13,200.00 |

Kerry King
3130 Wilshire Blvd
Suite 600
Santa Monica, CA 90403

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 08/13/24

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?  ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| 3.50 | **Nonpriority creditor's name and mailing address** | $10,675.00 |

Lanai Marketing
6244 Irving Avenue South
Minneapolis, MN 55423

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 10/06/25

**Basis for the claim:** Vendor

**Last 4 digits of account number** _    Is the claim subject to offset?  ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| 3.51 | **Nonpriority creditor's name and mailing address** | $2,000.00 |

Legends Sports Bar & Grill
803 Belsly Blvd
Suite 100
Moorhead, MN 56560

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Season Sponsorship

**Last 4 digits of account number** _    Is the claim subject to offset?  ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| 3.52 | **Nonpriority creditor's name and mailing address** | $400.05 |

Leighton Broadcasting - FF
PO Box 1458
Saint Cloud, MN 56302

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 09/30/25

**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?  ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor   Jade Presents, LLC                                    Case number (if known)
         Name

| 3.53 | **Nonpriority creditor's name and mailing address**<br>Locals Love Us Fargo-Moorhead<br>5 14th St N Commons<br>#5,<br>Fargo, ND 58102 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,850.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Season Sponsorship | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address**<br>Love Productions<br>400 West 43rd St<br>Ste 10R<br>New York, NY 10036 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $15,000.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address**<br>Macro Technologies, Inc<br>PO Box 790448<br>Saint Louis, MO 63179-0448 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,228.25 |
|---|---|---|---|
| | **Date(s) debt was incurred** 06/25/26 | **Basis for the claim:** Contract Payment | |
| | **Last 4 digits of account number** 8000 | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address**<br>Mark Music & Media Law<br>Attn: Piffilicious, Inc<br>1261 Broadway, Suite 505<br><br>New York, NY 10001 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,500.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** 04/24/26 | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address**<br>Martin Media Worldwide, LLC<br>2140 Taylor Street<br>Suite 302<br>San Francisco, CA 94133 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $26,418.84 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Vendor | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address**<br>Marvin Lumber and Cedar Company, LLC<br>PO Box 100<br>Warroad, MN 56763 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,500.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Down Payment | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.59 | **Nonpriority creditor's name and mailing address**<br>Marvin Windows<br>101 Marvin Rd<br>Ripley, TN 38063 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,500.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Season Sponsorship | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Jade Presents, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.60** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $13,500.00

Medium Build Touring
11400 W Olympic Blvd
Ste 350
Los Angeles, CA 90064

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,000.00

Melissa Kucirek
1944 South 62nd Street
Omaha, NE 68106

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  11/06/25

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $438.21

Midco-Business
PO Box 5010
Sioux Falls, SD 57117-5010

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $100,000.00

Midwest Bank
Detroit Lakes Branch
613 Hwy 10 E
PO Box 703
Detroit Lakes, MN 56501

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  09/26/2025

**Basis for the claim:**  Unsecured Loan

**Last 4 digits of account number**  4601

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $250,000.00

Midwest Bank
Detroit Lakes Branch
613 Hwy 10 E
PO Box 703
Detroit Lakes, MN 56501

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  01/17/25

**Basis for the claim:**  Business Revolving LOC

**Last 4 digits of account number**  4642

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,322.60

Midwest Radio of Fargo-Moorhead
Attn: Danny Hallock
PO Box 10097
Fargo, ND 58106-0097

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $644.25

Moen Portables & Septic
4502 25th Street North
Fargo, ND 58102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  08/30/25

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| Debtor | Jade Presents, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.67** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,500.00

Neil A. Van Dam
d/b/a Van Dam Financial Group
3803 50th St N
Fargo, ND 58102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,567.50

Neustel Law Offices, LTD
2534 S University Drive
Suite 4
Fargo, ND 58103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 05/03/25

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

NLFX Professionals
PO Box 1894
Bemidji, MN 56601

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $19,980.00

Nocturnal Hospitality Group
1320 First Avenue North
Fargo, ND 58102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.71** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $835.92

Nocturnal Resources, LLC
1320 First Avenue North
Fargo, ND 58102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.72** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,750.00

North Canna Co.
9494 Hemlock Ln N
Osseo, MN 55369

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Season Sponsorship

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.73** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,750.00

OneWealth LLC
406 Main Ave
Fargo, ND 58103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Season Sponsorship

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,345.14

Online, LLC
Lockbox: OneLive LLC
PO Box 224752
Dallas, TX 75222-4752

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 07/22/25

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Jade Presents, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.75** **Nonpriority creditor's name and mailing address**  $11,497.45
Prairie Public Broadcasting, Inc.
Attn: Jeannie Camarillo
PO Box 3240
Fargo, ND 58108-3240

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.76** **Nonpriority creditor's name and mailing address**  $3,629.64
Premier Label Water Co.
9903 Santa Monica Blvd. Suite 385
Beverly Hills, CA 90212

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 04/08/2026
**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.77** **Nonpriority creditor's name and mailing address**  $3,061.70
Radio FM Media
Attn: Kelly Ring
PO Box 9919
Fargo, ND 58106-9919

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/31/26
**Basis for the claim:** Vendor

**Last 4 digits of account number** _    Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.78** **Nonpriority creditor's name and mailing address**  $2,382.50
Radisson Blu
201 North 5th Street
Fargo, ND 58102

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Vendor

**Last 4 digits of account number** _    Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.79** **Nonpriority creditor's name and mailing address**  $12,500.00
Republic National Distributing Company o
1406 47th St N
Fargo, ND 58102

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Season Sponsorship

**Last 4 digits of account number** _    Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.80** **Nonpriority creditor's name and mailing address**  $801.07
Rifle Bird Music LLC
5210 Meadow Creek Dr
Austin, TX 78745

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.81** **Nonpriority creditor's name and mailing address**  $600.00
Rosewild
215 Broadway N
Fargo, ND 58102

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Season Sponsorship

**Last 4 digits of account number** _    Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.82** **Nonpriority creditor's name and mailing address**  $47,089.79
RSK Touring, LLC
601 Taylor Place, Suite 106
Nashville, TN 37208

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?  ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   Jade Presents, LLC
         Name

Case number (if known) _____

| 3.83 | **Nonpriority creditor's name and mailing address**<br>Sheala LLC<br>d/b/a Leela & Lavender<br>793 32nd Avenue W<br>Ste 101<br>West Fargo, ND 58078 | **As of the petition filing date, the claim is:** Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $600.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Season Sponsorship

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.84 | **Nonpriority creditor's name and mailing address**<br>Slainte Hotel Properties, LLC<br>d/b/a Hotel Donaldson<br>4614 Memorial Hwy<br>Attn: Chad Wachter<br>Mandan, ND 58554 | **As of the petition filing date, the claim is:** Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $500.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Season Sponsorship

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.85 | **Nonpriority creditor's name and mailing address**<br>Solitary Properties<br>1320 First Avenue North<br>Fargo, ND 58102 | **As of the petition filing date, the claim is:** Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $206,662.92 |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Vendor

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.86 | **Nonpriority creditor's name and mailing address**<br>Sound Central<br>500 South 59th Avenue West<br>Duluth, MN 55807 | **As of the petition filing date, the claim is:** Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,715.57 |

Date(s) debt was incurred  08/09/24

Last 4 digits of account number _

Basis for the claim:  Vendor

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.87 | **Nonpriority creditor's name and mailing address**<br>Star Entertainment, USA, Inc.<br>1013 Centre Road<br>Suite 403S<br>Wilmington, DE 19805 | **As of the petition filing date, the claim is:** Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $33,528.75 |

Date(s) debt was incurred  03/29/26

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☐ No   ☒ Yes

| 3.88 | **Nonpriority creditor's name and mailing address**<br>Steel Panther Inc<br>901 A St<br>Ste C<br>San Rafael, CA 94901 | **As of the petition filing date, the claim is:** Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,500.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.89 | **Nonpriority creditor's name and mailing address**<br>Tanner Montgomery Nickerson<br>215 Park Avenue<br>Cloquet, MN 55720 | **As of the petition filing date, the claim is:** Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $1,625.00 |

Date(s) debt was incurred  11/03/2024

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ☒ No   ☐ Yes

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

Debtor   Jade Presents, LLC
      Name

Case number (if known)

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $969.75 |
|---|---|---|---|

The White House & Vintage Rentals LLC
916 Main Avenue
Fargo, ND 58103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 01/12/26

**Basis for the claim:** Vendor

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125,934.53 |
|---|---|---|---|

Tickets300, LLC
1320 First Avenue North
Fargo, ND 58102-4202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☐ No   ☒ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,500.00 |
|---|---|---|---|

Tribute Drama Productions, LLC
2203 Manor Dr
Minneapolis, MN 55442

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $163.66 |
|---|---|---|---|

U-Save Car Rental
424 25th Street South
Fargo, ND 58103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 06/11/25

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Unknown Ticket Holders

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

VERIZON WIRELESS SERVICES LLC
1 Verizon Way
Basking Ridge, NJ 07920

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Vince Neil Emerson
4117 Hillsboro Pike
Suite 103-313
Nashville, TN 37215

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** 04/21/25

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $640.65 |
|---|---|---|---|

VIP Catering
1516 14th Street South
Moorhead, MN 56560

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 09/22/2024

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor  __Jade Presents, LLC_____      Case number (if known) _____
        Name

| | | |
|---|---|---|
| 3.98 | **Nonpriority creditor's name and mailing address**<br>Visit Fargo-Moorhead<br>2001 44th Street South<br>Fargo, ND 58103 | $5,000.00 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Season Sponsorship_

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| 3.99 | **Nonpriority creditor's name and mailing address**<br>Waabigwan Mashkiki<br>515 E Jefferson Ave<br>Mahnomen, MN 56557 | $9,000.00 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Season Sponsorship_

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| 3.100 | **Nonpriority creditor's name and mailing address**<br>Wheatus<br>253 W 254th Street<br>Bronx, NY 10471 | $900.00 |

**Date(s) debt was incurred** _06/01/2024_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| 3.101 | **Nonpriority creditor's name and mailing address**<br>Winterfell Management, LLC<br>1631 East 5th Street<br>Duluth, MN 55812-1204 | $10,853.66 |

**Date(s) debt was incurred** _06/11/2025_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| 3.102 | **Nonpriority creditor's name and mailing address**<br>Wolfman Productions Inc<br>75 Glen Rd<br>Ste 313<br>Sandy Hook, CT 06482 | $11,173.79 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.   Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.   $ | 68,401.01 |
| **5b. Total claims from Part 2** | 5b. **+** $ | 2,218,380.39 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.   $ | 2,286,781.40 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Jade Presents, LLC___

United States Bankruptcy Court for the: ___DISTRICT OF NORTH DAKOTA___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest — Property Lease for 509 14th Street North, Fargo ND 58102 <br><br> State the term remaining <br><br> List the contract number of any government contract | 701 Collective <br> 1320 First Avenue North <br> Fargo, ND 58102 |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest — Bluestem booking agreement <br><br> State the term remaining <br><br> List the contract number of any government contract | Fargo Public Schools <br> 700 7th Street South <br> Fargo, ND 58103 |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest — Property Lease for 1329 5th Avenue North, Fargo ND 58102 <br><br> State the term remaining <br><br> List the contract number of any government contract | Jade Nielsen Properties <br> 513 14th Street North <br> Fargo, ND 58102 |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest — Property Lease for 1320 First Avenue North, Fargo ND 58102 <br><br> State the term remaining <br><br> List the contract number of any government contract | Jade Nielsen Properties <br> 513 14th Street North <br> Fargo, ND 58102 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | Jade Presents, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest

Artist performance agreement for Mike Birbiglia show at Bluestem Center for the Arts, Moorhead, Minnesota, scheduled for August 23, 2026.

State the term remaining

List the contract number of any government contract

Marblevores LLC / Mike Birbiglia
c/o William Morris Endeavor Entertainment, LLC
Attn: Kat Valentine
11 Madison Avenue, 18th Floor

New York, NY 10010

**2.6.** State what the contract or lease is for and the nature of the debtor's interest

Managed Account Program agreement for copier/printer equipment and related services.

State the term remaining

List the contract number of any government contract

Marco Technologies, LLC
PO Box 790448
Saint Louis, MO 63179-0448

**2.7.** State what the contract or lease is for and the nature of the debtor's interest

Event staffing services agreement

State the term remaining

List the contract number of any government contract

Nocturnal Resources, LLC
1320 First Avenue North
Fargo, ND 58102

**2.8.** State what the contract or lease is for and the nature of the debtor's interest

Artist performance agreement for John Mulaney show at Bluestem Center for the Arts, Moorhead, Minnesota, scheduled for August 23, 2026.

State the term remaining

List the contract number of any government contract

Riley Entertainment, Inc.
c/o William Morris Endeavor Entertainment, LLC
Attn: Kat Valentine
11 Madison Avenue
Floor 18

New York, NY 10010

**2.9.** State what the contract or lease is for and the nature of the debtor's interest

Ticketing services agreement

State the term remaining

List the contract number of any government contract

Tickets300, LLC
1320 First Avenue North
Fargo, ND 58102

Debtor 1   Jade Presents, LLC                                   Case number *(if known)* _____
         First Name      Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Artist performance agreement for Alison Krauss & Union Station featuring Jerry Douglas at Bluestem Amphitheater, Moorhead, Minnesota, scheduled for June 16, 2026. | |
|---|---|---|---|
| | State the term remaining | | Union Station Land, Inc c/o Creative Artist Agency, LLC 401 Commerce Street, Penthouse Winter Springs, FL 32719 |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name ___Jade Presents, LLC___

United States Bankruptcy Court for the: ___DISTRICT OF NORTH DAKOTA___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | 701 Collective, LLC | 1320 First Avenue North Fargo, ND 58102 Third party collateral grantor/mortgagor for Loan No. 4626 | Midwest Bank | ☐ D _____ ☒ E/F ___3.64___ ☐ G _____ |
| 2.2 | Jade Nielson Properties, LLC | 1320 First Avenue North Fargo, ND 58102 Non-debtor collateral grantor/third party pledgor for Loan No. 8600 | Bravera Bank | ☐ D _____ ☒ E/F ___3.14___ ☐ G _____ |
| 2.3 | Jade R Nielsen | 4880 38th Street South Fargo, ND 58103 | Sheffield Financial | ☒ D ___2.5___ ☐ E/F _____ ☐ G _____ |
| 2.4 | Jade R Nielsen | 4880 38th Street South Fargo, ND 58103 | Rocket Capital NY, LLC | ☒ D ___2.4___ ☐ E/F _____ ☐ G _____ |
| 2.5 | Jade R Nielsen | 4880 38th Street South Fargo, ND 58103 | David Bernstein | ☒ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.6 | Jade R Nielsen | 4880 38th Street South Fargo, ND 58103 | American Express | ☐ D _____ ☒ E/F ___3.4___ ☐ G _____ |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    Jade Presents, LLC _____    Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.    Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.7 | Jade R Nielsen | 4880 38th Street South<br>Fargo, ND 58103 | Elan Financial Services | ☐ D _____<br>☒ E/F ___3.30___<br>☐ G _____ |
| 2.8 | Jade R Nielsen | 4880 38th Street South<br>Fargo, ND 58103 | Midwest Bank | ☐ D _____<br>☒ E/F ___3.63___<br>☐ G _____ |
| 2.9 | Jade R Nielsen | 4880 38th Street South<br>Fargo, ND 58103 | Midwest Bank | ☐ D _____<br>☒ E/F ___3.64___<br>☐ G _____ |
| 2.10 | Jade R Nielsen | 4880 38th Street South<br>Fargo, ND 58103 | Horizon Investment, LLC | ☐ D _____<br>☒ E/F ___3.42___<br>☐ G _____ |
| 2.11 | Nocturnal Resources, LLC | 1320 First Avenue North<br>Fargo, ND 58102 | Holly Funding, LLC | ☒ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | Nocturnal Resources, LLC | 1320 First Avenue North<br>Fargo, ND 58102 | Rocket Capital NY, LLC | ☒ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | Tickets300, LLC | 1320 First Avenue North<br>Fargo, ND 58102 | Holly Funding, LLC | ☒ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.14 | Tickets300, LLC | 1320 First Avenue North<br>Fargo, ND 58102 | Rocket Capital NY, LLC | ☒ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | Tickets300, LLC | 1320 First Avenue North<br>Fargo, ND 58102 | David Bernstein | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

# United States Bankruptcy Court
## District of North Dakota

In re    Jade Presents, LLC      Case No. _____

                     Debtor(s)          Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Jade Nielsen<br>4880 38th Street South<br>Fargo, ND 58103 | Sole Member | | Sole Member |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the Authorized Agent of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date     June 6, 2026             Signature   /s/ Jade Nielsen

                                              Jade Nielsen

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## District of North Dakota

In re   Jade Presents, LLC
_____
Debtor(s)

Case No. _____
Chapter   11   _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

| | | |
|---|---|---|
| For legal services, I have agreed to accept .................................................................. | $ | _____ |
| Prior to the filing of this statement I have received ....................................................... | $ | _____ |
| Balance Due .................................................................................................................. | $ | _____ |

☒ **RETAINER**

| | | |
|---|---|---|
| For legal services, I have agreed to accept and received a retainer of............................ | $ | 15,000.00 |
| The undersigned shall bill against the retainer at an hourly rate of................................ | $ | 500.00 |

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

☐ Debtor        ☒ Other (specify):   Jade Nielsen

3. The source of compensation to be paid to me is:

☒ Debtor        ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [List other services that counsel has agreed to provide]
      All services attendant to representation of a chapter 11 debtor in this Honorable Court.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      Representation of the debtor in any proceedings external to this Honorable Court.

In re     Jade Presents, LLC                                    Case No. _____
                              Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

| CERTIFICATION |
|---|
|     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

| | |
|---|---|
| June 6, 2026 | /s/ Maurice VerStandig |
| *Date* | Maurice VerStandig |
| | *Signature of Attorney* |
| | The Dakota Bankruptcy Firm |
| | 1630 1st Avenue N |
| | Suite B PMB 24 |
| | Fargo, ND 58102 |
| |   Fax: |
| | mac@dakotabankruptcy.com |
| | *Name of law firm* |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# United States Bankruptcy Court
## District of North Dakota

In re    Jade Presents, LLC                               Case No. _____

                                  Debtor(s)          Chapter    11 _____

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Agent  of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:     June 6, 2026 _____          /s/  Jade Nielsen _____

                                              Jade Nielsen/Authorized Agent
                                            Signer/Title

Software Copyright (c) 1996-2026 Best Case, LLC  - www.bestcase.com                                        Best Case Bankruptcy

1% Productions
1620 S 49th Street
Omaha, NE 68106


701 Collective
1320 First Avenue North
Fargo, ND 58102


701 Collective, LLC
1320 First Avenue North
Fargo, ND 58102


701 Wraps
5524 53rd Avenue SW
Unit A-1
Fargo, ND 58104


All Season Motorsports
2205 Sheyenne Street West
West Fargo, ND 58078


American Express
P.O. Box 981537
El Paso, TX 79998


American Welding & Gas, Inc.
PO Box 779009
Chicago, IL 60677-9009


ASCAP
Attn: S&C Licensing
21678 Network Place
Chicago, IL 60673-1216


Bergseth Bros. Co.
1211 47th St N
Fargo, ND 58102


Bill Young Productions, Inc.
PO Box 4356
Department 2242
Houston, TX 77210-4356


Blarney Stone Pub, LLC
408 E Main Ave
Bismarck, ND 58501


Block 9 Hotel LLC
d/b/a Jasper Hotel
210 Broadway N Ste 300
Fargo, ND 58102


Blue Cross Blue Shield of ND
PO Box 857668
Minneapolis, MN 55485-7668

Blushed Beauty Bar, Inc.
5177 44th St S
Fargo, ND 58104


BMI
PO Box 630893
Cincinnati, OH 45263-0893


Bravera Bank
Fargo Branch
3000 25th Street South
Fargo, ND 58103


Brennan's Garage, LLC
4021 Main Avenue, Ste C
Fargo, ND 58103


Brittany Muchow
4811 44th Street
Fargo, ND 58104


Carly Pritchard
810 7th Street South
Fargo, ND 58103


Charles Wesley Godwin LLC
c/o The Greenroom Resource
PO Box 6009
Bozeman, MT 59771


Chub's Pub, LLC
Attn: Wade Lindgren
421 N University Dr
Fargo, ND 58102


City of Fargo
225 4th St N
Fargo, ND 58102


City of Moorhead
Attn: Accounts Receivable
PO Box 817
Moorhead, MN 56561-0817


City of West Fargo
800 4th Avenue East
Suite 1
West Fargo, ND 58078


Class B Development, LLC
2494 Rivers Bend Drive East
West Fargo, ND 58078


Colonial Life Employee Benefit
Attn: Premium Processing
PO Box 903 Columbia SC
Columbia, SC 29202-0903

Courtney Ficek
901 33rd Avenue North, Suite 305
Fargo, ND 58102


Dack Daniel's Touring, Inc.
11 Music Circle South
Nashville, TN 37216


Dakota NFL Lions
c/o Denise Johnson
301 21st Street South
Fargo, ND 58103


Dakota Plains Mechanical
315 27th Circle South
Fargo, ND 58103


David Bernstein
PO Box 5104
Sioux City, IA 51102


David Lee Roth
ATTN: Chris Caulk
WILLIAM MORRIS ENDEAVOR ENTERTAINMENT, L
9601 Wilshire Boulevard 3rd Floor
Beverly Hills, CA 90210


Duluth Entertainment Convention Center
350 Harbor Drive
Duluth, MN 55802-2698


Eide Bailly, LLP
4310 17th Avenue South
PO Box 2545
Fargo, ND 58108-2545


Elan Financial Services
PO Box 790408
Saint Louis, MO 63179-0408


Eli Young LLC
PO Box 340020
Nashville, TN 37203


Emily Finley
6606 Toronto Drive South
Fargo, ND 58104


Emporium Presents, LLC
888 Westheimer #120
Houston, TX 77006


Essentia Health
502 E 2ND ST
Duluth, MN 55805

Fargo Public Schools
700 7th Street South
Fargo, ND 58103


Fargo RentAll, Inc.
3201 32nd Street South
Fargo, ND 58104


Fargo Theatre
314 Broadway North
Fargo, ND 58102


First Insurance Funding
450 Skokie Blvd, Ste 1000
Northbrook, IL 60062-7917


FM Ambulance Service, Inc.
2215 18th Street South
Fargo, ND 58103


FMWF Chamber of Commerce
3312 42nd Street South
Suite 101
Fargo, ND 58104


Fourteen Acres, Inc.
22546 North Pearl Lake Road
Detroit Lakes, MN 56501


Gimmie Gimmie Disco
13359 North Hwy 183
Unit 406-1280
Austin, TX 78750


Global Tour Creatives, LLC
9200 Sunset Blvd
Suite 320
West Hollywood, CA 90069


Grassland Web Design, Inc.
22546 North Pearl Lake Road
Detroit Lakes, MN 56501


Holly Funding, LLC
1309 Coffeen Avenue
Suite 1200
Sheridan, WY 82801


Home Free Touring, LLC f/s/o Home Free
Attention: Cass Scripps
United Talent Agency
225 Polk Avenue Suite 130
Nashville, TN 37203


Horizon Investment, LLC
210 Broadway North, Suite 301
Fargo, ND 58102

Icon Entertainment Group
5700 Buckingham Parkway, 2nd Floor
Culver City, CA 90230


Informational Management Systems
PO Box 790
Fargo, ND 58107-0790


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Jade Nielsen
4880 38th Ave S
Fargo, ND 58104


Jade Nielsen Properties
513 14th Street North
Fargo, ND 58102


Jade Nielsen Properties
1320 First Avenue North
Fargo, ND 58102


Jade Nielson Properties, LLC
1320 First Avenue North
Fargo, ND 58102


Jade R Nielsen
4880 38th Street South
Fargo, ND 58103


Jade R Nielson
4880 38th Street South
Fargo, ND 58103


Jiffy John's Inc.
PO Box 310
Pelican Rapids, MN 56572


JK & Sons LLC
Attn: Jeffrey Ebsch
d/b/a Broadway Rickshaw
1555 Woodridge Ln
West Fargo, ND 58078


Kerry King
3130 Wilshire Blvd
Suite 600
Santa Monica, CA 90403


Lanai Marketing
6244 Irving Avenue South
Minneapolis, MN 55423

Lauren Nelson
505 Oak St N
203
Fargo, ND 58102


Legends Sports Bar & Grill
803 Belsly Blvd
Suite 100
Moorhead, MN 56560


Leighton Broadcasting - FF
PO Box 1458
Saint Cloud, MN 56302


Locals Love Us Fargo-Moorhead
5 14th St N Commons
5,
Fargo, ND 58102


Love Productions
400 West 43rd St
Ste 10R
New York, NY 10036


Macro Technologies, Inc
PO Box 790448
Saint Louis, MO 63179-0448


Marblevores LLC / Mike Birbiglia
Attn: Kat Valentine
c/o William Morris Endeavor Entertainmen
11 Madison Avenue, 18th Floor
New York, NY 10010


Marco Technologies, LLC
PO Box 790448
Saint Louis, MO 63179-0448


Mark Music & Media Law
Attn: Piffilicious, Inc
1261 Broadway, Suite 505
New York, NY 10001


Martin Media Worldwide, LLC
2140 Taylor Street
Suite 302
San Francisco, CA 94133


Marvin Lumber and Cedar Company, LLC
PO Box 100
Warroad, MN 56763


Marvin Windows
101 Marvin Rd
Ripley, TN 38063

Medium Build Touring
11400 W Olympic Blvd
Ste 350
Los Angeles, CA 90064


Melissa Kucirek
1944 South 62nd Street
Omaha, NE 68106


Midco-Business
PO Box 5010
Sioux Falls, SD 57117-5010


Midwest Bank
Detroit Lakes Branch
613 Hwy 10 E PO Box 703
Detroit Lakes, MN 56501


Midwest Bank
Detroit Lakes Branch
613 Hwy 10 E PO Box 703
Detroit Lakes, MN 56501


Midwest Radio of Fargo-Moorhead
Attn: Danny Hallock
PO Box 10097
Fargo, ND 58106-0097


Minnesota Department of Revenue
600 Robert St N
Saint Paul, MN 55101


Minnesota OSHA and Worker's Com. Divisio
525 Lake Ave. South, Suite 330
Duluth, MN 55802


Moen Portables & Septic
4502 25th Street North
Fargo, ND 58102


Moustache of the World, Inc.
ATTN: Natalie Otto
Eagles of Death Metal
WILLIAM MORRIS ENDEAVOR ENTERTAINMENT, L
Beverly Hills, CA 90210


ND Workforce Safety & Insurance
1600 E. Century Ave, Ste 1
Bismarck, ND 58503


Neil A. Van Dam
d/b/a Van Dam Financial Group
3803 50th St N
Fargo, ND 58102

Neustel Law Offices, LTD
2534 S University Drive
Suite 4
Fargo, ND 58103


NLFX Professionals
PO Box 1894
Bemidji, MN 56601


Nocturnal Hospitality Group
1320 First Avenue North
Fargo, ND 58102


Nocturnal Resources, LLC
1320 First Avenue North
Fargo, ND 58102


Nocturnal Resources, LLC
1320 First Avenue North
Fargo, ND 58102


North Canna Co.
9494 Hemlock Ln N
Osseo, MN 55369


North Dakota Office of State Tax Commiss
600 E. Boulevard Ave.
Dept. 127
Bismarck, ND 58505


OneWealth LLC
406 Main Ave
Fargo, ND 58103


Online, LLC
Lockbox: OneLive LLC
PO Box 224752
Dallas, TX 75222-4752


Prairie Public Broadcasting, Inc.
Attn: Jeannie Camarillo
PO Box 3240
Fargo, ND 58108-3240


Premier Label Water Co.
9903 Santa Monica Blvd. Suite 385
Beverly Hills, CA 90212


Radio FM Media
Attn: Kelly Ring
PO Box 9919
Fargo, ND 58106-9919


Radisson Blu
201 North 5th Street
Fargo, ND 58102

Republic National Distributing Company o
1406 47th St N
Fargo, ND 58102


Rifle Bird Music LLC
5210 Meadow Creek Dr
Austin, TX 78745


Riley Entertainment, Inc.
Attn: Kat Valentine
c/o William Morris Endeavor Entertainmen
11 Madison Avenue Floor 18
New York, NY 10010


Rocket Capital NY, LLC
19950 W Country Club Drive
Suite 902
Miami, FL 33180


Rosewild
215 Broadway N
Fargo, ND 58102


RSK Touring, LLC
601 Taylor Place, Suite 106
Nashville, TN 37208


Saving Abel
Pleeter Agency, LLC
c/o JPA 15030 Ventura Bl., #260
Sherman Oaks, CA 91403


Sheala LLC
d/b/a Leela & Lavender
793 32nd Avenue W Ste 101
West Fargo, ND 58078


Sheffield Financial
PO Box 1704
Clemmons, NC 27012


Shelby Jondahl
3711 21st St S
Fargo, ND 58104


Slainte Hotel Properties, LLC
Attn: Chad Wachter
d/b/a Hotel Donaldson 4614 Memorial Hwy
Mandan, ND 58554


Solitary Properties
1320 First Avenue North
Fargo, ND 58102


Sound Central
500 South 59th Avenue West
Duluth, MN 55807

Star Entertainment, USA, Inc.
1013 Centre Road
Suite 403S
Wilmington, DE 19805


Steel Panther Inc
901 A St
Ste C
San Rafael, CA 94901


Tanner Montgomery Nickerson
215 Park Avenue
Cloquet, MN 55720


The White House & Vintage Rentals LLC
916 Main Avenue
Fargo, ND 58103


Theo Lawrence Industries LLC
Attn: Theo Lawrence
9000 Bill Hichcock Pass
Austin, TX 78748


Tickets300, LLC
1320 First Avenue North
Fargo, ND 58102


Tickets300, LLC
1320 First Avenue North
Fargo, ND 58102-4202


Tribute Drama Productions, LLC
2203 Manor Dr
Minneapolis, MN 55442


U-Save Car Rental
424 25th Street South
Fargo, ND 58103


U.S. Small Business Administration
10737 Gateway West, #300
El Paso, TX 79935


Union Station Land, Inc
c/o Creative Artist Agency, LLC
401 Commerce Street, Penthouse
Winter Springs, FL 32719


Unknown Ticket Holders


VERIZON WIRELESS SERVICES LLC
1 Verizon Way
Basking Ridge, NJ 07920

Vince Neil Emerson
4117 Hillsboro Pike
Suite 103-313
Nashville, TN 37215


VIP Catering
1516 14th Street South
Moorhead, MN 56560


Visit Fargo-Moorhead
2001 44th Street South
Fargo, ND 58103


Waabigwan Mashkiki
515 E Jefferson Ave
Mahnomen, MN 56557


Wheatus
253 W 254th Street
Bronx, NY 10471


Winterfell Management, LLC
1631 East 5th Street
Duluth, MN 55812-1204


Wolfman Productions Inc
75 Glen Rd
Ste 313
Sandy Hook, CT 06482


Zachary Click
1621 S University Dr.
430
Fargo, ND 58103

# United States Bankruptcy Court
## District of North Dakota

In re    Jade Presents, LLC                                        Case No.                        

                                       Debtor(s)                      Chapter     11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Jade Presents, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

| | |
|---|---|
| June 6, 2026 | /s/ Maurice VerStandig |
| Date | Maurice VerStandig |
| | Signature of Attorney or Litigant |
| | Counsel for    Jade Presents, LLC |
| | The Dakota Bankruptcy Firm |
| | 1630 1st Avenue N |
| | Suite B PMB 24 |
| | Fargo, ND 58102 |
| |  Fax: |
| | mac@dakotabankruptcy.com |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy