IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 26-30438 |
| | ) | (Chapter 11) |
| JADE PRESENTS, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | Case No. 26-30439 |
| In re: | ) | (Chapter 11) |
| | ) | |
| TICKETS300, LLC | ) | (Joint Administration |
| | ) | Motion Pending) |
| Debtor | ) | |
| | ) | |

**DECLARATION IN SUPPORT OF
APPLICATION TO APPROVE EMPLOYMENT
OF MAURICE B. VERSTANDIG, CHRISTIANNA CATHCART
AND THE DAKOTA BANKRUPTCY FIRM AS GENERAL
REORGANIZATION COUNSEL TO ABOVE-CAPTIONED DEBTORS**

1.      My name is Maurice VerStandig, I am over the age of eighteen, and I am competent to testify to the matters set forth herein.

2.      I am an attorney licensed to practice before the highest courts of the District of Columbia, the State of Nevada, the State of Maryland, the Commonwealth of Virginia, and the State of Florida; as well as before the United States District and Bankruptcy Courts for the District of North Dakota, the District of Columbia, the District of Maryland, the Eastern District of Virginia, the Western District of Virginia, the Northern District of Florida, the Middle District of Florida, the Southern District of Florida, the District of Nevada, the Western District of Wisconsin, the District of Colorado, the District of Nebraska, the Southern District of Illinois, the Central District of Illinois, the Eastern District of Oklahoma, and the Eastern District of Missouri; as well as before the Supreme Court of the United States; as well as before the United States Courts of

1

Appeal for the District of Columbia Circuit, the Fourth Circuit, and the Ninth Circuit; as well as before the United States Tax Court.

3.        I am *not* a member of the State Bar Association of North Dakota, though I am admitted to practice before this Honorable Court.

4.        I maintain, within the State of North Dakota, a mailing address of 1630 1st Avenue North, Suite B PMB 24, Fargo, North Dakota 58102.

5.         I do not occupy office space in the State of North Dakota, am not a resident of the State of North Dakota, and use the foregoing address solely as a locale for the receipt of mail. I primarily reside in the State of Maine, though the majority of my bankruptcy-centric law practice is in the District of Columbia and this Honorable Court which, in turn, leads me to travel to both locales on a regular basis.

6.        I am the sole member of The VerStandig Law Firm, LLC, a Maryland limited liability company. "The Dakota Bankruptcy Firm" is a registered trade name of The VerStandig Law Firm, LLC, as is "The Belmont Firm," with the former trade name being used for work in and around North Dakota and the latter trade name being used for purposes of handling debtor-side work in the Washington, DC metropolitan area. The VerStandig Law Firm, LLC trades under its formal name when managing creditor-side work in the Washington, DC metropolitan area and when managing cases in other jurisdictions.

7.        I represent no other person in connection with this case and am disinterested as that term is defined in 11 U.S.C. §101(14).  I (i) am not a creditor, an equity security holder, or an insider of any debtor; (ii) am not and was not, within two years before the date of filing of the petition for relief, a director, officer or employee of any debtor; and (iii) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders,

2

by reason of any direct or indirect relationship to, connection with, or interest in, any debtor, or for any other reason.  Further, I hold no interest adverse to the interest of any debtor.

8.     I have no connection with the debtors, the debtors' creditors, any other party in interest, their respective attorneys, the United States Trustee, or any person employed in the office of the United States Trustee.

9.     All facts contained in the application to which this declaration is affixed are true and correct to the best of my knowledge.

I, Maurice VerStandig, pursuant to Section 1746 of Title 29 of the United States Code, do hereby declare, under the penalty of perjury, that I have personal knowledge of the matters set forth herein and the foregoing are true and correct.

Dated: June 7, 2026

By:     /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com

3