IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 26-30438 |
| | ) | (Chapter 11) |
| JADE PRESENTS, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | Case No. 26-30439 |
| In re: | ) | (Chapter 11) |
| | ) | |
| TICKETS300, LLC | ) | (Joint Administration |
| | ) | Motion Pending) |
| Debtor | ) | |
| | ) | |

### MOTION TO EXPEDITE AND HOLD FIRST DAY HEARING

Come now Jade Presents, LLC ("Jade Presents") and Tickets300, LLC ("T300") (collectively, the "Debtors," and each a "Debtor"), by and through undersigned proposed counsel, pursuant to Local Rule 9006-1, and move this Honorable Court to hold an expedited hearing, in consideration of the Debtors' (i) Motion for Joint Administration; (ii) Motion to Utilize FDIC-Insured Depository Accounts, and (iii) Motion to Establish Notice and Claim Protocols (collectively, the "First Day Motions") and in support thereof state as follows:

Both Debtors petitioned for relief, pursuant to Section 301 of Title 11 of the United States Code, on June 6, 2026. It is customary for such matters to be heard on shortened notice. *In re Goodrich Quality Theaters, Inc.*, 616 B.R. 514, 516 (Bankr. W.D. Mich. 2020). And, as expressed in each of the underlying motions, there exists a cognizable exigency necessitating a prompt ruling, so as to enable the Debtors to operate as debtors-in-possession in a prudent and responsible fashion.

The Local Rules of this Honorable Court permit expedited hearings. Local Rule 9006-1. Consistent with those rules, the Debtors submit as follows:

a.      The grounds of each of the First Day Motions is set forth therein;

1

b.      The Debtors propose a hearing date of Friday, June 12, 2026, at a time of this Honorable Court's choosing, for the First Day Motions;

c.      The Debtors propose responses to the First Day Motions be due by 5:00 pm prevailing central time on Wednesday, June 10, 2026; and

d.      While the Debtors are cognizant that Local Rule 9006-1 only permits hearings on "less than seven days" notice in "extraordinary circumstances," the Debtors respectfully submit that the relief sought is "extraordinary" inasmuch as it is essential to the Debtors' reorganizational prospects and, in turn, the ultimate recovery of their respective creditors.

e.      Should this Honorable Court issue a notice setting the First Day Motions for hearing, the Debtors will serve the same via e-mail on all parties in interest for whom the Debtors have an e-mail address (excepting (i) those already represented by counsel receiving notice via CM/ECF; and (ii) holders of so-called "Ticket Claims," for whom the means of giving notice is one of the subjects of the First Day Motions) and will file a certificate of such service.

Respectfully Submitted,

Dated: June 7, 2026            By:     /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Proposed Counsel for the Debtors*

*[Signature on Following Page]*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of June, 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig