## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In re:

**Jade Presents, LLC**                                        **Bankr. No. 26-30438**

    **Debtor.**                                              **Chapter 11**

In re:

**Tickets 300, LLC**                                         **Bankr. No. 30439**

    **Debtor.**                                              **Chapter 11**

---

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

---

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rule 9010, Sarah J. Wencil hereby appears in this case on behalf of Mary R. Jensen, Acting United States Trustee Region 12, and requests, pursuant to Bankruptcy Rules 2002 & 3017(a), that notice of all matters arising in this case be duly served upon:

> Sarah J. Wencil
> Office of the U.S. Trustee
> Suite 1015 U.S. Courthouse
> 300 South Fourth St.
> Minneapolis, MN 55415
> Telephone: (612) 334-1366
> Email:  Sarah.J.Wencil@usdoj.gov

PLEASE TAKE FURTHER NOTICE that the foregoing requests, without limitation, all notices, pleadings, motions applications, complaints, demands, hearings, requests or petition, disclosure statements, objections or reply, memoranda and briefs and any other document brought before this Court with respect to these proceedings, whether formal or informal, wither written or oral, and whether transmitted or conveyed by mail, delivery, telephone, tax, email or otherwise.

Dated: June 8, 2026                          MARY R. JENSEN
                                             ACTING U.S. TRUSTEE REGION 12


                                              /s/ Sarah J. Wencil
                                             Sarah J. Wencil
                                             Office of the U.S. Trustee
                                             Suite 1015 U.S. Courthouse
                                             300 South Fourth St.
                                             Minneapolis, MN 55415
                                             Telephone: (612) 334-1366
                                             Sarah.J.Wencil@usdoj.gov

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA**

**In re:**

**Jade Presents, LLC**                                                      **Bankr. No. 26-39438**

    **Debtor.**                                                           **Chapter 11**

**In re:**

**Tickets 300, LLC**                                                       **Bankr. No. 30439**

    **Debtor.**                                                           **Chapter 11**

---

**CERTIFICATE OF SERVICE**

---

Sarah J. Wencil, an employee of the U.S. Trustee office, hereby certifies that a true and correct copy of the Notice of Appearance of United States Trustee was electronically transmitted via CM/ECF.


Dated:   June 8, 2026

                                   /s/ Sarah J. Wencil
                                   Sarah J. Wencil