## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>JADE PRESENTS, LLC,<br><br>     Debtor. | Case No.:  26-30438<br><br>Chapter 11 |
| In Re:<br><br>TICKETS300, LLC,<br><br>     Debtor. | Case No.:  26-30439<br><br>Chapter 11<br><br>(Joint Administration Motion Pending) |

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that pursuant to Rule 9010 of the Bankruptcy Rules, Horizon Investments, LLC, is a creditor and hereby appears in this case.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned requests that all notices and papers specified by that Rule, and pursuant to Rule 9010 of the Bankruptcy Rules, that all other notices given or required to be given in this case and all other papers served or required to be served, be given and served upon:

Caren W. Stanley
Vogel Law Firm
P.O. Box 1389
Fargo, ND 58107-1389

The foregoing request includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearing, requests or petitions, plans, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing

and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Dated this 8th day of June, 2026.

**VOGEL LAW FIRM**

BY: */s/ Caren W. Stanley*

       Caren W. Stanley (#06100)
       cstanley@vogellaw.com
       218 NP Avenue
       PO Box 1389
       Fargo, ND  58107-1389
       Telephone:  701.237.6983
       ATTORNEYS FOR HORIZON INVESTMENTS, LLC

4937-2945-5027 v.1

2