**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:

**Jade Presents, LLC**                                      **Bankr. No. 26-30438**

    **Debtor.**                                      **Chapter 11**

In re:

**Tickets 300, LLC**                                       **Bankr. No. 30439**

    **Debtor.**                                      **Chapter 11**

---

**MOTION TO APPEAR BY TELEPHONE**

---

1.       Sarah J. Wencil, Trial Attorney for the U.S. Trustee (UST), respectively moves this Court to enter an order under Local Rule 5001-2 allowing her to appear by telephone at the hearing scheduled on June 12, 2026 at 9:30 a.m. on the motion for joint administration (Doc. 2), motion to utilize FDIC-Insured Depository Accounts (Doc. 4), and motion to establish notice and claims protocols (Doc. 3).

2.       The UST does not anticipate filing an objection to the motions.   Travel for such a limited purpose would be burdensome and expensive.

WHEREFORE, Counsel requests that she be allowed to appear by telephone.

Dated: June 9, 2026                         MARY R. JENSEN
                                            ACTING U.S. TRUSTEE REGION 12

                                             /s/ Sarah J. Wencil
                                            Sarah J. Wencil
                                            Office of the U.S. Trustee
                                            Suite 1015 U.S. Courthouse
                                            300 South Fourth St.
                                            Minneapolis, MN 55415
                                            Telephone: (612) 334-1366
                                            Sarah.J.Wencil@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:

**Jade Presents, LLC**                                           **Bankr. No. 26-39438**

    **Debtor.**                                             **Chapter 11**

In re:

**Tickets 300, LLC**                                             **Bankr. No. 30439**

    **Debtor.**                                             **Chapter 11**

---

## CERTIFICATE OF SERVICE

---

Sarah J. Wencil, an employee of the U.S. Trustee office, hereby certifies that a true and correct copy of the document was electronically transmitted via CM/ECF.


Dated:   June 9, 2026

/s/ Sarah J. Wencil
Sarah J. Wencil
