**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re:<br><br>Jade Presents, LLC,<br><br><br><br>Debtor. | Case No. 26-30438<br><br>Chapter 11 – Subchapter V |
| In re:<br><br>Tickets300, LLC,<br><br><br><br>Debtor. | Case No. 26-30439<br><br>Chapter 11 – Subchapter V |

**MOTION FOR LEAVE OF COURT TO APPEAR BY VIDEO CONFERENCE**

Kesha L. Tanabe, counsel to Horizon Investments, LLC ("Movant"), respectively moves this Court to enter an order under Local Rule 5001-2 allowing the appearance by the undersigned counsel to appear at a hearing on June 12, 2026, at 9:30 a.m. ("Hearing") respecting the following matters:

• Debtor's Motion for Joint Administration (Doc. 2)

• Debtor's Motion to Establish Notice and Claim Protocols (Doc. 3)

• Debtor's Motion to Utilize FDIC-Insured Depository Accounts (Doc. 4)

and any other matters scheduled to take place during the Hearing.

The undersigned makes the request to appear by video conference at the Hearing due to the expedited scheduling of the hearing and to save time and expense by not having to travel from Minneapolis, Minnesota. The request to attend the Hearing by video conference will not cause any undue hardship to the parties herein.

WHEREFORE, Movant requests that she be allowed to appear by video conference at the Hearing.

Dated this 9th day of June, 2026.

**VOGEL LAW FIRM**

BY:   */s/ Kesha L. Tanabe*
Kesha L. Tanabe
218 NP Avenue
PO Box 1389
Fargo, ND  58107-1389
Telephone:  (701) 237-6983
Fax:  (701) 476-7676
Email: ktanabe@vogellaw.com
ATTORNEYS FOR HORIZON INVESTMENTS,
LLC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of June, 2026, a copy of the foregoing was served

electronically upon filing via the ECF system.

*/s/ Kesha L. Tanabe*
Kesha L. Tanabe

2