**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re:<br><br><br>JADE PRESENTS, LLC,<br><br>          Debtor. | Case No.:  26-30438<br><br>Chapter 11 |
| In Re:<br><br><br>TICKETS300, LLC,<br><br>          Debtor. | Case No.:  26-30439<br><br>Chapter 11 |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

*PLEASE TAKE NOTICE* that pursuant to Bankruptcy Rule 9010, the attorney set forth below hereby appears as counsel for interested party the North Dakota Office of Attorney General and requests, pursuant to Bankruptcy Rule 2002, that notice given or required to be given in the above-captioned case be given to and served on the following:

Tiffany J. Grossman
Assistant Attorney General
Consumer Protection and Antitrust Division
North Dakota Office of Attorney General
1720 Burlington Drive, Suite C
Bismarck, ND 58504-7736
Phone: (701) 328-5570
tgrossman@nd.gov

*PLEASE TAKE FURTHER NOTICE* that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request for court

1

conferences, plan and disclosure statement,  request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, electronic mail, the internet, or other otherwise filed or made regarding this case, which affects or seeks to affect in any way any rights or interests of any party in interest in this case.

Dated:  June 10, 2026.

Respectfully submitted,

STATE OF NORTH DAKOTA
Drew H. Wrigley
Attorney General


*/s/ Tiffany J. Grossman*
Tiffany J. Grossman
North Dakota State Bar No. 08109
Assistant Attorney General
Consumer Protection & Antitrust Division
Office of Attorney General
1720 Burlington Drive, Suite C
Bismarck, ND 58504-7736
Tel: (701) 328-5570
tgrossman@nd.gov

*Attorneys for the North Dakota Office of*
*Attorney General*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that a true and correct copy of the foregoing has been served via the Court's

Electronic Filing System on all parties requesting notice in this proceeding.


Dated:  June 10, 2026


/s/ Tiffany J. Grossman
Tiffany J. Grossman
Assistant Attorney General