UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE: Jade Presents, LLC,                                  CASE NO. 26-30438
                                                            CHAPTER 11

      Debtor(s).

NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following

qualified individual as Subchapter V trustee in the above-captioned case:

**Mary F. Sieling**
**12800 Whitewater Drive**
**Suite 100, #3201**
**Minnetonka, MN   55343**
**Phone: 612-325-1191**
**mary@sielinglaw.com**

The trustee's verified statement of disinterestedness and anticipated rate of compensation

is attached to this notice.

Date:   June 8, 2026                        Mary R. Jensen
                                            Acting United States Trustee
                                            Region 12

                                            By: */s/ L. Ashley Wieck*
                                                Assistant United States Trustee

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA**

**IN RE:** Jade Presents, LLC                    **CASE NO.**  26-30438

**Debtor.**                                              **CHAPTER 11**

**VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE**

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

      (a)     am not a creditor, equity security holder or insider of the debtor;

      (b)     am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

      (c)     do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $330.00 and paralegal time will be billed at $200.00 an hour, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP 2008.

Dated: June 8, 2026                    */s/ Mary F. Sieling*
                                      Mary F. Sieling (#389893)
                                      12800 Whitewater Dr
                                      Ste. 100, #3201
                                        Minnetonka, MN  55343
                                        Phone: (612) 325-1191
                                        Email: mary@sielinglaw.com

1