UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

|  |  |  |
|---|---|---|
| Jade Presents, LLC, | ) | Bankruptcy Case No. 26-30438 |
|  | ) |  |
| Debtor. | ) | Chapter 11 |
|  | ) |  |
|  | ) |  |
|  | ) |  |

**NOTICE OF CORRECTION**

On June 8, 2026, all creditors and interested parties were served with a Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors & Deadlines. The First Meeting of Creditors Notice contained incorrect information as to the call information. The correct information is as follows:

**Teleconference Toll Free Number: 888-330-1716**
**Access Code: 2513064#**

All other information contained in the First Meeting Notice of Creditors remains the same.

Dated this 10th day of June, 2026.

Sara E. Diaz, Clerk
United States Bankruptcy Court
Quentin N. Burdick, U.S. Courthouse
655 1st Avenue North, Suite 210
Fargo, ND 58102-4932

By: Shantel Jacobson
Shantel Jacobson, Deputy Clerk