**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:

       JADE PRESENTS, LLC,                  Case No. 26-30438
                                           Chapter 11

            Debtor.


In re:                                     Case No. 26-30439
                                             Chapter 11

       TICKETS300, LLC,

            Debtor.                  (Joint Administration Motion Pending)


## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

       PLEASE TAKE NOTICE that pursuant to Rule 9010 of the Bankruptcy Rules, **Etix, Inc.**,

is a creditor and hereby appears in this case.

       PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 2002 of the Bankruptcy Rules,

the undersigned requests that all notices and papers specified by that Rule, and pursuant to Rule

9010 of the Bankruptcy Rules, that all other notices given or required to be given in this case and

all other papers served or required to be served, be given and served upon:

            David M. Tanabe
            Messerli & Kramer P.A.
            50 S. Sixth St., Ste. 2300
            Minneapolis, MN 55402
            dtanabe@messerlikramer.com

The foregoing request includes, without limitation, notices of any orders, pleadings, motions,

applications, complaints, demands, hearing, requests or petitions, plans, disclosure statements,

answering or reply papers, memoranda and briefs in support of any of the foregoing and any other

document brought before this Court with respect to these proceedings, whether formal or informal,

whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone,

telegraph, telex or otherwise.

Dated this 10th day of June, 2026.

MESSERLI & KRAMER P.A.

*/s/ David M. Tanabe*
David M. Tanabe (ND #10117)
50 S. Sixth St., Ste. 2300
Minneapolis, MN 55402
Phone: 612.672.3600
Email: dtanabe@messerlikramer.com


ATTORNEYS FOR ETIX, INC.

## CERTIFICATE OF SERVICE

I, David M. Tanabe, hereby certify that on June 10, 2026, I electronically filed the foregoing document with the Clerk of Court using the Court's ECF system, which will send notification of such filing to all registered participants.


*/s/ David M. Tanabe*
David M. Tanabe

3420781.v1