**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:

        JADE PRESENTS, LLC,                Case No. 26-30438
                                             Chapter 11

                Debtor.

In re:                                       Case No. 26-30439
                                             Chapter 11
        TICKETS300, LLC,

                Debtor.                     (Joint Administration Motion Pending)

**MOTION FOR LEAVE OF COURT TO APPEAR BY VIDEO CONFERENCE**

David M. Tanabe, counsel to Etix, Inc., respectfully moves this Court to enter an order under Local Rule 5001-2 allowing the appearance by co-counsel Philip H. Goodpasture of Williams Mullen (pro hac vice admission pending) to appear at a hearing on June 12, 2026, at 9:30 a.m. ("Hearing") respecting the following matters:

- Debtor's Motion for Joint Administration (Doc. 2)

- Debtor's Motion to Establish Notice and Claim Protocols (Doc. 3)

- Debtor's Motion to Utilize FDIC-Insured Depository Accounts (Doc. 4)

and any other matters scheduled to take place during the Hearing.

The undersigned makes this request to appear by video conference on behalf of Philip H. Goodpasture due to the distance between his office in Richmond, Virginia and the Court in Fargo, North Dakota, and to save time and expense by not having to travel. The request to attend the Hearing by video conference will not cause any undue hardship to the parties herein.

WHEREFORE, Movant requests that Philip H. Goodpasture be allowed to appear by video conference at the Hearing.

Dated this 10th day of June, 2026.

MESSERLI & KRAMER P.A.

*/s/ David M. Tanabe*
David M. Tanabe (ND #10117)
50 S. Sixth St., Ste. 2300
Minneapolis, MN 55402
Phone: 612.672.3600
Email: dtanabe@messerlikramer.com

ATTORNEYS FOR ETIX, INC.

## <u>CERTIFICATE OF SERVICE</u>

I, David M. Tanabe, hereby certify that on June 10, 2026, I electronically filed the foregoing document with the Clerk of Court using the Court's ECF system, which will send notification of such filing to all registered participants.

/s/ David M. Tanabe
David M. Tanabe

3420784.v1