United States Bankruptcy Court

District of North Dakota

In re:

Jade Presents, LLC

Debtor

Case No. 26-30438-skh

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0868-3 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jun 08, 2026 | Form ID: 309F2 | Total Noticed: 131 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jade Presents, LLC, 1320 First Avenue North, Fargo, ND 58102-4202 |
| 1136274 | + | 1% Productions, 1620 S 49th Street, Omaha, NE 68106-2436 |
| 1136275 | + | 701 Collective, 1320 First Avenue North, Fargo, ND 58102-4202 |
| 1136276 | + | 701 Collective, LLC, 1320 First Avenue North, Fargo, ND 58102-4202 |
| 1136277 | + | 701 Wraps, 5524 53rd Avenue SW, Unit A-1, Fargo, ND 58104-5624 |
| 1136281 | | ASCAP, Attn: S&C Licensing, 21678 Network Place, Chicago, IL 60673-1216 |
| 1136278 | + | All Season Motorsports, 2205 Sheyenne Street West, West Fargo, ND 58078-6920 |
| 1136280 | | American Welding & Gas, Inc., PO Box 779009, Chicago, IL 60677-9009 |
| 1136288 | | BMI, PO Box 630893, Cincinnati, OH 45263-0893 |
| 1136282 | + | Bergseth Bros. Co., 1211 47th St N, Fargo, ND 58102-2849 |
| 1136283 | | Bill Young Productions, Inc., PO Box 4356, Department 2242, Houston, TX 77210-4356 |
| 1136284 | + | Blarney Stone Pub, LLC, 408 E Main Ave, Bismarck, ND 58501-4042 |
| 1136285 | + | Block 9 Hotel LLC, d/b/a Jasper Hotel, 210 Broadway N Ste 300, Fargo, ND 58102-4771 |
| 1136286 | | Blue Cross Blue Shield of ND, PO Box 857668, Minneapolis, MN 55485-7668 |
| 1136287 | + | Blushed Beauty Bar, Inc., 5177 44th St S, Fargo, ND 58104-6069 |
| 1136289 | + | Bravera Bank, Fargo Branch, 3000 25th Street South, Fargo, ND 58103-5046 |
| 1136290 | #+ | Brennan's Garage, LLC, 4021 Main Avenue, Ste C, Fargo, ND 58103-1186 |
| 1136291 | + | Brittany Muchow, 4811 44th Street, Fargo, ND 58104-4297 |
| 1136294 | + | Charles Wesley Godwin LLC, c/o The Greenroom Resource, PO Box 6009, Bozeman, MT 59771-6009 |
| 1136295 | + | Chub's Pub, LLC, Attn: Wade Lindgren, 421 N University Dr, Fargo, ND 58102-4339 |
| 1136296 | + | City of Fargo, 225 4th St N, Fargo, ND 58102-4817 |
| 1136297 | | City of Moorhead, Attn: Accounts Receivable, PO Box 817, Moorhead, MN 56561-0817 |
| 1136299 | + | Class B Development, LLC, 2494 Rivers Bend Drive East, West Fargo, ND 58078-8543 |
| 1136300 | | Colonial Life Employee Benefit, Attn: Premium Processing, PO Box 903 Columbia SC, Columbia, SC 29202-0903 |
| 1136301 | + | Courtney Ficek, 901 33rd Avenue North, Suite 305, Fargo, ND 58102-0900 |
| 1136302 | + | Dack Daniel's Touring, Inc., 11 Music Circle South, Nashville, TN 37203-4312 |
| 1136303 | + | Dakota NFL Lions, c/o Denise Johnson, 301 21st Street South, Fargo, ND 58103-1428 |
| 1136304 | + | Dakota Plains Mechanical, 315 27th Circle South, Fargo, ND 58103-2471 |
| 1136305 | + | David Bernstein, PO Box 5104, Sioux City, IA 51102-5104 |
| 1136306 | + | David Lee Roth, ATTN: Chris Caulk, WILLIAM MORRIS ENDEAVOR ENTERTAINMENT, L, 9601 Wilshire Boulevard 3rd Floor, Beverly Hills, CA 90210-5219 |
| 1136307 | | Duluth Entertainment Convention Center, 350 Harbor Drive, Duluth, MN 55802-2698 |
| 1136310 | + | Eli Young LLC, PO Box 340020, Nashville, TN 37203-0020 |
| 1136311 | + | Emily Finley, 6606 Toronto Drive South, Fargo, ND 58104-4846 |
| 1136312 | + | Emporium Presents, LLC, 888 Westheimer #120, Houston, TX 77006-3945 |
| 1136313 | + | Essentia Health, 502 E 2ND ST, Duluth, MN 55805-1913 |
| 1136318 | + | FM Ambulance Service, Inc., 2215 18th Street South, Fargo, ND 58103-5105 |
| 1136319 | + | FMWF Chamber of Commerce, 3312 42nd Street South, Suite 101, Fargo, ND 58104-7084 |
| 1136314 | + | Fargo Public Schools, 700 7th Street South, Fargo, ND 58103-2704 |
| 1136316 | + | Fargo Theatre, 314 Broadway North, Fargo, ND 58102-4715 |
| 1136320 | + | Fourteen Acres, Inc., 22546 North Pearl Lake Road, Detroit Lakes, MN 56501-7017 |

District/off: 0868-3                              User: admin                                  Page 2 of 4
Date Rcvd: Jun 08, 2026                           Form ID: 309F2                              Total Noticed: 131

1136321    +  Gimmie Gimmie Disco, 13359 North Hwy 183, Unit 406-1280, Austin, TX 78750-7153
1136322    +  Global Tour Creatives, LLC, 9200 Sunset Blvd, Suite 320, West Hollywood, CA 90069-3505
1136323    +  Grassland Web Design, Inc., 22546 North Pearl Lake Road, Detroit Lakes, MN 56501-7017
1136324    +  Holly Funding, LLC, 1309 Coffeen Avenue, Suite 1200, Sheridan, WY 82801-5777
1136325    +  Home Free Touring, LLC f/s/o Home Free, Attention: Cass Scripps, United Talent Agency, 225 Polk Avenue Suite 130, Nashville, TN
              37203-5615
1136327    +  Icon Entertainment Group, 5700 Buckingham Parkway, 2nd Floor, Culver City, CA 90230-6508
1136328       Informational Management Systems, PO Box 790, Fargo, ND 58107-0790
1136337    +  JK & Sons LLC, Attn: Jeffrey Ebsch, d/b/a Broadway Rickshaw, 1555 Woodridge Ln, West Fargo, ND 58078-4033
1136330    +  Jade Nielsen, 4880 38th Ave S, Fargo, ND 58104-8514
1136331    +  Jade Nielsen Properties, 513 14th Street North, Fargo, ND 58102-4281
1136332    +  Jade Nielsen Properties, 1320 First Avenue North, Fargo, ND 58102-4202
1136333    +  Jade Nielson Properties, LLC, 1320 First Avenue North, Fargo, ND 58102-4202
1136334    +  Jade R Nielsen, 4880 38th Street South, Fargo, ND 58104-8514
1136335    +  Jade R Nielson, 4880 38th Street South, Fargo, ND 58104-8514
1136336    +  Jiffy John's Inc., PO Box 310, Pelican Rapids, MN 56572-0310
1136338    +  Kerry King, 3130 Wilshire Blvd, Suite 600, Santa Monica, CA 90403-2349
1136339    +  Lanai Marketing, 6244 Irving Avenue South, Minneapolis, MN 55423-1218
1136340    +  Lauren Nelson, 505 Oak St N, 203, Fargo, ND 58102-5538
1136341    +  Legends Sports Bar & Grill, 803 Belsly Blvd, Suite 100, Moorhead, MN 56560-5057
1136342    +  Leighton Broadcasting - FF, PO Box 1458, Saint Cloud, MN 56302-1458
1136343       Locals Love Us Fargo-Moorhead, 5 14th St N Commons, 5,, Fargo, ND 58102
1136344    +  Love Productions, 400 West 43rd St, Ste 10R, New York, NY 10036-6349
1136345       Macro Technologies, Inc, PO Box 790448, Saint Louis, MO 63179-0448
1136346    +  Marblevores LLC / Mike Birbiglia, Attn: Kat Valentine, c/o William Morris Endeavor Entertainmen, 11 Madison Avenue, 18th Floor, New
              York, NY 10010-3669
1136347       Marco Technologies, LLC, PO Box 790448, Saint Louis, MO 63179-0448
1136348    +  Mark Music & Media Law, Attn: Piffilicious, Inc, 1261 Broadway, Suite 505, New York, NY 10001-3620
1136349    +  Martin Media Worldwide, LLC, 2140 Taylor Street, Suite 302, San Francisco, CA 94133-2236
1136350    +  Marvin Lumber and Cedar Company, LLC, PO Box 100, Warroad, MN 56763-0100
1136351    +  Marvin Windows, 101 Marvin Rd, Ripley, TN 38063-7365
1136352    +  Medium Build Touring, 11400 W Olympic Blvd, Ste 350, Los Angeles, CA 90064-1540
1136353    +  Melissa Kucirek, 1944 South 62nd Street, Omaha, NE 68106-2139
1136355    +  Midwest Bank, Detroit Lakes Branch, 613 Hwy 10 E PO Box 703, Detroit Lakes, MN 56501-4127
1136357       Midwest Radio of Fargo-Moorhead, Attn: Danny Hallock, PO Box 10097, Fargo, ND 58106-0097
1136359    +  Minnesota OSHA and Worker's Com. Divisio, 525 Lake Ave. South, Suite 330, Duluth, MN 55802-2368
1136360    +  Moen Portables & Septic, 4502 25th Street North, Fargo, ND 58102-6227
1136361       Moustache of the World, Inc., ATTN: Natalie Otto, Eagles of Death Metal, WILLIAM MORRIS ENDEAVOR ENTERTAINMENT, L,
              Beverly Hills, CA 90210
1136362    +  ND Workforce Safety & Insurance, 1600 E. Century Ave, Ste 1, Bismarck, ND 58503-0649
1136365    +  NLFX Professionals, PO Box 1894, Bemidji, MN 56619-1894
1136363       Neil A. Van Dam, d/b/a Van Dam Financial Group, 3803 50th St N, Fargo, ND 58102
1136364    +  Neustel Law Offices, LTD, 2534 S University Drive, Suite 4, Fargo, ND 58103-5700
1136366    +  Nocturnal Hospitality Group, 1320 First Avenue North, Fargo, ND 58102-4202
1136367    +  Nocturnal Resources, LLC, 1320 First Avenue North, Fargo, ND 58102-4202
1136369    +  North Canna Co., 9494 Hemlock Ln N, Osseo, MN 55369-5506
1136371    +  OneWealth LLC, 406 Main Ave, Fargo, ND 58103-1974
1136372       Online, LLC, Lockbox: OneLive LLC, PO Box 224752, Dallas, TX 75222-4752
1136373       Prairie Public Broadcasting, Inc., Attn: Jeannie Camarillo, PO Box 3240, Fargo, ND 58108-3240
1136374    +  Premier Label Water Co., 9903 Santa Monica Blvd. Suite 385, Beverly Hills, CA 90212-1606
1136382    +  RSK Touring, LLC, 601 Taylor Place, Suite 106, Nashville, TN 37208-2486
1136375       Radio FM Media, Attn: Kelly Ring, PO Box 9919, Fargo, ND 58106-9919
1136376    +  Radisson Blu, 201 North 5th Street, Fargo, ND 58102-4892
1136377    +  Republic National Distributing Company o, 1406 47th St N, Fargo, ND 58102-2811
1136378    +  Rifle Bird Music LLC, 5210 Meadow Creek Dr, Austin, TX 78745-3016
1136379    +  Riley Entertainment, Inc., Attn: Kat Valentine, c/o William Morris Endeavor Entertainmen, 11 Madison Avenue Floor 18, New York, NY
              10010-3669
1136380    +  Rocket Capital NY, LLC, 19950 W Country Club Drive, Suite 902, Miami, FL 33180-4604
1136381    +  Rosewild, 215 Broadway N, Fargo, ND 58102-4800
1136383    +  Saving Abel, Pleeter Agency, LLC, c/o JPA 15030 Ventura Bl., #260, Sherman Oaks, CA 91403-5470
1136384    +  Sheala LLC, d/b/a Leela & Lavender, 793 32nd Avenue W Ste 101, West Fargo, ND 58078-8565
1136388    +  Slainte Hotel Properties, LLC, Attn: Chad Wachter, d/b/a Hotel Donaldson 4614 Memorial Hwy, Mandan, ND 58554-4702
1136389    +  Solitary Properties, 1320 First Avenue North, Fargo, ND 58102-4202
1136390    +  Sound Central, 500 South 59th Avenue West, Duluth, MN 55807-2118

District/off: 0868-3                                    User: admin                                    Page 3 of 4

Date Rcvd: Jun 08, 2026                              Form ID: 309F2                              Total Noticed: 131

| | | |
|---|---|---|
| 1136391 | + | Star Entertainment, USA, Inc., 1013 Centre Road, Suite 403S, Wilmington, DE 19805-1270 |
| 1136392 | + | Steel Panther Inc, 901 A St, Ste C, San Rafael, CA 94901-3025 |
| 1136393 | + | Tanner Montgomery Nickerson, 215 Park Avenue, Cloquet, MN 55720-1533 |
| 1136394 | + | The White House & Vintage Rentals LLC, 916 Main Avenue, Fargo, ND 58103-1742 |
| 1136395 | + | Theo Lawrence Industries LLC, Attn: Theo Lawrence, 9000 Bill Hichcock Pass, Austin, TX 78748-6233 |
| 1136396 | + | Tickets300, LLC, 1320 First Avenue North, Fargo, ND 58102-4202 |
| 1136398 | | Tribute Drama Productions, LLC, 2203 Manor Dr, Minneapolis, MN 55442 |
| 1136399 | + | U-Save Car Rental, 424 25th Street South, Fargo, ND 58103-2307 |
| 1136401 | | Union Station Land, Inc, c/o Creative Artist Agency, LLC, 401 Commerce Street, Penthouse, Winter Springs, FL 32719 |
| 1136405 | + | VIP Catering, 1516 14th Street South, Moorhead, MN 56560-3752 |
| 1136404 | + | Vince Neil Emerson, 4117 Hillsboro Pike, Suite 103-313, Nashville, TN 37215-2728 |
| 1136406 | + | Visit Fargo-Moorhead, 2001 44th Street South, Fargo, ND 58103-7144 |
| 1136407 | | Waabigwan Mashkiki, 515 E Jefferson Ave, Mahnomen, MN 56557 |
| 1136408 | + | Wheatus, 253 W 254th Street, Bronx, NY 10471-2553 |
| 1136409 | | Winterfell Management, LLC, 1631 East 5th Street, Duluth, MN 55812-1204 |
| 1136410 | + | Wolfman Productions Inc, 75 Glen Rd, Ste 313, Sandy Hook, CT 06482-1175 |
| 1136411 | + | Zachary Click, 1621 S University Dr., 430, Fargo, ND 58103-4171 |

TOTAL: 117

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: mac@mbvesq.com | Jun 08 2026 18:55:00 | Maurice VerStandig, The Dakota Bankruptcy Firm, 1630 1st Avenue N, Suite B PMB 24, Fargo, ND 58102 |
| 1136279 | + | Email/PDF: bncnotices@becket-lee.com | Jun 08 2026 18:52:42 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 1136298 | + | Email/Text: tina.gustafson@westfargond.gov | Jun 08 2026 18:55:00 | City of West Fargo, 800 4th Avenue East, Suite 1, West Fargo, ND 58078-2099 |
| 1136308 | | Email/Text: CLLARSON@EIDEBAILLY.COM | Jun 08 2026 18:55:00 | Eide Bailly, LLP, 4310 17th Avenue South, PO Box 2545, Fargo, ND 58108-2545 |
| 1136317 | | Email/Text: rmurphy1@firstinsurancefunding.com | Jun 08 2026 18:55:00 | First Insurance Funding, 450 Skokie Blvd, Ste 1000, Northbrook, IL 60062-7917 |
| 1136315 | + | Email/Text: AmityQuam@RentallUSA.net | Jun 08 2026 18:55:00 | Fargo RentAll, Inc., 3201 32nd Street South, Fargo, ND 58104-8815 |
| 1136329 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 08 2026 18:55:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 1136354 | ^ | MEBN | Jun 08 2026 18:49:42 | Midco-Business, PO Box 5010, Sioux Falls, SD 57117-5010 |
| 1136355 | + | Email/Text: legal@midwestbank.net | Jun 08 2026 18:55:00 | Midwest Bank, Detroit Lakes Branch, 613 Hwy 10 E PO Box 703, Detroit Lakes, MN 56501-4127 |
| 1136358 | + | Email/Text: mdor.bkysec@state.mn.us | Jun 08 2026 18:55:00 | Minnesota Department of Revenue, 600 Robert St N, Saint Paul, MN 55146-0010 |
| 1136370 | + | Email/Text: ecftax@nd.gov | Jun 08 2026 18:55:00 | North Dakota Office of State Tax Commiss, 600 E. Boulevard Ave., Dept. 127, Bismarck, ND 58505-0602 |
| 1136380 | + | Email/Text: allen@rocketcapllc.com | Jun 08 2026 18:55:00 | Rocket Capital NY, LLC, 19950 W Country Club Drive, Suite 902, Miami, FL 33180-4604 |
| 1136385 | + | Email/Text: bankruptcy@bbandt.com | Jun 08 2026 18:55:00 | Sheffield Financial, PO Box 1704, Clemmons, NC 27012-1704 |
| 1136400 | + | Email/Text: elpasodlsc@sba.gov | Jun 08 2026 18:55:51 | U.S. Small Business Administration, 10737 Gateway West, #300, El Paso, TX 79935-4910 |
| 1136309 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 08 2026 18:55:00 | Elan Financial Services, PO Box 790408, Saint Louis, MO 63179-0408 |
| 1136403 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |

| District/off: 0868-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jun 08, 2026 | Form ID: 309F2 | Total Noticed: 131 |

Jun 08 2026 18:55:00   VERIZON WIRELESS SERVICES LLC, 1
Verizon Way, Basking Ridge, NJ 07920-1097

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 1136292 | | Carly Pritchard, 810 7th Street South |
| 1136293 | | Fargo, ND 58103 |
| 1136387 | | Fargo, ND 58104 |
| 1136386 | | Shelby Jondahl, 3711 21st St S |
| 1136402 | | Unknown Ticket Holders |
| 1136356 | *+ | Midwest Bank, Detroit Lakes Branch, 613 Hwy 10 E PO Box 703, Detroit Lakes, MN 56501-4127 |
| 1136368 | *+ | Nocturnal Resources, LLC, 1320 First Avenue North, Fargo, ND 58102-4202 |
| 1136397 | * | Tickets300, LLC, 1320 First Avenue North, Fargo, ND 58102-4202 |
| 1136326 | ##+ | Horizon Investment, LLC, 210 Broadway North, Suite 301, Fargo, ND 58102-4771 |

TOTAL: 5 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2026                 Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Maurice VerStandig | on behalf of Debtor Jade Presents  LLC mac@mbvesq.com, mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| United States Trustee | USTPRegion12.SX.ECF@usdoj.gov |

TOTAL: 2

| Information to identify the case: | | |
|---|---|---|
| Debtor | **Jade Presents, LLC** <br> Name | EIN: 48–1257416 |
| United States Bankruptcy Court   District of North Dakota | | Date case filed for chapter:   11   6/6/26 |
| Case number:   26–30438 | | |

## Official Form 309F2 (For Corporations or Partnerships under Subchapter V)

# Notice of Chapter 11 Bankruptcy Case

**10/20**

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Jade Presents, LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1320 First Avenue North <br> Fargo, ND 58102 | |
| 4. | **Debtor's attorney** <br> Name and address | Maurice VerStandig <br> The Dakota Bankruptcy Firm <br> 1630 1st Avenue N <br> Suite B PMB 24 <br> Fargo, ND 58102 | Contact phone  701–394–3215 <br><br> Email:  mac@mbvesq.com |
| 5. | **Bankruptcy trustee** <br> Name and address | None | Contact phone  _____ <br><br> Email:  None |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 655 1ST AVENUE NORTH, SUITE 210 <br> FARGO, ND 58102 | Hours open: <br> 8:00am–4:30pm Mon–Fri <br><br> Contact phone  (701) 297–7100 <br><br> Date: 6/8/26 |

**For more information, see page 2 >**

Debtor   **Jade Presents, LLC**                                                           Case number   **26–30438**

| | | |
|---|---|---|
| **7. Meeting of creditors** The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **July 16, 2026 at 01:30 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Teleconference \*ONLY\*, Toll Free: 866–821–5980, Participant# 9065076** |

| | |
|---|---|
| **8. Proof of claim deadline** | **Deadline for filing proof of claim:** **For all creditors (except a governmental unit):**  8/17/26 **For a governmental unit:**  12/3/26 A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: • your claim is designated as *disputed*, *contingent*, or *unliquidated;* • you file a proof of claim in a different amount; or • you receive another notice. If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |

| | |
|---|---|
| **9. Exception to discharge deadline** The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. **Deadline for filing the complaint:**  9/14/26 |

| | |
|---|---|
| **10. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

| | |
|---|---|
| **11. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. |

| | |
|---|---|
| **12. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |