IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 26-30438 |
| | ) | (Chapter 11) |
| JADE PRESENTS, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | Case No. 26-30439 |
| In re: | ) | (Chapter 11) |
| | ) | |
| TICKETS300, LLC | ) | (Joint Administration |
| | ) | Motion Pending) |
| Debtor | ) | |
| | ) | |

**MOTION TO APPEAR
AT HEARING VIA VIDEOCONFERENCE**

Come now Jade Presents, LLC and Tickets300, LLC (the "Debtors"), by and through undersigned counsel, pursuant to Local Rule 5001-2(B), and move to permit counsel and the principal of both Debtors to appear at the first day hearing on June 12, 2026, via video conference, and in support thereof state as follows:

Even the best of travel plans can fall mercy to the air traffic control operations of O'Hare International Airport. Undersigned counsel has been scheduled to fly to Fargo, connecting through Chicago, but the initial flight has now been delayed by a number of hours sufficient to make the connection a temporal impossibility. And while American Airlines has offered to rebook the route for Friday, June 12, 2026, such obviously would not allow for arrival in time for the first day hearings in these cases. *See, e.g.*, Robert Burns, *To a Mouse* (1785) ("The best-laid schemes of mice and men go oft awry. . .").

Undersigned counsel is trying to assess the feasibility of an alternate route to Minneapolis, but it appears some of the same weather-centric issues underlying the problems at O'Hare may,

1

too, be befalling the air travel to the Twin Cities. Moreover, as preparations for the hearings continue, there do exist some concerns about the pragmatism of the alternative route.

For these reasons, the Debtors respectfully ask that their counsel be permitted to appear remotely, with sincere promises of being in-person for the next hearing in these cases. And insofar as there are certain counsel-driven concerns about having a client representative live in court with an attorney halfway across the country, the request extends to the principal of the two Debtors as well.

WHEREFORE, the Debtors respectfully pray counsel and their principal be permitted to appear, on June 12, 2026, via video conference, and for such other and further relief as may be just and proper.

Respectfully Submitted,

Dated: June 11, 2026    By:    /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Proposed Counsel for the Debtors*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of June, 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig

2