**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re: | Case No.:  26-30438 |
| | Chapter 11 |
| JADE PRESENTS, LLC, | |
| Debtor. | |
| In Re: | Case No.:  26-30439 |
| | Chapter 11 |
| TICKETS300, LLC, | |
| Debtor. | |

**MOTION FOR LEAVE OF COURT TO**
**APPEAR BY VIDEO CONFERENCE**

Tiffany J. Grossman, counsel to the North Dakota Office of Attorney General, respectfully moves this Court to enter an order under Local Rule 5001-2(B) allowing her to appear at a hearing on June 12, 2026, at 9:30 a.m. ("Hearing") respecting the following matters:

- Debtor's Motion for Joint Administration (Doc. 2)

- Debtor's Motion to Establish Notice and Claim Protocols (Doc. 3)

- Debtor's Motion to Utilize FDIC-Insured Depository Accounts (Doc. 4)

and any other matters scheduled to take place during the Hearing.

The undersigned makes the request to appear by video conference at the Hearing due to the expedited scheduling of the hearing and to save time and expense by not having to travel from Bismarck, North Dakota. The request to attend the hearing by video conference will not cause any undue hardship to the parties herein.

WHEREFORE, Counsel requests that she be allowed to appear by video conference at the Hearing.

1

Dated this 11th day of June, 2026.

STATE OF NORTH DAKOTA
Drew H. Wrigley
Attorney General

*/s/ Tiffany J. Grossman*
Tiffany J. Grossman
North Dakota State Bar No. 08109
Assistant Attorney General
Consumer Protection & Antitrust Division
Office of Attorney General
1720 Burlington Drive, Suite C
Bismarck, ND 58504-7736
Tel: (701) 328-5570
tgrossman@nd.gov

*Attorneys for the North Dakota Office of
Attorney General*

2

**<u>CERTIFICATE OF SERVICE</u>**

I certify that a true and correct copy of the foregoing has been served via the Court's

Electronic Filing System on all parties requesting notice in this proceeding.

Dated:  June 11, 2026

/s/ Tiffany J. Grossman
Tiffany J. Grossman
Assistant Attorney General

3