**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| In Re: | Case No.:  26-30438 |
|---|---|
| JADE PRESENTS, LLC, | Chapter 11 |
| Debtor. | |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that pursuant to Rule 9010 of the Bankruptcy Rules, Bravera Bank, is a secured creditor and hereby appears in this case.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned requests that all notices and papers specified by that Rule, and pursuant to Rule 9010 of the Bankruptcy Rules, that all other notices given or required to be given in this case and all other papers served or required to be served, be given and served upon:

Kesha Tanabe
Vogel Law Firm
P.O. Box 1389
Fargo, ND 58107-1389

The foregoing request includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearing, requests or petitions, plans, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Dated this 11th day of June, 2026.

**VOGEL LAW FIRM**


BY:*/s/ Kesha L. Tanabe*

    Kesha L. Tanabe (#0387250)
    ktanabe@vogellaw.com
    218 NP Avenue
    PO Box 1389
    Fargo, ND  58107-1389
    Telephone:  701.237.6983
    ATTORNEYS FOR BRAVERA BANK

4907-9055-1220 v.1