## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In re:

**Jade Presents, LLC**                                    **Bankr. No. 26-30438**

    **Debtor.**                                    **Chapter 11**

In re:

**Tickets 300, LLC**                                       **Bankr. No. 30439**

    **Debtor.**                                    **Chapter 11**

---

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

---

    PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rule 9010, Mary Sieling hereby appears in this case as the subchapter v trustee, and requests, pursuant to Bankruptcy Rules 2002 & 3017(a), that notice of all matters arising in this case be duly served upon:

        Mary F. Sieling
        PO Box 1116
        Minnetonka, MN  55345

        Email:mary@sielinglaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing requests, without limitation, all notices, pleadings, motions applications, complaints, demands, hearings, requests or petition, disclosure statements, objections or reply, memoranda and briefs and any other document brought before this Court with respect to these proceedings, whether formal or informal, wither written or oral, and whether transmitted or conveyed by mail, delivery, telephone, tax, email or otherwise.

Dated: June 11, 2026                    SIELING LAW, PLLC

                                 */s/ Mary Sieling*
                               Mary F. Sieling
                               PO Box 1116
                               Minnetonka, MN  55345
                               Phone: 612-325-1191
                               Email:mary@sielinglaw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

**In re:**

**Jade Presents, LLC**                                               **Bankr. No. 26-39438**

    **Debtor.**                                               **Chapter 11**

**In re:**

**Tickets 300, LLC**                                               **Bankr. No. 30439**

    **Debtor.**                                               **Chapter 11**

---

**CERTIFICATE OF SERVICE**

---

Mary Sieling hereby certifies that a true and correct copy of the Notice of Appearance was electronically transmitted via CM/ECF.

Dated:   June 11, 2026

                    /s/ Mary Sieling
                    Mary Sieling