## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In re:

Jade Presents, LLC                                    **Bankr. No. 26-30438**

      Debtor.                                      **Chapter 11**

In re:

Tickets 300, LLC                                      **Bankr. No. 30439**

      Debtor.                                      **Chapter 11**

---

## MOTION TO APPEAR BY VIDEO CONFERENCE

---

1.      Mary Sieling, the subchapter v trustee, respectively moves this Court to enter an order under Local Rule 5001-2 allowing her to appear by video conference at the hearing scheduled on June 12, 2026 at 9:30 a.m. on the motion for joint administration (Doc. 2), motion to utilize FDIC-Insured Depository Accounts (Doc. 4), and motion to establish notice and claims protocols (Doc. 3).

2.      I do not anticipate filing an objection to the motions.   Travel for such a limited purpose would be burdensome and expensive.

WHEREFORE, the trustee requests that she be allowed to appear by video conference.

Dated: June 11, 2026                        SIELING LAW, PLLC

                       By:  *s/ Mary F. Sieling*
                       Mary F. Sieling
                       12800 Whitewater Dr, Ste. 100, #3201
                       Minnetonka, MN  55343
                       Phone: 612-325-1191
                       Email:mary@sielinglaw.com

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA**

**In re:**

| | |
|---|---|
| **Jade Presents, LLC** | **Bankr. No. 26-39438** |
| **Debtor.** | **Chapter 11** |

**In re:**

| | |
|---|---|
| **Tickets 300, LLC** | **Bankr. No. 30439** |
| **Debtor.** | **Chapter 11** |

---

**CERTIFICATE OF SERVICE**

---

Mary Sieling hereby certifies that a true and correct copy of the document was electronically transmitted via CM/ECF.

Dated:   June 11, 2026

/s/ Mary Sieling
Mary Sieling