UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                Bankruptcy No. 26-30438
                                                      Chapter 11 – Subchapter V
Jade Presents, LLC,

                        Debtor.
                                        /
In Re:                                                Bankruptcy No. 26-30439
                                                      Chapter 11 – Subchapter V
Tickets300, LLC,

                        Debtor.
                                        /

## ORDER GRANTING MOTIONS TO USE FDIC-INSURED DEPOSITORY ACCOUNTS

Debtors Jade Presents, LLC and Tickets300, LLC filed Motions to Utilize FDIC-Insured Depository Accounts. Doc. 4.  In their motions, Debtors maintain that the Court should grant it authority to maintain its existing bank accounts consistent with equity and a plain language reading of the Bankruptcy Code.

The Court held a hearing on June 12, 2026.  At the hearing, the United States Trustee asserted no objection to the motion.  Etix asserted no objection to Debtors continued use of the FDIC-insured depository accounts, but it raised concerns regarding transparency of transactions through the account, information disclosure and future use and disposition of funds.  For the reasons stated on the record, Etix's objection is overruled.  The Court finds cause for granting the relief Debtor seeks.

**IT IS ORDERED** that Debtor's Motion to Utilize FDIC-Insured Depository Accounts is granted.  Debtor is authorized to retain its existing depository accounts at FDIC-insured institutions provided it shall not have more than $245,000 on deposit at any one institution at any one time, and Debtors otherwise comply with 11 U.S.C. § 345.

Given that the United States Trustee did not assert an objection to the motion,

the relief granted in this motion is final.

Dated: June 12, 2026.

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT