UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                      Bankruptcy No. 26-30438
                                                            Chapter 11 – Subhcapter V

Jade Presents, LLC,
                        Debtor.
_____/

In Re:                                                      Bankruptcy No. 26-30439
                                                            Chapter 11 – Subchapter V

Tickets300, LLC,
                        Debtor.
_____/

**ORDER GRANTING INTERIM RELIEF ON
MOTION FOR JOINT ADMINISTRATION**

Debtors Jade Presents, LLC and Tickets300, LLC filed a Motion for Joint

Administration.  Doc. 2.  On June 12, 2025, the Court held a preliminary hearing on the

motion.   For the reasons stated on the record, the Court finds that Debtors are

affiliated, and that joint administration of Debtors' estates does not appear to create

conflicts of interest or harm creditors.  Based on the record, it is also apparent that joint

administration will save time and expense.  Accordingly, the Court finds cause for jointly

administering these cases on an interim basis.

**IT IS ORDERED** that Debtors' Motion for Joint Administration is granted on an

interim basis.  In re Jade Presents, LLC, Bankr. No. 26-30438 is designated the lead

case.  All documents must be filed in the lead case pending a final order, except for

proofs of claim.  Each Debtor must maintain its own claims register, and all proofs of

claim must be filed in the appropriate case.  Unless ordered otherwise, Debtors must file

individual plans of reorganization or liquidation in each case, and they must file separate

operating reports in each case.

All filings in the lead case may bear the caption shown above.

A final hearing on this motion will be held on June 25, 2026.  The deadline to object to final relief is June 22, 2026.  If no interested party objects, the Court may enter the relief requested and cancel the hearing.

Dated: June 12, 2026.

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT