**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In Re:

Jade Presents, LLC,                                    Bankruptcy No. 26-30438
                                                       Chapter 11 – Subchapter V

    Debtor.

In Re:

Tickets300, LLC,                                       Bankruptcy No. 26-30439
                                                       Chapter 11 – Subchapter V

    Debtor.

**MOTION TO ADMIT MICHAEL D. MUELLER, ESQ.,**
**PRO HAC VICE AS COUNSEL FOR ETIX, INC.**

Michael D. Mueller, Esq., an attorney for creditor Etix, Inc., moves this Court pursuant to

D.N.D. Gen. L.R. 1.3(D) and D.N.D. Bankr. L.R. 9010-2(B) for leave to appear pro hac vice in

the above-captioned cases. In support of the Motion to Appear Pro Hac Vice, I submit the

following information for consideration by the Court:

**State of Residence:**       Virginia

**Office Address:**           Williams Mullen
                              200 South 10th Street, Suite 1600
                              Richmond, VA 23219

**Office Telephone Number:**  804.420.6332

**Office E-Mail Address:**    mmueller@williamsmullen.com

**Bar Admissions:**           Virginia State Bar; 1995; Bar No. 38216
                              Colorado State Bar; 1992; Bar No. 21985 (inactive)
                              Wisconsin State Bar; 1997; Bar No. 1030329 (inactive)
                              U.S. District Court for the Eastern District of Virginia; 4/9/1997
                              U.S. Bankruptcy Court for the Eastern District of Virginia; 6/12/1995
                              U.S. Bankruptcy Court for the Western District of Virginia; 6/12/1995
                              U.S. Court of Appeals for the Fourth Circuit; 8/20/1996

1

**Legal Training:**           Washington and Lee University School of Law, J.D., 1992

**Prior Disciplinary
Actions:**                    I am a member in good standing of the State Bar of Virginia State
and no disciplinary actions have ever been filed against me or are
currently pending against me.

I will comply with the Local Rules of the United States Bankruptcy Court for the District of North Dakota, will adhere to the North Dakota Rules of Professional Conduct in matters of discipline, and will submit to the jurisdiction of the Court in matters of discipline. The filing of this motion constitutes consent to the disciplinary jurisdiction of this Court pursuant to D.N.D. Bankr. L.R. 9010-2(B).

Local counsel for Etix, Inc. is David M. Tanabe of Messerli & Kramer P.A. The required $150.00 admission fee has been paid contemporaneously with the filing of this motion.

Under penalties of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

Dated: June 15, 2026

Respectfully Submitted,

WILLIAMS MULLEN

/s/ Michael D. Mueller

By: Michael D. Mueller (VA Bar No. 38216)
Williams Mullen
200 South 10th Street
Richmond, VA 23219
Telephone: 804.420.6332 | Fax: 804.420.6507
Email: mmueller@williamsmullen.com

*ATTORNEYS FOR CREDITOR ETIX, INC.*

2

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In Re:

Jade Presents, LLC,

     Debtor.

Bankruptcy No. 26-30438
Chapter 11 – Subchapter V

---

In Re:

Tickets300, LLC,

     Debtor.

Bankruptcy No. 26-30439
Chapter 11 – Subchapter V

---

## CERTIFICATION OF SERVICE
### Dated: June 15, 2026

THE UNDERSIGNED DOES HEREBY CERTIFY that I caused a true and correct copy

of the foregoing Motion to Admit Michael D. Mueller, Esq., Pro Hac Vice as Counsel for Etix,

Inc., to be served via CM/ECF to all parties authorized to receive electronic notices in this case.

MESSERLI & KRAMER P.A.
/s/ David M. Tanabe
BY: David M. Tanabe (ND Bar No. 10117)
50 South 6th Street, Suite 2300
Minneapolis, MN 55402
Telephone: 612.672.3628
Email: dtanabe@messerlikramer.com

*ATTORNEYS FOR CREDITOR ETIX, INC.*