UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>JADE PRESENTS, LLC,<br><br>          Debtor. | Case No. 26-30438<br>Chapter 11 |
| In re:<br><br>TICKETS300, LLC,<br><br>          Debtor | Case No. 26-30439<br>Chapter 11 |

### NOTICE OF APPEARANCE and REQUEST FOR SERVICE

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010, the United States of America, by Nicholas W. Chase, United States Attorney for the District of North Dakota, and Melissa Helen Burkland, Assistant United States Attorney, hereby appear on behalf of the Small Business Administration (United States), a creditor and party in interest.

PLEASE TAKE FURTHER NOTICE that pursuant to Bankruptcy Rule 2002(g)(1), the undersigned requests that all notices and papers specified therein and pursuant to Bankruptcy Rule 9010, and all other papers served or required to be served in this case, be given to and/or served upon Assistant United States Attorney at the address below.

Dated: June 16, 2026

NICHOLAS W. CHASE
United States Attorney

By:   /s/ Melissa Helen Burkland
MELISSA HELEN BURKLAND
Assistant United States Attorney
WI Bar ID 1071443
655 First Avenue North, Suite 250
Fargo, ND  58102-4932
(701) 297-7400
melissa.burkland@usdoj.gov
Attorney for United States

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2026, the Notice of Appearance and Request for Service was filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

**Christianna A. Cathcart** on behalf of Debtor Jade Presents, LLC
christianna@dakotabankruptcy.com,
Cathcart.ChristiannaB114029@notify.bestcase.com

**Tiffany J Grossman** on behalf of Interested Party ND Office of Attorney General
tgrossman@nd.gov

**Mary F Sieling** ~ mary@sielinglaw.com

**Caren Stanley** on behalf of Creditor Bravera Bank
cstanley@vogellaw.com, sthompson@vogellaw.com;lstanley@vogellaw.com;
kjohnson@vogellaw.com

**Caren Stanley** on behalf of Creditor Horizon Investments, LLC
cstanley@vogellaw.com, sthompson@vogellaw.com;lstanley@vogellaw.com;
kjohnson@vogellaw.com

**David Tanabe** on behalf of Creditor Etix, Inc.
dtanabe@messerlikramer.com, bkillingfunches@messerlikramer.com

**Kesha Tanabe** on behalf of Creditor Bravera Bank
ktanabe@vogellaw.com, sthompson@vogellaw.com;lstanley@vogellaw.com;
kjohnson@vogellaw.com

**Kesha Tanabe** on behalf of Creditor Horizon Investments, LLC
ktanabe@vogellaw.com, sthompson@vogellaw.com;lstanley@vogellaw.com;
kjohnson@vogellaw.com

**United States Trustee**
USTPRegion12.SX.ECF@usdoj.gov

**Maurice VerStandig** on behalf of Debtor Jade Presents, LLC
mac@mbvesq.com, mac@dakotabankruptcy.com;
verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

**Sarah J. Wencil** on behalf of <u>United States Trustee</u>
sarah.j.wencil@usdoj.gov

I further certify that a copy of the foregoing document will be mailed by first-class mail, postage paid, to the following non-ECF participant:

n/a

_____
Margo M. Kern, Secretary
Office of the United States Attorney