IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 26-30438 |
| | ) | (Chapter 11) |
| JADE PRESENTS, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| In re: | ) | Case No. 26-30439 |
| | ) | (Chapter 11) |
| TICKETS300, LLC | ) | |
| | ) | Jointly Administered |
| Debtor | ) | |
| | ) | |

## NOTICE OF CHAPTER 11 BANKRUPTCY CASES

Jade Presents, LLC ("Jade Presents") and Tickets300, LLC ("T300") have each filed cases under chapter 11 of the Bankruptcy Code. The cases were filed on June 6, 2026.

This notice has important information about the cases for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from the debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorneys' fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 9 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected online at https://pacer.uscourts.gov or at the office of the Clerk of the Bankruptcy Court. Information regarding these cases, including information about filing a proof of claim, may be found at: www.ndb.uscourts.gov/JadePresents.

1. Debtors' Full Names:              Jade Presents, LLC and Tickets300, LLC

2. Debtors' Addresses:               1320 1st Ave N
                                     Fargo, ND 58102

3. Debtors' Proposed Counsel:        The Dakota Bankruptcy Firm
                                     1630 1st Ave N.
                                     Suite B PMB 24
                                     Fargo, ND 58102
                                     mac@dakotabankruptcy.com

4.  Subchapter V Trustee:

Mary F. Sieling
12800 Whitewater Drive
Suite 100, #3201
Minnetonka, MN  55343

Phone: 612-325-1191
mary@sielinglaw.com

5.  Bankruptcy Clerk's Office:

655 1st Ave N
Suite 210
Fargo, ND 58102

Open: 8:00 am – 4:30 pm
Monday – Friday

6.  Phone Number of Debtors' Counsel: (701) 699-6880

*Counsel for the Debtors CANNOT give legal advice or offer any advice on how to address claims in these cases. This phone number is not monitored 24/7 but contains a voicemail box at which messages may be left at any time.*

7.  Meeting of Creditors:

**July 16, 2026 at 1:30pm (Central)**
Teleconference *ONLY*, Toll Free: (888) 330-1716
Access Code: 2513064#

8.  Deadline for Filing Claims:

August 17, 2026 (for non-governmental units)

A proof of claim is a signed statement describing a creditor's  claim.  **Information on filing a Ticket Holder Proof of Claim may be found at: www.ndb.uscourts.gov/JadePresents**

Your claim will be allowed in the amount indicated unless you are sent another notice.

9.  Exception to Discharge Deadline:

**September 14, 2026**
The bankruptcy clerk's office must receive a complaint and any required filing fee by this deadline. If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated above.

10. Filing a Chapter 11 Case:

Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in

possession of the property and may continue to operate the debtor's business.

11. Discharge of Debts:

Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline.

Information concerning these cases and the procedures for filing a proof of claim may be found on the U.S. Bankruptcy Court for the District of North Dakota's website:

**www.ndb.uscourts.gov/JadePresents**

*[Rest of Page Intentionally Blank]*