IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 26-30438 |
| | ) | (Chapter 11) |
| JADE PRESENTS, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| | ) | Case No. 26-30439 |
| In re: | ) | (Chapter 11) |
| | ) | |
| TICKETS300, LLC | ) | (Joint Administration |
| | ) | Motion Pending) |
| Debtor | ) | |
| _____ | ) | |

### MOTION TO EXTEND TIME TO FILE STATEMENT OF FINANCIAL AFFAIRS

Come now Jade Presents, LLC ("Jade Presents") and Tickets300, LLC ("T300") (collectively, the "Debtors," and each a "Debtor"), by and through undersigned proposed counsel, pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1), and move this Honorable Court to extend—to and through Wednesday, July 1, 2026—the deadline for each of the Debtors to file a statement of financial affairs (the "SOFA"), and in support thereof state as follows:

Jade Presenta and T300 are both working, through counsel, to triage and assess various historic financial occurrences that must be disclosed as part of the SOFA. While it is not reasonably anticipated any forthcoming disclosures will be surprising, there is nonetheless an abiding interest in ensuring such be as accurate as pragmatic. And the Debtors thusly ask for a brief extension of time—of nine days—to work with counsel to get the two SOFAs on file.

The extension sought herein is permitted under the Federal Rules of Bankruptcy Procedure "for cause," Fed. R. Bankr. P. 9006(b)(1), and it is respectfully urged the foregoing constitutes "cause" sufficient to merit a brief extension of time. It is also observed that such an extension will not cause prejudice to inure to the detriment of any party.

1

WHEREFORE, the Debtors respectfully pray this Honorable Court permit to and through Wednesday, July 1, 2026, for the filing of the two statements of financial affairs, and for such other and further relief as may be just and proper.

Respectfully Submitted,

Dated: June 22, 2026                    By:     /s/ Maurice B. VerStandig
                                                Maurice B. VerStandig, Esq.
                                                The Dakota Bankruptcy Firm
                                                1630 1st Avenue N
                                                Suite B PMB 24
                                                Fargo, North Dakota 58102-4246
                                                Phone: (701) 394-3215
                                                mac@dakotabankruptcy.com
                                                *Proposed Counsel for the Debtors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of June, 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig

2