UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                      Bankruptcy No. 26-30438
                                                            Chapter 11 – Subhcapter V
Jade Presents, LLC,
                        Debtor.
_____/
In Re:                                                      Bankruptcy No. 26-30439
                                                            Chapter 11 – Subchapter V
Tickets300, LLC,
                        Debtor.
_____/

**ORDER GRANTING
MOTION FOR JOINT ADMINISTRATION**

Debtors Jade Presents, LLC and Tickets300, LLC filed a Motion for Joint Administration.  Doc. 2.  On June 12, 2025, the Court held a preliminary hearing on the motion and entered an interim order.  The Court received no objections to final relief on the motion.

Upon review of the motion and other pleadings, the Court finds that Debtors are affiliated, and that joint administration of Debtors' estates does not appear to create conflicts of interest or harm creditors.  Based on the record, it is also apparent that joint administration will save time and expense.  Accordingly,

**IT IS ORDERED** that Debtors' Motion for Joint Administration is granted.  In re Jade Presents, LLC, Bankr. No. 26-30438 is designated the lead case.  All documents must be filed in the lead case, except for proofs of claim.  Each Debtor must maintain its own claims register, and all proofs of claim must be filed in the appropriate case.  Unless ordered otherwise, Debtors must file individual plans of reorganization or liquidation in each case, and they must file separate operating reports in each case.

All filings in the lead case may bear the caption shown above.

Dated: June 23, 2026.

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT