IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 26-30438 |
| | ) | (Chapter 11) |
| JADE PRESENTS, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | Case No. 26-30439 |
| In re: | ) | (Chapter 11) |
| | ) | |
| TICKETS300, LLC | ) | (Joint Administration) |
| | ) | |
| Debtor | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 24th day of June 2026, I caused a copy of the Order Setting Telephonic Status Conference in a Case Filed Under Subchapter V (DE #58), to be served on all parties on the attached mailing matrix, via U.S. Mail, postage prepaid.

Respectfully Submitted,

Date: June 25, 2026         By:     /s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
The Dakota Bankruptcy Firm
1630 First Avenue North
Suite B PMB 24
Fargo, ND 58102-4246
Phone: (701) 970-2770
christianna@dakotabankruptcy.com
*Counsel for the Debtor*

1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 25th day of June 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

<u>/s/ Christianna A. Cathcart</u>
Christianna A. Cathcart

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 26-30438
DISTRICT OF NORTH DAKOTA
WED JUN 24 8-27-29 PST 2026

BRAVERA BANK
ATTN  KESHA TANABE  VOGEL LAW FIM
PO BOX 1389
FARGO  ND 58107-1389

EXCLUDE

(U)ETIX  INC

DEBTOR

HORIZON INVESTMENTS  LLC
CO VOGEL LAW FIRM KESHA TANABE
PO BOX 1389
FARGO  ND 58107-1389

JADE PRESENTS  LLC
1320 FIRST AVENUE NORTH
FARGO  ND 58102-4202

NORTH DAKOTA OFFICE OF ATTORNEY GENERAL
CONSUMER PROTECTION  ANTITRUST DIVISION
1720 BURLINGTON DRIVE  STE C
BISMARCK  ND 58504-7759

EXCLUDE

TICKETS300  LLC
1320 1ST AVE N
FARGO  ND 58102-4202

(U)USASBA

UNITED STATES TRUSTEE
SUITE 1015 US COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS  MN 55415-1320

EXCLUDE

US BANKRUPTCY COURT
655 1ST AVENUE NORTH  SUITE 210
FARGO  ND 58102-4932

1 PRODUCTIONS
1620 S 49TH STREET
OMAHA  NE 68106-2436

701 COLLECTIVE
1320 FIRST AVENUE NORTH
FARGO  ND 58102-4202

701 COLLECTIVE  LLC
1320 FIRST AVENUE NORTH
FARGO  ND 58102-4202

701 WRAPS
5524 53RD AVENUE SW
UNIT A-1
FARGO  ND 58104-5624

ASCAP
ATTN SC LICENSING
21678 NETWORK PLACE
CHICAGO  IL 60673-1216

ALL SEASON MOTORSPORTS
2205 SHEYENNE STREET WEST
WEST FARGO  ND 58078-6920

AMERICAN EXPRESS
PO BOX 981537
EL PASO  TX 79998-1537

AMERICAN WELDING  GAS  INC
PO BOX 779009
CHICAGO  IL 60677-9009

EXCLUDE

BMI
PO BOX 630893
CINCINNATI  OH 45263-0893

BERGSETH BROS CO
1211 47TH ST N
FARGO  ND 58102-2849

(D)BERGSETH BROS CO  INC
1211 47TH ST N
FARGO  ND 58102-2849

BILL YOUNG PRODUCTIONS  INC
PO BOX 4356
DEPARTMENT 2242
HOUSTON  TX 77210-4356

BLARNEY STONE PUB  LLC
408 E MAIN AVE
BISMARCK  ND 58501-4042

BLOCK 9 HOTEL LLC
DBA JASPER HOTEL
210 BROADWAY N STE 300
FARGO  ND 58102-4771

BLUE CROSS BLUE SHIELD OF ND
PO BOX 857668
MINNEAPOLIS  MN 55485-7668

BLUSHED BEAUTY BAR  INC
5177 44TH ST S
FARGO  ND 58104-6069

BRAVERA BAN
VOGEL LAW FIRM
CO KESHA TANABE
PO BOX 1389
FARGO  ND 58107-1389

BRAVERA BANK
FARGO BRANCH
3000 25TH STREET SOUTH
FARGO  ND 58103-5046

BRAVERA BANK
VOGEL LAW FIRM
CO CAREN STANLEY
PO BOX 1389
FARGO  ND 58107-1389

BRENNANS GARAGE  LLC
4021 MAIN AVENUE  STE C
FARGO  ND 58103-1186


EXCLUDE

BRITTANY MUCHOW
4811 44TH STREET
FARGO  ND 58104-4297

(U)CARLY PRITCHARD
810 7TH STREET SOUTH

CHARLES WESLEY GODWIN LLC
CO THE GREENROOM RESOURCE
PO BOX 6009
BOZEMAN  MT 59771-6009


CHUBS PUB  LLC
ATTN WADE LINDGREN
421 N UNIVERSITY DR
FARGO  ND 58102-4339

CITY OF FARGO
225 4TH ST N
FARGO  ND 58102-4817

CITY OF MOORHEAD
ATTN ACCOUNTS RECEIVABLE
PO BOX 817
MOORHEAD  MN 56561-0817


CITY OF WEST FARGO
800 4TH AVENUE EAST
SUITE 1
WEST FARGO  ND 58078-2099

CLASS B DEVELOPMENT  LLC
2494 RIVERS BEND DRIVE EAST
WEST FARGO  ND 58078-8543

COLONIAL LIFE EMPLOYEE BENEFIT
ATTN PREMIUM PROCESSING
PO BOX 903 COLUMBIA SC
COLUMBIA  SC 29202-0903


COURTNEY FICEK
901 33RD AVENUE NORTH  SUITE 305
FARGO  ND 58102-0900

DACK DANIELS TOURING  INC
11 MUSIC CIRCLE SOUTH
NASHVILLE  TN 37203-4312

DAKOTA NFL LIONS
CO DENISE JOHNSON
301 21ST STREET SOUTH
FARGO  ND 58103-1428


DAKOTA PLAINS MECHANICAL
315 27TH CIRCLE SOUTH
FARGO  ND 58103-2471

DAVID BERNSTEIN
PO BOX 5104
SIOUX CITY  IA 51102-5104

DAVID LEE ROTH
ATTN CHRIS CAULK
WILLIAM MORRIS ENDEAVOR ENTERTAINMENT  L
9601 WILSHIRE BOULEVARD 3RD FLOOR
BEVERLY HILLS  CA 90210-5219


DULUTH ENTERTAINMENT CONVENTION CENTER
350 HARBOR DRIVE
DULUTH  MN 55802-2698

EIDE BAILLY  LLP
4310 17TH AVENUE SOUTH
PO BOX 2545
FARGO  ND 58108-2545

(P)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229


ELI YOUNG LLC
PO BOX 340020
NASHVILLE  TN 37203-0020

EMILY FINLEY
6606 TORONTO DRIVE SOUTH
FARGO  ND 58104-4846

EMO NIGHT BROOKLYN LLC DBA GIMME GIMME DIS
1623 3RD AVE
APT 12K
NEW YORK  NY 10128-3640


EMPORIUM PRESENTS  LLC
888 WESTHEIMER 120
HOUSTON  TX 77006-3945

ESSENTIA HEALTH
502 E 2ND ST
DULUTH  MN 55805-1913

ETIX  INC
CO DAVID M TANABE
MESSERLI  KRAMER PA
50 S SIXTH STREET
SUITE 2300
MINNEAPOLIS  MN 55402-1550

FM AMBULANCE SERVICE  INC
2215 18TH STREET SOUTH
FARGO  ND 58103-5105

FMWF CHAMBER OF COMMERCE
3312 42ND STREET SOUTH
SUITE 101
FARGO  ND 58104-7084

FARGO PUBLIC SCHOOLS
700 7TH STREET SOUTH
FARGO  ND 58103-2704


EXCLUDE

FARGO RENTALL  INC
3201 32ND STREET SOUTH
FARGO  ND 58104-8815

FARGO THEATRE
314 BROADWAY NORTH
FARGO  ND 58102-4715

(U)FARGO  ND 58103


EXCLUDE

(U)FARGO  ND 58104

(P)FIRST INSURANCE FUNDING
450 SKOKIE BLVD SUITE 1000
NORTHBROOK IL 60062-7917

FOURTEEN ACRES  INC
22546 NORTH PEARL LAKE ROAD
DETROIT LAKES  MN 56501-7017


GIMMIE GIMMIE DISCO
13359 NORTH HWY 183
UNIT 406-1280
AUSTIN  TX 78750-7153

GLOBAL TOUR CREATIVES  LLC
9200 SUNSET BLVD
SUITE 320
WEST HOLLYWOOD  CA 90069-3505

GRASSLAND WEB DESIGN  INC
22546 NORTH PEARL LAKE ROAD
DETROIT LAKES  MN 56501-7017


HOLLY FUNDING  LLC
1309 COFFEEN AVENUE
SUITE 1200
SHERIDAN  WY 82801-5777

HOME FREE TOURING  LLC FSO HOME FREE
ATTENTION CASS SCRIPPS
UNITED TALENT AGENCY
225 POLK AVENUE SUITE 130
NASHVILLE  TN 37203-5615

HORIZON INVESTMENT  LLC
210 BROADWAY NORTH  SUITE 301
FARGO  ND 58102-4771


HORIZON INVESTMENTS  LLC
CO CAREN W STANLEY
PO BOX 1389
FARGO  ND 58107-1389

HORIZON INVESTMENTS  LLC
CO KESHA L TANABE
VOGEL LAW FIRM
PO BOX 1389
FARGO  ND 58107-1389

ICON ENTERTAINMENT GROUP
5700 BUCKINGHAM PARKWAY  2ND FLOOR
CULVER CITY  CA 90230-6508


INFORMATION MANAGEMENT SYSTEMS
PO BOX 790
FARGO  ND 58107-0790

INFORMATIONAL MANAGEMENT SYSTEMS
PO BOX 790
FARGO  ND 58107-0790

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA  PA 19101-7346


JK  SONS LLC
ATTN JEFFREY EBSCH
DBA BROADWAY RICKSHAW
1555 WOODRIDGE LN
WEST FARGO  ND 58078-4033

JK  SONS  LLC DBA BROADWAY RICKSHAW
1555 WOODRIDGE LANE
WEST FARGO  ND 58078-4033

JADE NIELSEN
4880 38TH AVE S
FARGO  ND 58104-8514


JADE NIELSEN PROPERTIES
1320 FIRST AVENUE NORTH
FARGO  ND 58102-4202

JADE NIELSEN PROPERTIES
513 14TH STREET NORTH
FARGO  ND 58102-4281

JADE NIELSON PROPERTIES  LLC
1320 FIRST AVENUE NORTH
FARGO  ND 58102-4202

JADE R NIELSEN
4880 38TH STREET SOUTH
FARGO  ND 58104-8514

JADE R NIELSON
4880 38TH STREET SOUTH
FARGO  ND 58104-8514

JIFFY JOHNS INC
PO BOX 310
PELICAN RAPIDS  MN 56572-0310

KERRY KING
3130 WILSHIRE BLVD
SUITE 600
SANTA MONICA  CA 90403-2349

LANAI MARKETING
6244 IRVING AVENUE SOUTH
MINNEAPOLIS  MN 55423-1218

LAUREN NELSON
505 OAK ST N
203
FARGO  ND 58102-5538

LEGENDS SPORTS BAR  GRILL
803 BELSLY BLVD
SUITE 100
MOORHEAD  MN 56560-5057

LEIGHTON BROADCASTING  FF
PO BOX 1458
SAINT CLOUD  MN 56302-1458

LOCALS LOVE US FARGOMOORHEAD
5 14TH ST N COMMONS
5
FARGO  ND 58102

LOVE PRODUCTIONS
400 WEST 43RD ST
STE 10R
NEW YORK  NY 10036-6349

MACRO TECHNOLOGIES  INC
PO BOX 790448
SAINT LOUIS  MO 63179-0448

MARBLEVORES LLC  MIKE BIRBIGLIA
ATTN KAT VALENTINE
CO WILLIAM MORRIS ENDEAVOR ENTERTAINMEN
11 MADISON AVENUE  18TH FLOOR
NEW YORK  NY 10010-3669

MARCO TECHNOLOGIES  LLC
PO BOX 790448
SAINT LOUIS  MO 63179-0448

MARK MUSIC  MEDIA LAW
ATTN PIFFILICIOUS  INC
1261 BROADWAY  SUITE 505
NEW YORK  NY 10001-3620

MARTIN MEDIA WORLDWIDE  LLC
2140 TAYLOR STREET
SUITE 302
SAN FRANCISCO  CA 94133-2236

MARVIN LUMBER AND CEDAR COMPANY  LLC
PO BOX 100
WARROAD  MN 56763-0100

MARVIN WINDOWS
101 MARVIN RD
RIPLEY  TN 38063-7365

MARY SIELING
PO BOX 1116
MINNETONKA  MN 55345-0116

MEDIUM BUILD TOURING
11400 W OLYMPIC BLVD
STE 350
LOS ANGELES  CA 90064-1540

MELISSA KUCIREK
1944 SOUTH 62ND STREET
OMAHA  NE 68106-2139

MIDCOBUSINESS
PO BOX 5010
SIOUX FALLS  SD 57117-5010

EXCLUDE

MIDWEST BANK
DETROIT LAKES BRANCH
613 HWY 10 E PO BOX 703
DETROIT LAKES  MN 56501-4127

~~(D)MIDWEST BANK~~
~~DETROIT LAKES BRANCH~~
~~613 HWY 10 E PO BOX 703~~
~~DETROIT LAKES  MN 56501-4127~~

MIDWEST RADIO OF FARGOMOORHEAD
ATTN DANNY HALLOCK
PO BOX 10097
FARGO  ND 58106-0097

MINNESOTA DEPARTMENT OF REVENUE
600 ROBERT ST N
SAINT PAUL  MN 55146-0010

MINNESOTA OSHA AND WORKERS COM DIVISI
525 LAKE AVE SOUTH  SUITE 330
DULUTH  MN 55802-2368

MOEN PORTABLES  SEPTIC
4502 25TH STREET NORTH
FARGO  ND 58102-6227

MOUSTACHE OF THE WORLD  INC
ATTN NATALIE OTTO
EAGLES OF DEATH METAL
WILLIAM MORRIS ENDEAVOR ENTERTAINMENT  L
BEVERLY HILLS  CA 90210

ND WORKFORCE SAFETY  INSURANCE
1600 E CENTURY AVE  STE 1
BISMARCK  ND 58503-0649

NLFX PROFESSIONALS
PO BOX 1894
BEMIDJI  MN 56619-1894

NEIL A VAN DAM
DBA VAN DAM FINANCIAL GROUP
3803 50TH ST N
FARGO  ND 58102

NEUSTEL LAW OFFICES  LTD
2534 S UNIVERSITY DRIVE
SUITE 4
FARGO  ND 58103-5700

NOCTURNAL HOSPITALITY GROUP
1320 FIRST AVENUE NORTH
FARGO  ND 58102-4202

NOCTURNAL RESOURCES  LLC
1320 FIRST AVENUE NORTH
FARGO  ND 58102-4202

NORTH CANNA CO
9494 HEMLOCK LN N
OSSEO  MN 55369-5506

NORTH DAKOTA OFFICE OF ATTORNEY GENERAL
CONSUMER PROTECTION  ANTITRUST DIVISION
CO TIFFANY J GROSSMAN
ASSISTANT ATTORNEY GENERAL
1720 BURLINGTON DRIVE  SUITE C
BISMARCK  ND 58504-7759

NORTH DAKOTA OFFICE OF STATE TAX COMMISS
600 E BOULEVARD AVE
DEPT 127
BISMARCK  ND 58505-0602

ONEWEALTH LLC
406 MAIN AVE
FARGO  ND 58103-1974

ONLINE  LLC
LOCKBOX ONELIVE LLC
PO BOX 224752
DALLAS  TX 75222-4752

PRAIRIE PUBLIC BROADCASTING  INC
ATTN JEANNIE CAMARILLO
PO BOX 3240
FARGO  ND 58108-3240

PREMIER LABEL WATER CO
9903 SANTA MONICA BLVD SUITE 385
BEVERLY HILLS  CA 90212-1606

RSK TOURING  LLC
601 TAYLOR PLACE  SUITE 106
NASHVILLE  TN 37208-2486

RADIO FM MEDIA
2720 7TH AVE S
FARGO  ND 58103-8710

RADISSON BLU
201 NORTH 5TH STREET
FARGO  ND 58102-4892

REPUBLIC NATIONAL DISTRIBUTING COMPANY O
1406 47TH ST N
FARGO  ND 58102-2811

RIFLE BIRD MUSIC LLC
5210 MEADOW CREEK DR
AUSTIN  TX 78745-3016

RILEY ENTERTAINMENT  INC
ATTN KAT VALENTINE
CO WILLIAM MORRIS ENDEAVOR ENTERTAINMEN
11 MADISON AVENUE FLOOR 18
NEW YORK  NY 10010-3669

ROCKET CAPITAL NY  LLC
19950 W COUNTRY CLUB DRIVE
SUITE 902
MIAMI  FL 33180-4604

ROSEWILD
215 BROADWAY N
FARGO  ND 58102-4800

SARAH J WENCIL
OFFICE OF THE US TRUSTEE
SUITE 1015 US COURTHOUSE
300 SOUTH FOURTH ST
MINNEAPOLIS  MN 55415-1320

SAVING ABEL
PLEETER AGENCY  LLC
CO JPA 15030 VENTURA BL  260
SHERMAN OAKS  CA 91403-5470

~~EXCLUDE~~

SHEALA LLC
DBA LEELA  LAVENDER
793 32ND AVENUE W STE 101
WEST FARGO  ND 58078-8565

SHEFFIELD FINANCIAL
PO BOX 1704
CLEMMONS  NC 27012-1704

~~(U)SHELBY JONDAHL~~
~~3711 21ST ST S~~

SLAINTE HOTEL PROPERTIES  LLC
ATTN CHAD WACHTER
DBA HOTEL DONALDSON 4614 MEMORIAL HWY
MANDAN  ND 58554-4702

SOLITARY PROPERTIES
1320 FIRST AVENUE NORTH
FARGO  ND 58102-4202

SOUND CENTRAL
500 SOUTH 59TH AVENUE WEST
DULUTH  MN 55807-2118

STAR ENTERTAINMENT  USA  INC
1013 CENTRE ROAD
SUITE 403S
WILMINGTON  DE 19805-1270

STATE OF MINNESOTA  DEPARTMENT OF REVENUE
PO BOX 64447BKY
ST PAUL  MN 55164-0447

STEEL PANTHER INC
901 A ST
STE C
SAN RAFAEL  CA 94901-3025

TANNER MONTGOMERY NICKERSON
215 PARK AVENUE
CLOQUET  MN 55720-1533

THE WHITE HOUSE  VINTAGE RENTALS LLC
916 MAIN AVENUE
FARGO  ND 58103-1742

THEO LAWRENCE INDUSTRIES LLC
ATTN THEO LAWRENCE
9000 BILL HICHCOCK PASS
AUSTIN  TX 78748-6233

~~EXCLUDE~~

TICKETS300  LLC
1320 FIRST AVENUE NORTH
FARGO  ND 58102-4202

~~(D)TICKETS300  LLC~~
~~1320 FIRST AVENUE NORTH~~
~~FARGO  ND 58102-4202~~

TRIBUTE DRAMA PRODUCTIONS  LLC
2203 MANOR DR
MINNEAPOLIS  MN 55442

USAVE CAR RENTAL
424 25TH STREET SOUTH
FARGO  ND 58103-2307

US BANK NA DBA ELAN FINANCIAL SERVICES
BANKRUPTCY DEPARTMENT
PO BOX 108
SAINT LOUIS MO 63166-0108

US SMALL BUSINESS ADMINISTRATION
10737 GATEWAY WEST  300
EL PASO  TX 79935-4910

~~EXCLUDE~~

UNION STATION LAND  INC
CO CREATIVE ARTIST AGENCY  LLC
401 COMMERCE STREET  PENTHOUSE
WINTER SPRINGS  FL 32719

UNITED STATES OF AMERICA
SMALL BUSINESS ADMINISTRATION
CO AUSA MELISSA HELEN BURKLAND
OFFICE OF THE UNITED STATES ATTORNEY
655 FIRST AVENUE NORTH  SUITE 250
FARGO  ND  58102-4932

~~(U)UNKNOWN TICKET HOLDERS~~

VERIZON WIRELESS SERVICES LLC
1 VERIZON WAY
BASKING RIDGE  NJ 07920-1097

VIP CATERING
1516 14TH STREET SOUTH
MOORHEAD  MN 56560-3752

VINCE NEIL EMERSON
4117 HILLSBORO PIKE
SUITE 103-313
NASHVILLE  TN 37215-2728

VISIT FARGOMOORHEAD
2001 44TH STREET SOUTH
FARGO  ND 58103-7144

WAABIGWAN MASHKIKI
515 E JEFFERSON AVE
MAHNOMEN  MN 56557

WHEATUS
253 W 254TH STREET
BRONX  NY 10471-2553

WINTERFELL MANAGEMENT  LLC
1631 EAST 5TH STREET
DULUTH  MN 55812-1204

WOLFMAN PRODUCTIONS INC
75 GLEN RD
STE 313
SANDY HOOK  CT 06482-1175

ZACHARY CLICK
1621 S UNIVERSITY DR
430
FARGO  ND 58103-4171

CHRISTIANNA A CATHCART
THE DAKOTA BANKRUPTCY FIRM
1630 FIRST AVE N
STE B PMB 24
FARGO  ND 58102-4246

MARY F SIELING
SIELING LAW  PLLC
PO BOX 1116
MINNETONKA  MN 55345-0116

MAURICE VERSTANDIG
THE DAKOTA BANKRUPTCY FIRM
1630 1ST AVENUE N
SUITE B PMB 24
FARGO  ND 58102-4246