United States Bankruptcy Court

District of North Dakota

| | |
|---|---|
| In re: | Case No. 26-30438-skh |
| Jade Presents, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 24, 2026 | Form ID: pdf2some | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2026:**

**Recip ID                    Recipient Name and Address**
db                      +  Jade Presents, LLC, 1320 First Avenue North, Fargo, ND 58102-4202

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2026                         Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Caren Stanley | on behalf of Creditor Horizon Investments  LLC cstanley@vogellaw.com, sthompson@vogellaw.com;lstanley@vogellaw.com;kjohnson@vogellaw.com |
| Caren Stanley | on behalf of Creditor Bravera Bank cstanley@vogellaw.com sthompson@vogellaw.com;lstanley@vogellaw.com;kjohnson@vogellaw.com |
| Christianna A. Cathcart | on behalf of Debtor Jade Presents  LLC christianna@dakotabankruptcy.com, Cathcart.ChristiannaB114029@notify.bestcase.com |
| Christianna A. Cathcart | on behalf of Debtor Tickets300  LLC christianna@dakotabankruptcy.com, Cathcart.ChristiannaB114029@notify.bestcase.com |
| David Tanabe | on behalf of Creditor Etix  Inc. dtanabe@messerlikramer.com, bkillingfunches@messerlikramer.com |
| Kesha Tanabe | |

District/off: 0868-3        User: admin        Page 2 of 2

Date Rcvd: Jun 24, 2026        Form ID: pdf2some        Total Noticed: 1

           on behalf of Creditor Bravera Bank ktanabe@vogellaw.com
sthompson@vogellaw.com;lstanley@vogellaw.com;kjohnson@vogellaw.com

Kesha Tanabe

           on behalf of Creditor Horizon Investments LLC ktanabe@vogellaw.com,
sthompson@vogellaw.com;lstanley@vogellaw.com;kjohnson@vogellaw.com

Mary F Sieling

           mary@sielinglaw.com

Maurice VerStandig

           on behalf of Debtor Tickets300 LLC mac@mbvesq.com,
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig

           on behalf of Interested Party Tickets300 LLC mac@mbvesq.com,
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig

           on behalf of Debtor Jade Presents LLC mac@mbvesq.com,
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Melissa H Burkland

           on behalf of Creditor USA/SBA Melissa.Burkland@usdoj.gov
Margo.Kern@usdoj.gov;Amber.Ripplinger@usdoj.gov;usand.bankruptcyeast@usdoj.gov;CaseView.ECF@usdoj.gov

Michael David Mueller

           on behalf of Creditor Etix Inc. mmueller@williamsmullen.com, avaughn@williamsmullen.com;jvantine@williamsmullen.com

Sarah J. Wencil

           on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov

Tiffany J Grossman

           on behalf of Interested Party North Dakota Office of Attorney General tgrossman@nd.gov

United States Trustee

           USTPRegion12.SX.ECF@usdoj.gov


TOTAL: 16

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | Bankruptcy No. 26-30438 |
| | Chapter 11 – Subchapter V |
| Jade Presents, LLC, | |
| Debtor. | **Jointly Administered** |
| _____/ | |
| In Re: | Bankruptcy No. 26-30439 |
| | Chapter 11 – Subchapter V |
| Tickets300, LLC, | |
| Debtor. | |
| _____/ | |

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**
**IN A CASE FILED UNDER SUBCHAPTER V**

Pursuant to 11 U.S.C. Chapter 11, Subchapter V, Debtor's representative, Debtor's counsel, and the Subchapter V Trustee shall appear at the status conference scheduled on **Tuesday, July 21, 2026, at 10:00 a.m.**  Other interested parties are welcome to attend.

Please use the following instructions for the telephone conference:

Telephonic Conference Instructions:

1) Call **701-297-7116**
**2)** Enter the Meeting ID **16121907752#**
**3)** Press **#** again when prompted for a Participant ID
4) Enter Passcode **529952**
5) Please identify yourself when you have joined the conference.

Not less than **14 days** before the date of the status conference, Debtor shall file the report required by 11 U.S.C. §1188(c) and shall serve the report on the Subchapter V Trustee, United States Trustee, and all other interested parties.  In the report, Debtor shall summarize the steps taken to comply with Subchapter V, any impediments to prompt confirmation and its efforts to address them and include an estimate of when it will file a plan of reorganization.  At the conference, the Trustee and counsel for Debtor shall summarize the status of the case and Debtor's proposed plan and identify actions necessary to further the expeditious and economical resolution of the case under Subchapter V.

Dated: June 24, 2026.

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT

Copy served electronically on June 24, 2026, to Attorney Maurice VerStandig for service on interested parties.