## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Jade Presents, LLC,<br><br>    Debtor, Jointly Administered. | Case No.:  26-30438<br><br>Chapter 11 – Subchapter V |
| In Re:<br><br>Tickets 300, LLC,<br><br>    Debtor, Jointly Administered. | Case No.: 26-30439<br><br>Chapter 11 – Subchapter V |

## CORPORATE OWNERSHIP STATEMENT OF BRAVERA BANK

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1) and 7007.1, the undersigned, counsel of record for Bravera Bank, a North Dakota financial institution certifies that its parent company is Bravera Holdings Corp. and that no publicly held corporation directly or indirectly owns 10% or more of any class of the financial institution's or parent company's equity interests.

Dated this 16th day of July, 2026.

**VOGEL LAW FIRM**

BY:*/s/ Caren W. Stanley*
    Caren W. Stanley (#06100)
    cstanley@vogellaw.com
    218 NP Avenue
    PO Box 1389
    Fargo, ND  58107-1389
    Telephone:  701.237.6983
    ATTORNEYS FOR BRAVERA BANK

4899-0446-1245 v.2