UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                          Bankruptcy No. 26-30438
                                                                Chapter 11 – Subchapter V

Jade Presents, LLC,

                                          Debtor.        **Jointly Administered**

_____/

In Re:                                                          Bankruptcy No. 26-30439
                                                                Chapter 11 – Subchapter V

Tickets300, LLC,

                                          Debtor.

_____/

### SCHEDULING ORDER

Pursuant to Rule 3017.2 of the Federal Rules of Bankruptcy Procedure, the following

deadlines shall apply to this Subchapter V case in which there is no requirement to file a

disclosure statement.

1. Deadline to file a plan of reorganization under section 1189(b): **September 4, 2026**.

2. Deadline to serve the plan, this order, a ballot conforming to Official Form 314, notice

of the time within which the holders of claims and interests may accept or reject the plan, and

notice of the date for the hearing on confirmation: **September 9, 2026.**

3. Deadline for the holders of claims and interests to accept or reject the plan (submit

ballots to plan proponent's attorney or other address on the ballot): **October 7, 2026**.

4. Deadline to file written objections to plan confirmation: **October 7, 2026**.

5. Deadline by which an equity security holder or creditor whose claim is based on

security must be the holder of the security record in order to be eligible to accept or reject the

plan: **October 7, 2026**.

6. Deadline to file or email to the Court all exhibits in support of confirmation or an

objection to confirmation: **Tuesday, October 13, 2026**.  If you elect to email exhibits, please

send them to **NDB_Trial_Evidence@ndb.uscourts.gov** with a copy to the Trustee, United

States Trustee and any interested party who filed an objection or requested notice in this case.

7.  Hearing on confirmation:  **Thursday, October 15, 2026, at 9:30 a.m. (Central) in**

**Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First**

**Avenue North, Fargo, North Dakota**.

If the Court receives no timely-filed written objections (or if all objections are withdrawn)

and the requirements of 11 U.S.C. §1191 and other applicable provisions of the Bankruptcy

Code are met, the Court may confirm the plan without a hearing.

Dated: July 21, 2026.

Shon Hastings, Judge
United States Bankruptcy Court

Copy served electronically July 21, 2026, to Electronic Mail Notice List for Case No. 26-30438.