## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: <br><br> Jade Presents, LLC, <br><br>       Debtor, Jointly Administered. | Case No.:  26-30438 <br><br> Chapter 11 – Subchapter V |
| In Re: <br><br> Tickets 300, LLC, <br><br>       Debtor, Jointly Administered. | Case No.: 26-30439 <br><br> Chapter 11 – Subchapter V |

## CORPORATE OWNERSHIP STATEMENT OF DFI AU LLC

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1) and 7007.1, the undersigned, counsel of record for DFI AU LLC, a North Dakota limited liability company certifies that its parent company is Downtown Fargo Real Estate Fund I, LLC, a Delaware corporation, and that no publicly held corporation directly or indirectly owns 10% or more of any class of DFI AU LLC's equity interests.

Dated this 21st day of July, 2026.

**VOGEL LAW FIRM**

BY:*/s/ Caren W. Stanley*
     Caren W. Stanley (#06100)
     cstanley@vogellaw.com
     218 NP Avenue
     PO Box 1389
     Fargo, ND  58107-1389
     Telephone:  701.237.6983
     ATTORNEYS FOR DFI AU LLC

4916-0139-0781 v.1