United States Bankruptcy Court

District of North Dakota

In re:                                                                    Case No. 26-30438-skh

Jade Presents, LLC                                                        Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0868-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 21, 2026 | Form ID: pdf2some | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2026:**

**Recip ID           Recipient Name and Address**
db            + Jade Presents, LLC, 1320 First Avenue North, Fargo, ND 58102-4202

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony F. Giuliano | on behalf of Interested Party Holly Funding LLC afg@glpcny.com  afg@ecf.courtdrive.com |
| Caren Stanley | on behalf of Creditor Horizon Investments  LLC cstanley@vogellaw.com, lstanley@vogellaw.com;kjohnson@vogellaw.com |
| Caren Stanley | on behalf of Creditor Bravera Bank cstanley@vogellaw.com  lstanley@vogellaw.com;kjohnson@vogellaw.com |
| Christianna A. Cathcart | on behalf of Debtor Jade Presents  LLC christianna@dakotabankruptcy.com, Cathcart.ChristiannaB114029@notify.bestcase.com |
| Christianna A. Cathcart | on behalf of Debtor Tickets300  LLC christianna@dakotabankruptcy.com, Cathcart.ChristiannaB114029@notify.bestcase.com |
| David Tanabe | on behalf of Creditor Etix  Inc. dtanabe@messerlikramer.com, bkillingfunches@messerlikramer.com |

District/off: 0868-3                    User: admin                         Page 2 of 2
Date Rcvd: Jul 21, 2026                 Form ID: pdf2some                    Total Noticed: 1

Kesha Tanabe
                    on behalf of Creditor Bravera Bank ktanabe@vogellaw.com  lstanley@vogellaw.com;kjohnson@vogellaw.com

Kesha Tanabe
                    on behalf of Creditor Horizon Investments  LLC ktanabe@vogellaw.com, lstanley@vogellaw.com;kjohnson@vogellaw.com

Mary F Sieling
                    mary@sielinglaw.com

Maurice VerStandig
                    on behalf of Debtor Tickets300  LLC mac@mbvesq.com,
                    mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
                    on behalf of Interested Party Tickets300  LLC mac@mbvesq.com,
                    mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
                    on behalf of Debtor Jade Presents  LLC mac@mbvesq.com,
                    mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Melissa H Burkland
                    on behalf of Creditor USA/SBA Melissa.Burkland@usdoj.gov
                    Margo.Kern@usdoj.gov;Amber.Ripplinger@usdoj.gov;usand.bankruptcyeast@usdoj.gov;CaseView.ECF@usdoj.gov

Michael David Mueller
                    on behalf of Creditor Etix  Inc. mmueller@williamsmullen.com, avaughn@williamsmullen.com;jvantine@williamsmullen.com

Sarah J. Wencil
                    on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov

Tiffany J Grossman
                    on behalf of Interested Party North Dakota Office of Attorney General tgrossman@nd.gov

United States Trustee
                    USTPRegion12.SX.ECF@usdoj.gov


TOTAL: 17

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:

Jade Presents, LLC,

                          Debtor.
_____/

In Re:

Tickets300, LLC,

                          Debtor.
_____/

Bankruptcy No. 26-30438
Chapter 11 – Subchapter V

**Jointly Administered**

Bankruptcy No. 26-30439
Chapter 11 – Subchapter V

### SCHEDULING ORDER

Pursuant to Rule 3017.2 of the Federal Rules of Bankruptcy Procedure, the following deadlines shall apply to this Subchapter V case in which there is no requirement to file a disclosure statement.

1. Deadline to file a plan of reorganization under section 1189(b): **September 4, 2026**.

2. Deadline to serve the plan, this order, a ballot conforming to Official Form 314, notice of the time within which the holders of claims and interests may accept or reject the plan, and notice of the date for the hearing on confirmation: **September 9, 2026.**

3. Deadline for the holders of claims and interests to accept or reject the plan (submit ballots to plan proponent's attorney or other address on the ballot): **October 7, 2026**.

4. Deadline to file written objections to plan confirmation: **October 7, 2026**.

5. Deadline by which an equity security holder or creditor whose claim is based on security must be the holder of the security record in order to be eligible to accept or reject the plan: **October 7, 2026**.

6. Deadline to file or email to the Court all exhibits in support of confirmation or an objection to confirmation: **Tuesday, October 13, 2026**.  If you elect to email exhibits, please send them to **NDB_Trial_Evidence@ndb.uscourts.gov** with a copy to the Trustee, United States Trustee and any interested party who filed an objection or requested notice in this case.

7.  Hearing on confirmation:  **Thursday, October 15, 2026, at 9:30 a.m. (Central)** in

**Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First**

**Avenue North, Fargo, North Dakota**.

If the Court receives no timely-filed written objections (or if all objections are withdrawn)

and the requirements of 11 U.S.C. §1191 and other applicable provisions of the Bankruptcy

Code are met, the Court may confirm the plan without a hearing.

Dated: July 21, 2026.

Shon Hastings, Judge
United States Bankruptcy Court

Copy served electronically July 21, 2026, to Electronic Mail Notice List for Case No. 26-30438.