**Fill in this information to identify the case:**

Debtor Name  Tickets300, LLC

United States Bankruptcy Court for the: District of North Dakota

Case number: 26-30438

❑ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          **12/17**

Month:          June 2026

Date report filed:  07/22/2026
MM / DD / YYYY

Line of business:  Event Ticketing

NAISC code:  5615

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:  Jade Nielsen
Signed by:

Original signature of responsible party  *Jade Nielsen*
C2E2BEB9E8674E6...

Printed name of responsible party  Jade Nielsen

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer _No_ to any of the questions in lines 1-9, attach an explanation and label it _Exhibit A_.** | | | |
| 1. | Did the business operate during the entire reporting period? | ❑ | ☑ | ❑ |
| 2. | Do you plan to continue to operate the business next month? | ❑ | ☑ | ❑ |
| 3. | Have you paid all of your bills on time? | ❑ | ☑ | ❑ |
| 4. | Did you pay your employees on time? | ❑ | ❑ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ❑ | ❑ | ☑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ❑ | ☑ | ❑ |
| 7. | Have you timely filed all other required government filings? | ❑ | ❑ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❑ | ❑ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ❑ | ☑ | ❑ |
| | **If you answer _Yes_ to any of the questions in lines 10-18, attach an explanation and label it _Exhibit B_.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❑ | ☑ | ❑ |
| 11. | Have you sold any assets other than inventory? | ❑ | ☑ | ❑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❑ | ☑ | ❑ |
| 13. | Did any insurance company cancel your policy? | ❑ | ☑ | ❑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❑ | ☑ | ❑ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❑ | ☑ | ❑ |
| 16. | Has anyone made an investment in your business? | ❑ | ☑ | ❑ |

Debtor Name  Tickets300, LLC                                          Case number 26-30438

17. Have you paid any bills you owed before you filed bankruptcy?                    ❑    ☑    ❑

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ❑    ☑    ❑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ -3,994.68

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 4,240.49

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    **-** $ 266.95

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    **+** $ 3,990.49

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    **=** $ -21.14

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                                            $ 0.00
       *(Exhibit E)*

Debtor Name  Tickets300, LLC                                              Case number  26-30438

---

## ▮ 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                          $ _____ 0.00

*(Exhibit F)*

---

## ▮ 5. Employees

26. What was the number of employees when the case was filed?                          0

27. What is the number of employees as of the date of this monthly report?             0

---

## ▮ 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _____ 0.00

30. How much have you paid this month in other professional fees?                          $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?             $ _____ 0.00

---

## ▮ 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | − | Column B **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ _____ 0.00 | − | $ _____ 0.00 | = | $ _____ 0.00 |
| 33. **Cash disbursements** | $ _____ 0.00 | − | $ _____ 0.00 | = | $ _____ 0.00 |
| 34. **Net cash flow** | $ _____ 0.00 | − | $ _____ 0.00 | = | $ _____ 0.00 |

35. Total projected cash receipts for the next month:                          $ _____ 0.00

36. Total projected cash disbursements for the next month:                    − $ _____ 0.00

37. Total projected net cash flow for the next month:                         = $ _____ 0.00

---

Debtor Name  Tickets300, LLC _____   Case number 26-30438_____

<table>
<tr><td style="background:black;"> </td><td>**8. Additional Information**</td></tr>
</table>

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 26-30438 |
| | ) | (Chapter 11) |
| JADE PRESENTS, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | Case No. 26-30439 |
| In re: | ) | (Chapter 11) |
| | ) | |
| TICKETS300, LLC | ) | (Joint Administration) |
| | ) | |
| Debtor | ) | |
| | ) | |

### EXHIBITS ACCOMPANYING JUNE
### MONTHLY OPERATING REPORT FOR TICKETS300, LLC

Tickets300, LLC ("T3" or the "Debtor") filed its voluntary petition for relief under chapter 11, subchapter v of Title 11 of the United States Code on June 6, 2026 (the "Petition Date"). Accordingly, this Monthly Operating Report covers the period from the petition date through June 30, 2026.

### EXHIBIT A

**Did the business operate during the entire reporting period?** The Debtor commenced this case as part of the orderly wind-down of its event ticketing and box office services business. The Debtor's business operations have ceased, and the Debtor does not intend to resume operations.

**Do you plan to continue to operate the business next month?** The Debtor does not anticipate resuming ordinary-course business operations. The Debtor will, however, continue to act as debtor-in-possession and administer the wind-down of its affairs in the month ahead,

1

including the reconciliation of claims and the investigation of estate causes of action, in anticipation of the filing of a liquidating plan on or before September 4, 2026.

**Have you paid all of your bills on time?** The Debtor is presently unable to confirm whether all postpetition bills have been paid or whether additional amounts remain outstanding. The Debtor is reviewing its records and will supplement this disclosure if necessary.

**Have you timely filed your tax returns and paid all of your taxes?** The Debtor is presently reviewing its records and is unable to confirm with certainty whether all tax returns were timely filed and all tax obligations were timely paid. The Debtor will supplement this response if additional information becomes available.

**Have you timely paid all of your insurance premiums?** The Debtor did not timely pay all insurance premiums during the reporting period. The Debtor is reviewing the status of its insurance coverage and the amounts presently due and will supplement this disclosure as additional information becomes available.

## EXHIBIT C

| Date | Account | Description | Amount |
|------|---------|-------------|--------|
| 6/8/26 | 1722 | Reversal of prepetition SBA EIDL payment | $ 731.00 |
| 6/8/26 | 1722 | Reversal of prepetition Topline Recovery payment | $ 1,500.00 |
| 6/9/26 | 1722 | Reversal of prepetition Intuit Financing payment | $ 2,009.49 |
| **Total** | | | **$ 4,240.49** |

2

## EXHIBIT D

| Date | Account | Payee | Description | Amount |
|---|---|---|---|---|
| 6/8/26 | 1722 | CPS | Payment | $ 46.95 |
| 6/8/26 | 1722 | Intuit | Retry Payment | $ 100.00 |
| 6/17/26 | 1722 | Bravera Bank | Paid Item Fee | $ 30.00 |
| 6/18/26 | 1722 | Bravera Bank | Paid Item Fee | $ 30.00 |
| 6/25/26 | 1722 | Bravera Bank | Paid Item Fee | $ 30.00 |
| 6/26/26 | 1722 | Bravera Bank | Paid Item Fee | $ 30.00 |
| **Total** | | | | **$ 266.95** |

## EXHIBIT E

The Debtor reported $0.00 in unpaid postpetition obligations on the Monthly Operating Report. However, the Debtor is presently unable to confirm whether that amount is complete and accurate, as certain obligations may remain outstanding. The Debtor is continuing to review its records and will supplement this disclosure if additional information becomes available.

## EXHIBIT F

The Debtor's actual accounts receivable for the reporting period are presently unknown. The Debtor is in the process of reconciling amounts owed to it, including amounts held by third parties, and will supplement this report if and when that reconciliation is complete.

3



Date  6/30/26      Page    1
Account Number   XXXXXXXXXXXXX1722
Enclosures

Tickets300 Llc
1320 1St Ave N
Fargo ND 58102-4202

## CHECKING ACCOUNT

Account Title: Tickets300 Llc

```
 BUSINESS BASICS                            Number of Enclosures              0
 Account Number        XXXXXXXXXXXXX1722    Statement Dates   6/01/26 thru  6/30/26
 Previous Balance            2,023.07-      Days in the statement period         30
   30 Deposits/Credits      18,062.23       Average Ledger                   71.31
   41 Checks/Debits         16,060.30       Average Collected                71.31
 Service Charge                    .00
 Interest Paid                     .00
 Ending Balance                21.14-
```

| | | Total For This Period | Total Year-to-Date |
|---|---|---|---|
| Total Overdraft Fees | | $.00 | $1,470.00 |
| Total Returned Item Fees | | $420.00 | $660.00 |

## DEPOSITS AND ADDITIONS

| Date | Description | Amount | Refe |
|---|---|---|---|
| 6/01 | Return Item Credit | 573.88 | |
| 6/01 | Return Item Credit | 1,500.00 | |
| 6/01 | Reverse Overdraft Fee | 30.00 | |
| 6/01 | Reverse Overdraft Fee | 30.00 | |
| 6/02 | Return Item Credit | 1,500.00 | |
| 6/02 | Transfer from x1698 to x1722 | 1,480.00 | |
| 6/02 | Reverse Overdraft Fee | 30.00 | |
| 6/04 | Return Item Credit | 100.00 | |
| 6/04 | Return Item Credit | 573.88 | |
| 6/04 | Return Item Credit | 1,500.00 | |



Date 6/30/26     Page    2
Account Number    XXXXXXXXXXXX1722
Enclosures

BUSINESS BASICS         XXXXXXXXXXXX1722 (Continued)

### DEPOSITS AND ADDITIONS

| Date | Description | Amount | Refe |
|------|-------------|--------|------|
| 6/04 | Transfer from x7067 to x1722 | 455.00 | |
| 6/04 | Reverse Overdraft Fee | 30.00 | |
| 6/04 | Reverse Overdraft Fee | 30.00 | |
| 6/04 | Reverse Overdraft Fee | 30.00 | |
| 6/05 | Return Item Credit | 1,500.00 | |
| 6/05 | Reverse Overdraft Fee | 30.00 | |
| 6/08 | Return Item Credit | 731.00 | |
| 6/08 | Return Item Credit | 1,500.00 | |
| 6/08 | Return Item Credit | 2,009.49 | |
| 6/08 | Reverse Overdraft Fee | 30.00 | |
| 6/08 | Reverse Overdraft Fee | 30.00 | |
| 6/08 | Reverse Overdraft Fee | 30.00 | |
| 6/18 | Return Item Credit | 2,009.49 | |
| 6/18 | Reverse Overdraft Fee | 30.00 | |
| 6/22 | Return Item Credit | 100.00 | |
| 6/22 | Reverse Overdraft Fee | 30.00 | |
| 6/26 | Return Item Credit | 100.00 | |
| 6/26 | Reverse Overdraft Fee | 30.00 | |
| 6/29 | Return Item Credit | 2,009.49 | |
| 6/29 | Reverse Overdraft Fee | 30.00 | |

### CHECKS AND WITHDRAWALS

| Date | Description | Amount | Refe |
|------|-------------|--------|------|
| 6/01 | Returned Item Fee | 30.00- | |
| 6/01 | Returned Item Fee | 30.00- | |
| 6/01 | Topline Op TOPLINE RECOVERY Jun 01 CCD DEB45364 | 1,500.00- | |
| 6/01 | Paid Item Fee | 30.00- | |
| 6/02 | Returned Item Fee | 30.00- | |
| 6/02 | Topline Op TOPLINE RECOVERY Jun 02 CCD DEB45438 | 1,500.00- | |
| 6/03 | FEE INTUIT 260603 CCD | 100.00- | |
| 6/03 | Paid Item Fee | 30.00- | |
| 6/03 | RETRY PYMT INTUIT 260603 CCD | 573.88- | |
| 6/03 | Paid Item Fee | 30.00- | |
| 6/03 | Topline Op TOPLINE RECOVERY Jun 03 CCD DEB45457 | 1,500.00- | |
| 6/03 | Paid Item Fee | 30.00- | |
| 6/04 | Returned Item Fee | 30.00- | |
| 6/04 | Returned Item Fee | 30.00- | |
| 6/04 | Returned Item Fee | 30.00- | |
| 6/04 | Topline Op TOPLINE RECOVERY Jun 04 CCD DEB45494 | 1,500.00- | |
| 6/04 | Paid Item Fee | 30.00- | |



Date 6/30/26     Page   3
Account Number  XXXXXXXXXXXX1722
Enclosures

BUSINESS BASICS          XXXXXXXXXXXX1722 (Continued)

## CHECKS AND WITHDRAWALS

| Date | Description | Amount | Refe |
|---|---|---|---|
| 6/05 | Returned Item Fee | 30.00- | |
| 6/05 | PAYMENT    SBA EIDL LOAN<br>260604  CCD    0000<br>ACH TRANSACTION | 731.00- | |
| 6/05 | Paid Item Fee | 30.00- | |
| 6/05 | Topline Op TOPLINE RECOVERY<br>Jun 05  CCD    DEB45554 | 1,500.00- | |
| 6/05 | Paid Item Fee | 30.00- | |
| 6/05 | RETRY PYMT INTUIT FINANCING<br>260605  CCD | 2,009.49- | |
| 6/05 | Paid Item Fee | 30.00- | |
| 6/08 | Returned Item Fee | 30.00- | |
| 6/08 | Returned Item Fee | 30.00- | |
| 6/08 | Returned Item Fee | 30.00- | |
| 6/08 | 7027259234 CPS PMT<br>        CCD   143688136 | 46.95- | |
| 6/08 | RETRY PYMT INTUIT<br>260606  CCD | 100.00- | |
| 6/17 | QBC_PMTS   INTUIT FINANCING<br>260617  CCD | 2,009.49- | |
| 6/17 | Paid Item Fee | 30.00- | |
| 6/18 | Returned Item Fee | 30.00- | |
| 6/18 | QBooks Onl INTUIT *<br>260617  CCD   8399697<br>800-446-8848 | 100.00- | |
| 6/18 | Paid Item Fee | 30.00- | |
| 6/22 | Returned Item Fee | 30.00- | |
| 6/25 | QBooks Onl INTUIT *<br>260624  CCD   0868773<br>800-446-8848 | 100.00- | |
| 6/25 | Paid Item Fee | 30.00- | |
| 6/26 | Returned Item Fee | 30.00- | |
| 6/26 | RETRY PYMT INTUIT FINANCING<br>260626  CCD | 2,009.49- | |
| 6/26 | Paid Item Fee | 30.00- | |
| 6/29 | Returned Item Fee | 30.00- | |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 6/01 | 1,479.19- | 6/05 | 3,994.68- | 6/22 | 38.86 |
| 6/02 | .81 | 6/08 | 98.86 | 6/25 | 91.14- |
| 6/03 | 2,263.07- | 6/17 | 1,940.63- | 6/26 | 2,030.63- |
| 6/04 | 1,164.19- | 6/18 | 61.14- | 6/29 | 21.14- |

* * * END OF STATEMENT * * *

**IMPORTANT**  Please examine this statement immediately and report any differences to us within 30 days. A reporting period of up to 60 days and other special provisions apply if the difference involves a credit line transaction or an electronic funds transfer. Such provisions are explained below.

BALANCING YOUR CHECKING ACCOUNT

Before you start, please be sure you enter *in your checkbook* any interest earned, automatic transactions or bank charges including those shown on this statement.

A. Enter deposits not shown on this statement.

date of
deposit          amount

Total
A

B. Enter all checks, withdrawals and bank charges not shown on this statement.

outstanding
check
number          amount

Total
B

Follow instructions below to compare transactions recorded on your statement with those in your checkbook.

NEW BALANCE
shown on
other side

PLUS
Total A

EQUALS

MINUS
Total B

EQUALS
your current
checkbook
balance

## Information For Consumer Accounts With Electronic Transfers

### • In Case of Errors or Questions about your Electronic Transfers

Telephone us at 701-258-2611 or write us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### • What to Do If You Think You Find A Mistake On Your Statement

If you think there is an error on your statement, write to us at the address shown on the front of this statement.  In your letter, give us the following information:

- Account information:  Your name and account number.
- Dollar amount:  The dollar amount of the suspected error.
- Description of Problem:  If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential error and you may have to pay the amount in question.  While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of the balance.
- We can apply any unpaid amount against your credit limit.

### • How Finance Charges Are Computed

We figure the interest charge on your account by applying the periodic rate to the "average daily balance" of your account.  To get the "average daily balance" we take the beginning balance of your account each day, add any new advances and fees, and subtract any unpaid interest or other finance charges and any payments or credits.  This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle.  This gives us the "average daily balance." Periodic rates may vary.

Member FDIC