**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re: | Case No.: 26-30438 |
| | Chapter 11 – Subchapter V |
| Jade Presents, LLC, | |
| Debtor, Jointly Administered. | Case No.: 26-30439 |
| In Re: | Chapter 11 – Subchapter V |
| Tickets 300, LLC, | |
| Debtor, Jointly Administered. | |

**ORDER GRANTING BRAVERA BANK RELIEF FROM AUTOMATIC STAY**

Bravera's Bank filed a Motion for Relief from Automatic Stay. Doc. 65. It served notice of its motion.  The Court received no objections.  Upon review of the motion and supporting exhibits, the Court finds cause for granting the relief Debtor seeks.

**IT IS ORDERED** that the motion is granted.  Bravera is granted relief from the automatic stay to pursue its non-bankruptcy law remedies, as it relates to Debtor Jade Presents, LLC's interest, if any, in the following real property:

The commercial real property commonly known as 1320 1st Ave. N., Fargo, ND 58102 and legally described as:

The West Seven and One-half feet of Lots One, Two, Three, Four, Five and Six and all of Lots Twenty-nine, Thirty, Thirty-one, Thirty-two, Thirty-three, Thirty-four, and the adjacent vacated Twenty foot alley, in Block Twenty, of Reeve's Addition to the City of Fargo, situate in the County of Cass and the State of North Dakota.

And;

residential real property commonly known as 4880 38th Ave S, Fargo, ND and legally described as:

Lot 6, in Block 2, of Evelyn Acres to the City of Fargo, Cass County, North Dakota

Bravera is also granted relief from stay to remove Debtor's personal property on the subject premises, **after providing Debtor not less than 14 days notice of DFI's planned disposition of Debtor's property**.

**IT IS FURTHER ORDERED** the 14-day stay imposed by Fed.R.Bankr.P. 4001(a)(4) is waived, and this order is effective upon entry.

Dated this 31st day of July, 2026.

/s/ Shon Hastings
SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT

2