United States Bankruptcy Court

District of North Dakota

In re:                                                                                          Case No. 26-30438-skh

Jade Presents, LLC                                                                    Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0868-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 31, 2026 | Form ID: pdf2some | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2026:**

**Recip ID                    Recipient Name and Address**
db                        +  Jade Presents, LLC, 1320 First Avenue North, Fargo, ND 58102-4202

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony F. Giuliano | on behalf of Interested Party Holly Funding LLC afg@glpcny.com  afg@ecf.courtdrive.com |
| Caren Stanley | on behalf of Creditor Horizon Investments  LLC cstanley@vogellaw.com, lstanley@vogellaw.com;kjohnson@vogellaw.com |
| Caren Stanley | on behalf of Creditor Bravera Bank cstanley@vogellaw.com  lstanley@vogellaw.com;kjohnson@vogellaw.com |
| Caren Stanley | on behalf of Interested Party DFI AU LLC cstanley@vogellaw.com  lstanley@vogellaw.com;kjohnson@vogellaw.com |
| Christianna A. Cathcart | on behalf of Debtor Jade Presents  LLC christianna@dakotabankruptcy.com, Cathcart.ChristiannaB114029@notify.bestcase.com |
| Christianna A. Cathcart | on behalf of Debtor Tickets300  LLC christianna@dakotabankruptcy.com, Cathcart.ChristiannaB114029@notify.bestcase.com |

District/off: 0868-3                         User: admin                                    Page 2 of 2
Date Rcvd: Jul 31, 2026                      Form ID: pdf2some                              Total Noticed: 1

David Tanabe
        on behalf of Creditor Etix  Inc. dtanabe@messerlikramer.com, bkillingfunches@messerlikramer.com

Kesha Tanabe
        on behalf of Creditor Bravera Bank ktanabe@vogellaw.com  lstanley@vogellaw.com;kjohnson@vogellaw.com

Kesha Tanabe
        on behalf of Creditor Horizon Investments  LLC ktanabe@vogellaw.com, lstanley@vogellaw.com;kjohnson@vogellaw.com

Mary F Sieling
        mary@sielinglaw.com

Maurice VerStandig
        on behalf of Debtor Tickets300  LLC mac@mbvesq.com,
        mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
        on behalf of Interested Party Tickets300  LLC mac@mbvesq.com,
        mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
        on behalf of Debtor Jade Presents  LLC mac@mbvesq.com,
        mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Melissa H Burkland
        on behalf of Creditor USA/SBA Melissa.Burkland@usdoj.gov
        Margo.Kern@usdoj.gov;Amber.Ripplinger@usdoj.gov;usand.bankruptcyeast@usdoj.gov;CaseView.ECF@usdoj.gov

Michael David Mueller
        on behalf of Creditor Etix  Inc. mmueller@williamsmullen.com, avaughn@williamsmullen.com;jvantine@williamsmullen.com

Sarah J. Wencil
        on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov

Tiffany J Grossman
        on behalf of Interested Party North Dakota Office of Attorney General tgrossman@nd.gov

United States Trustee
        USTPRegion12.SX.ECF@usdoj.gov


TOTAL: 18

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re: | Case No.: 26-30438 |
| | Chapter 11 – Subchapter V |
| Jade Presents, LLC, | |
| Debtor, Jointly Administered. | Case No.: 26-30439 |
| In Re: | Chapter 11 – Subchapter V |
| Tickets 300, LLC, | |
| Debtor, Jointly Administered. | |

**ORDER GRANTING BRAVERA BANK RELIEF FROM AUTOMATIC STAY**

Bravera's Bank filed a Motion for Relief from Automatic Stay. Doc. 65. It served notice of its motion.  The Court received no objections.  Upon review of the motion and supporting exhibits, the Court finds cause for granting the relief Debtor seeks.

**IT IS ORDERED** that the motion is granted.  Bravera is granted relief from the automatic stay to pursue its non-bankruptcy law remedies, as it relates to Debtor Jade Presents, LLC's interest, if any, in the following real property:

The commercial real property commonly known as 1320 1st Ave. N., Fargo, ND 58102 and legally described as:

The West Seven and One-half feet of Lots One, Two, Three, Four, Five and Six and all of Lots Twenty-nine, Thirty, Thirty-one, Thirty-two, Thirty-three, Thirty-four, and the adjacent vacated Twenty foot alley, in Block Twenty, of Reeve's Addition to the City of Fargo, situate in the County of Cass and the State of North Dakota.

And;

residential real property commonly known as 4880 38th Ave S, Fargo, ND and legally described as:

Lot 6, in Block 2, of Evelyn Acres to the City of Fargo, Cass County, North Dakota

Bravera is also granted relief from stay to remove Debtor's personal property on the subject premises, **after providing Debtor not less than 14 days notice of DFI's planned disposition of Debtor's property**.

**IT IS FURTHER ORDERED** the 14-day stay imposed by Fed.R.Bankr.P. 4001(a)(4) is waived, and this order is effective upon entry.

Dated this 31st day of July, 2026.

/s/ Shon Hastings
SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT