**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In Re:<br><br>Jade Presents, LLC,<br><br>Debtor, Jointly Administered. | Case No.: 26-30438<br><br>Chapter 11 – Subchapter V<br><br>Case No.: 26-30439 |
| In Re:<br><br>Tickets300, LLC,<br><br>Debtor, Jointly Administered. | Chapter 11 – Subchapter V |

### ORDER GRANTING DFI AU LLC RELIEF FROM AUTOMATIC STAY

DFI AU LLC's ("DFI") filed a Motion for Relief from Automatic Stay.  Doc. 73.  It served notice of its motion.  The Court received no objections.  Upon review of the motion and supporting exhibits, the Court finds cause for granting the relief Debtor seeks.

**IT IS ORDERED** that DFI's Motion is granted.  DFI is granted relief from the automatic stay to pursue its non-bankruptcy law remedies, as it relates to Debtor Jade Presents, LLC's interest, if any, in the following real property:

> **Lot One, in Block One, of the Corrected Plat of the Edge Addition to the City of Fargo, situate in the County of Cass and the State of North Dakota.**
>
> **Street Address: 1329 5th Ave. N., Fargo, ND 58102**

DFI is also granted relief from stay to remove Debtor's personal property on the subject premises, **after providing Debtor not less than 14 days notice of DFI's planned disposition of Debtor's property**.

**IT IS FURTHER ORDERED** the 14-day stay imposed by Fed.R.Bankr.P. 4001(a)(4) is waived, and this order is effective upon entry.

Dated this 6th day of August, 2026.

/s/ Shon Hastings

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT

2