United States Bankruptcy Court

District of North Dakota

| | |
|---|---|
| In re: | Case No. 26-30438-skh |
| Jade Presents, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 06, 2026 | Form ID: pdf2some | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jade Presents, LLC, 1320 First Avenue North, Fargo, ND 58102-4202 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony F. Giuliano | on behalf of Interested Party Holly Funding LLC afg@glpcny.com  afg@ecf.courtdrive.com |
| Caren Stanley | on behalf of Creditor Horizon Investments  LLC cstanley@vogellaw.com, lstanley@vogellaw.com;kjohnson@vogellaw.com |
| Caren Stanley | on behalf of Creditor Bravera Bank cstanley@vogellaw.com  lstanley@vogellaw.com;kjohnson@vogellaw.com |
| Caren Stanley | on behalf of Interested Party DFI AU LLC cstanley@vogellaw.com  lstanley@vogellaw.com;kjohnson@vogellaw.com |
| Christianna A. Cathcart | on behalf of Debtor Jade Presents  LLC christianna@dakotabankruptcy.com, Cathcart.ChristiannaB114029@notify.bestcase.com |
| Christianna A. Cathcart | on behalf of Debtor Tickets300  LLC christianna@dakotabankruptcy.com, Cathcart.ChristiannaB114029@notify.bestcase.com |

District/off: 0868-3 | User: admin | Page 2 of 2
Date Rcvd: Aug 06, 2026 | Form ID: pdf2some | Total Noticed: 1

David Tanabe
on behalf of Creditor Etix  Inc. dtanabe@messerlikramer.com, bkillingfunches@messerlikramer.com

Kesha Tanabe
on behalf of Creditor Bravera Bank ktanabe@vogellaw.com  lstanley@vogellaw.com;kjohnson@vogellaw.com

Kesha Tanabe
on behalf of Creditor Horizon Investments  LLC ktanabe@vogellaw.com, lstanley@vogellaw.com;kjohnson@vogellaw.com

Mary F Sieling
mary@sielinglaw.com

Maurice VerStandig
on behalf of Debtor Tickets300  LLC mac@mbvesq.com,
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
on behalf of Interested Party Tickets300  LLC mac@mbvesq.com,
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
on behalf of Debtor Jade Presents  LLC mac@mbvesq.com,
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Melissa H Burkland
on behalf of Creditor USA/SBA Melissa.Burkland@usdoj.gov
Margo.Kern@usdoj.gov;Amber.Ripplinger@usdoj.gov;usand.bankruptcyeast@usdoj.gov;CaseView.ECF@usdoj.gov

Michael David Mueller
on behalf of Creditor Etix  Inc. mmueller@williamsmullen.com, avaughn@williamsmullen.com;jvantine@williamsmullen.com

Sarah J. Wencil
on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov

Tiffany J Grossman
on behalf of Interested Party North Dakota Office of Attorney General tgrossman@nd.gov

United States Trustee
USTPRegion12.SX.ECF@usdoj.gov

TOTAL: 18

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br><br>Jade Presents, LLC,<br><br><br><br>Debtor, Jointly Administered. | Case No.: 26-30438<br><br>Chapter 11 – Subchapter V<br><br><br><br>Case No.: 26-30439 |
| In Re:<br><br>Tickets300, LLC,<br><br><br>Debtor, Jointly Administered. | Chapter 11 – Subchapter V |

### ORDER GRANTING DFI AU LLC RELIEF FROM AUTOMATIC STAY

DFI AU LLC's ("DFI") filed a Motion for Relief from Automatic Stay.  Doc. 73.  It served notice of its motion.  The Court received no objections.  Upon review of the motion and supporting exhibits, the Court finds cause for granting the relief Debtor seeks.

**IT IS ORDERED** that DFI's Motion is granted.  DFI is granted relief from the automatic stay to pursue its non-bankruptcy law remedies, as it relates to Debtor Jade Presents, LLC's interest, if any, in the following real property:

> **Lot One, in Block One, of the Corrected Plat of the Edge Addition to the City of Fargo, situate in the County of Cass and the State of North Dakota.**
>
> **Street Address: 1329 5th Ave. N., Fargo, ND 58102**

DFI is also granted relief from stay to remove Debtor's personal property on the subject premises, **after providing Debtor not less than 14 days notice of DFI's planned disposition of Debtor's property**.

**IT IS FURTHER ORDERED** the 14-day stay imposed by Fed.R.Bankr.P.

4001(a)(4) is waived, and this order is effective upon entry.

Dated this 6th day of August, 2026.


/s/ Shon Hastings
SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT

2