IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re:<br><br>JADE PRESENTS, LLC<br><br>Debtor. | ) | Case No. 26-30438<br>(Chapter 11) |
| In re:<br><br>TICKETS300, LLC<br><br>Debtor | ) | Case No. 26-30439<br>(Chapter 11)<br><br>(Jointly Administered) |

**NOTICE OF MOTION TO TAKE EXAMINATION OF**
**HOLLY FUNDING LLC AND LIBERTAS FUNDING, LLC**

NOTICE IS HEREBY GIVEN that Jade Presents, LLC (the "Debtor") has moved to take the examination of (a) Holly Funding LLC ("Holly") and (b) Libertas Funding, LLC ("Libertas"), pursuant to Federal Rule of Bankruptcy Procedure 2004. Specifically, the Debtor seeks to issue subpoenas—returnable via e-mail—to each of Holly and Libertas, for (i) any and all agreements between the subpoena counterparty and Jade, from June 7, 2022 forward; (ii) any and all communications between the subpoena counterparty and Jade, from June 7, 2022 forward; (iii) all records of payments made to Jade, from June 7, 2022 forward; and (iv) all records of payments received from Jade, from June 7, 2022 forward.

NOTICE IS FURTHER GIVEN that written objections to the motion, if any, shall be filed with the Clerk of the United States Bankruptcy Court for the District of North Dakota, 655 1st Ave. N. Suite 210, Fargo, ND 58102-4932 within fourteen (14) days from the date of the mailing of this notice. Any objections not filed and served may be deemed waived.

*[Signature on Following page]*

Respectfully submitted,

Dated: August 24, 2026

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of August, 2026, a copy of the foregoing was served electronically upon filing via the ECF system, with copies also being sent to:

Holly Funding LLC
1309 Coffeen Avenue
Suite 1200
Sheridan, WY 82801

and

Libertas Funding, LLC
411 West Putnam Avenue
Suite 220
Greenwich, CT 06380

/s/ Maurice B. VerStandig
Maurice B. VerStandig