**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| **In re:** | **JOINTLY ADMINISTERED** |
| **Jade Presents, LLC** | **Bankr. No. 26-30438** |
| **Tickets 300, LLC** | **Bankr. No. 30439** |
| **Debtors.** | **Chapter 11** |

---

# NOTICE OF CONTINUED SECTION 341 MEETING

---

The initial meeting of creditors was held on July 16, 2026 at 1:30 p.m. The meeting was continued to September 10, 2026 at 1:30.

The Acting United States Trustee (UST) has continued the September 10, 2026 meeting TO <u>September 24, 2026 at 1:30 p.m</u>. The call-in information remains the same.

The Debtors have not responded to the UST's requests for documents that originated July 9, 2026 and the Debtors have failed to amend the Schedules and Statements to reflect the Debtors' accurate position on the date of filing and include all insider payments within the year of filing. The UST will not conduct the meeting until that information has been provided with an adequate opportunity for review prior to the meeting.

Dated: September 3, 2026

MARY R. JENSEN
ACTING U.S. TRUSTEE REGION 12

/s/ Sarah J. Wencil
Sarah J. Wencil
Office of the U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth St.
Minneapolis, MN 55415
Telephone: (612) 334-1366
Sarah.J.Wencil@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| **In re:** | **JOINTLY ADMINISTERED** |
| **Jade Presents, LLC** | **Bankr. No. 26-30438** |
| **Tickets 300, LLC** | **Bankr. No. 30439** |
| **Debtors.** | **Chapter 11** |

---

**CERTIFICATE OF SERVICE**

---

Sarah J. Wencil, an employee of the U.S. Trustee office, hereby certifies that a true and correct copy of the document was electronically transmitted via CM/ECF.

The undersigned also states that she sent a separate email to all attendees at the original meeting of creditors of the new continued meeting date.

Dated: September 3, 2026

/s/ Sarah J. Wencil
Sarah J. Wencil