IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re:<br><br>JADE PRESENTS, LLC<br><br>Debtor. | ) | Case No. 26-30438<br>(Chapter 11) |
| In re:<br><br>TICKETS300, LLC<br><br>Debtor. | ) | Case No. 26-30439<br>(Chapter 11)<br><br>(Jointly Administered) |

**ORDER GRANTING MOTION TO TAKE EXAMINATION OF HOLLY FUNDING LLC AND LIBERTAS FUNDING, LLC**

Debtor Jade Presents, LLC, filed a Motion to Take Examination of Holly Funding LLC and Libertas Funding, LLC. Doc. 90. The Court received no objections. Upon review of the motion, the Court finds cause for granting it.

IT IS ORDERED that the motion is GRANTED.

Debtor is authorized to examine representatives of Holly Funding, LLC and Libertas Funding, LLC and to issue subpoenas as provided under Rule 9016 to compel testimony and production of documents within the scope of Rule 2004. The examinations, if any, shall be conducted in person or remotely via video conference (at the movant's discretion) at a time and location convenient to all parties.

Dated this 17th day of September, 2026.

/s/ Shon Hastings
SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT