United States Bankruptcy Court
District of North Dakota

In re:
Jade Presents, LLC
Debtor

Case No. 26-30438-skh
Chapter 11

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 17, 2026 | Form ID: pdf2some | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jade Presents, LLC, 1320 First Avenue North, Fargo, ND 58102-4202 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony F. Giuliano | on behalf of Interested Party Holly Funding LLC afg@glpcny.com afg@ecf.courtdrive.com |
| Caren Stanley | on behalf of Creditor Horizon Investments LLC cstanley@vogellaw.com, lstanley@vogellaw.com;kjohnson@vogellaw.com |
| Caren Stanley | on behalf of Creditor Bravera Bank cstanley@vogellaw.com lstanley@vogellaw.com;kjohnson@vogellaw.com |
| Caren Stanley | on behalf of Interested Party DFI AU LLC cstanley@vogellaw.com lstanley@vogellaw.com;kjohnson@vogellaw.com |
| Christianna A. Cathcart | on behalf of Debtor Jade Presents LLC christianna@dakotabankruptcy.com, Cathcart.ChristiannaB114029@notify.bestcase.com |
| Christianna A. Cathcart | on behalf of Debtor Tickets300 LLC christianna@dakotabankruptcy.com, Cathcart.ChristiannaB114029@notify.bestcase.com |

| | |
|---|---|
| David Tanabe | on behalf of Creditor Etix Inc. dtanabe@messerlikramer.com, bkillingfunches@messerlikramer.com |
| Kesha Tanabe | on behalf of Creditor Bravera Bank ktanabe@vogellaw.com lstanley@vogellaw.com;kjohnson@vogellaw.com |
| Kesha Tanabe | on behalf of Creditor Horizon Investments LLC ktanabe@vogellaw.com, lstanley@vogellaw.com;kjohnson@vogellaw.com |
| Mary F Sieling | mary@sielinglaw.com |
| Maurice VerStandig | on behalf of Debtor Jade Presents LLC mac@mbvesq.com, mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice VerStandig | on behalf of Debtor Tickets300 LLC mac@mbvesq.com, mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice VerStandig | on behalf of Interested Party Tickets300 LLC mac@mbvesq.com, mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice VerStandig | on behalf of Plaintiff Jade Presents LLC mac@mbvesq.com, mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Melissa H Burkland | on behalf of Creditor USA/SBA Melissa.Burkland@usdoj.gov Margo.Kern@usdoj.gov;Amber.Ripplinger@usdoj.gov;usand.bankruptcyeast@usdoj.gov;CaseView.ECF@usdoj.gov |
| Michael David Mueller | on behalf of Creditor Etix Inc. mmueller@williamsmullen.com, avaughn@williamsmullen.com;jvantine@williamsmullen.com |
| Sarah J. Wencil | on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov |
| Tiffany J Grossman | on behalf of Interested Party North Dakota Office of Attorney General tgrossman@nd.gov |
| United States Trustee | USTPRegion12.SX.ECF@usdoj.gov |

TOTAL: 19

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re:<br><br>JADE PRESENTS, LLC<br><br>Debtor. | ) | Case No. 26-30438<br>(Chapter 11) |
| In re:<br><br>TICKETS300, LLC<br><br>Debtor. | ) | Case No. 26-30439<br>(Chapter 11)<br><br>(Jointly Administered) |

**ORDER GRANTING MOTION TO TAKE EXAMINATION OF HOLLY FUNDING LLC AND LIBERTAS FUNDING, LLC**

Debtor Jade Presents, LLC, filed a Motion to Take Examination of Holly Funding LLC and Libertas Funding, LLC. Doc. 90. The Court received no objections. Upon review of the motion, the Court finds cause for granting it.

IT IS ORDERED that the motion is GRANTED.

Debtor is authorized to examine representatives of Holly Funding, LLC and Libertas Funding, LLC and to issue subpoenas as provided under Rule 9016 to compel testimony and production of documents within the scope of Rule 2004. The examinations, if any, shall be conducted in person or remotely via video conference (at the movant's discretion) at a time and location convenient to all parties.

Dated this 17th day of September, 2026.

/s/ Shon Hastings
SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT