UNITED STATES BANKRUPTCY COURT
District of North Dakota Fargo

| | |
|---|---|
| **In re:** | **JOINTLY ADMINISTERED** |
| **Jade Presents, LLC** | **Bankr. No. 26-30438** |
| **Tickets 300, LLC** | **Bankr. No. 26-30439** |
| **Debtors.** | **Chapter 11** |

---

## PROOF OF SERVICE

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I am employed by BMC Group, Inc., an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Rules 9001(b)(9) and 2002(g)(4) of the Federal Rules of Bankruptcy Procedure.

I declare that on 09/17/2026, as directed by Office of the United States Trustee, Region 12, true and correct copy(s) of the following document(s) were served on each entity shown on the attached exhibit(s) at the address shown and by the method shown. Such service was performed under my direct supervision, by employees of BMC Group, Inc.

Motion to Convert Case From Chapter 11 to 7 Including: Notice of Motion served on 9/17/2026. Filed by U.S. Trustee United States Trustee Last day to object is 10/8/2026. (Wencil, Sarah) (Entered: 09/17/2026)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.
09/17/2026

Tinamarie Feil

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com;
888.909.0100

**Exhibit A - Certificate of Service**
**Jade Presents, LLC 26-30438**

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 32256 | 1% Productions , 1620 S 49th Street, Omaha, NE, 68106-2436 | **First Class** |
| 32256 | 701 Collective, LLC , 1320 First Avenue North, Fargo, ND, 58102-4202, United States of America | **First Class** |
| 32256 | 701 Wraps , 5524 53rd Avenue SW, Unit A-1, Fargo, ND, 58104-5624 | **First Class** |
| 32256 | All Season Motorsports , 2205 Sheyenne Street West, West Fargo, ND, 58078-6920 | **First Class** |
| 32256 | American Express , P.O. Box 981537, El Paso, TX, 79998-1537, United States of America | **First Class** |
| 32256 | American Express National Bank, AENB , c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, 80 Minuteman Road, P.O. Box 9043, Andover, MA, 01810-0943 | **First Class** |
| 32256 | American Society of Composers, , Authors and Publishers, ASCAP c/o Richard H. Reimer, 250 West 57th Street, New York, NY, 10107-0001 | **First Class** |
| 32256 | American Welding & Gas, Inc. , PO Box 779009, Chicago, IL, 60677-9009, United States of America | **First Class** |
| 32256 | ASCAP , Attn: S&C Licensing, 21678 Network Place, Chicago, IL, 60673-1216 | **First Class** |
| 32256 | Bergseth Bros. Co., Inc. , 1211 47th St N, Fargo, ND, 58102-2849 | **First Class** |
| 32256 | Bill Young Productions, Inc. , PO Box 4356, Department 2242, Houston, TX, 77210-4356 | **First Class** |
| 32256 | Blarney Stone Pub, LLC , 408 E Main Ave, Bismarck, ND, 58501-4042 | **First Class** |
| 32256 | Block 9 Hotel LLC , d/b/a Jasper Hotel, 210 Broadway N Ste 300, Fargo, ND, 58102-4771 | **First Class** |
| 32256 | Blue Cross Blue Shield of ND , PO Box 857668, Minneapolis, MN, 55485-7668 | **First Class** |
| 32256 | Blushed Beauty Bar, Inc. , 5177 44th St S, Fargo, ND, 58104-6069 | **First Class** |
| 32256 | BMI , PO Box 630893, Cincinnati, OH, 45263-0893 | **First Class** |
| 32256 | Bravera Ban , Vogel Law Firm, c/o Kesha Tanabe, P.O. Box 1389, Fargo, ND, 58107-1389 | **First Class** |
| 32256 | Bravera Bank , Fargo Branch, 3000 25th Street South, Fargo, ND, 58103-5046 | **First Class** |
| 32256 | Brennan's Garage, LLC , 4021 Main Avenue, Ste C, Fargo, ND, 58103-1186 | **First Class** |
| 32256 | Brittany Muchow , 4811 44th Street, Fargo, ND, 58104-4297 | **First Class** |
| 32256 | Carly Pritchard , 810 7th Street South, Fargo, ND, 58103-2706 | **First Class** |
| 32256 | Cellco Partnership d/b/a Verizon Wireless , William M Vermette, 22001 Loudoun County PKWY, Ashburn, VA, 20147-6122 | **First Class** |
| 32256 | Charles Wesley Godwin LLC , c/o The Greenroom Resource, PO Box 6009, Bozeman, MT, 59771-6009 | **First Class** |
| 32256 | Chub's Pub, LLC , Attn: Wade Lindgren, 421 N University Dr, Fargo, ND, 58102-4339 | **First Class** |
| 32256 | City of Fargo , 225 4th St N, Fargo, ND, 58102-4817 | **First Class** |
| 32256 | City of Moorhead , 475 Red River Avenue, Moorhead, MN, 56560 | **First Class** |
| 32256 | City of Moorhead , Attn: Accounts Receivable, PO Box 817, Moorhead, MN, 56561-0817 | **First Class** |
| 32256 | City of West Fargo , 800 4th Avenue East, Suite 1, West Fargo, ND, 58078-2099 | **First Class** |
| 32256 | Class B Development, LLC , 2494 Rivers Bend Drive East, West Fargo, ND, 58078-8543 | **First Class** |
| 32256 | Colonial Life Employee Benefit , Attn: Premium Processing, PO Box 903 Columbia SC, Columbia, SC, 29202-0903 | **First Class** |
| 32256 | Courtney Ficek , 901 33rd Avenue North, Suite 305, Fargo, ND, 58102-0900 | **First Class** |
| 32256 | Dack Daniel's Touring, Inc. , 11 Music Circle South, Nashville, TN, 37203-4312 | **First Class** |
| 32256 | Dakota NFL Lions , c/o Denise Johnson, 301 21st Street South, Fargo, ND, 58103-1428 | **First Class** |
| 32256 | Dakota Plains Mechanical , 315 27th Circle South, Fargo, ND, 58103-2471 | **First Class** |
| 32256 | Dave Bernstein , PO Box 3086, Sioux City, IA, 51102-3086 | **First Class** |
| 32256 | David Bernstein , PO Box 5104, Sioux City, IA, 51102-5104 | **First Class** |
| 32256 | David Lee Roth , ATTN: Chris Caulk, WILLIAM MORRIS ENDEAVOR ENTERTAINMENT, L, 9601 Wilshire Boulevard 3rd Floor, Beverly Hills, CA, 90210-5219 | **First Class** |
| 32256 | Deanne Anderson , 17240 Cty Hwy 6, Lake Park, MN, 56554-9117 | **First Class** |
| 32256 | DFI AU, LLC , c/o Caren W. Stanley, Vogel Law Firm, P.O. Box 1389, Fargo, ND, 58107-1389 | **First Class** |
| 32256 | Dianna Bussinger , 422 Howard street, Plentywood, MT, 59254-1615 | **First Class** |
| 32256 | Duluth Entertainment Convention Center , 350 Harbor Drive, Duluth, MN, 55802-2698 | **First Class** |
| 32256 | Eide Bailly, LLP , 4310 17th Avenue South, PO Box 2545, Fargo, ND, 58108-2545 | **First Class** |
| 32256 | Eli Young LLC , PO Box 340020, Nashville, TN, 37203-0020 | **First Class** |
| 32256 | Emily Finley , 6606 Toronto Drive South, Fargo, ND, 58104-4846 | **First Class** |
| 32256 | Emo Night Brooklyn LLC d/b/a Gimme Gimme Dis, 1623 3rd Ave, Apt 12K, New York, NY, 10128-3640 | **First Class** |
| 32256 | Emporium Presents, LLC , 888 Westheimer #120, Houston, TX, 77006-3945 | **First Class** |
| 32256 | Essentia Health , 502 E 2ND ST, Duluth, MN, 55805-1913 | **First Class** |
| 32256 | Etix, Inc. , Williams Mullen; attn: Michael D. Muelle, 200 South 10th Street, Suite 1600, Richmond, VA, 23219-4061 | **First Class** |
| 32256 | Etix, Inc. , c/o David M. Tanabe, Messerli & Kramer P.A., 50 S. Sixth Street, Suite 2300, Minneapolis, MN, 55402-1550 | **First Class** |
| 32256 | Etix, Inc. | **None** |
| 32256 | Fargo Public Schools , 700 7th Street South, Fargo, ND, 58103-2704 | **First Class** |
| 32256 | Fargo RentAll, Inc. , 3201 32nd Street South, Fargo, ND, 58104-8815 | **First Class** |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 32256 | Fargo Theatre , 314 Broadway North, Fargo, ND, 58102-4715 | First Class |
| 32256 | Fargo, ND 58104 | None |
| 32256 | FIRST INSURANCE FUNDING, 450 SKOKIE BLVD SUITE 1000, NORTHBROOK, IL, 60062-7917 | First Class |
| 32256 | FM Ambulance Service, Inc. , 2215 18th Street South, Fargo, ND, 58103-5105 | First Class |
| 32256 | FMWF Chamber of Commerce , 3312 42nd Street South, Suite 101, Fargo, ND, 58104-7084 | First Class |
| 32256 | Fourteen Acres, Inc. , 22546 North Pearl Lake Road, Detroit Lakes, MN, 56501-7017 | First Class |
| 32256 | Gimmie Gimmie Disco , 13359 North Hwy 183, Unit 406-1280, Austin, TX, 78750-7153 | First Class |
| 32256 | Global Tour Creatives, LLC , 9200 Sunset Blvd, Suite 320, West Hollywood, CA, 90069-3505 | First Class |
| 32256 | Holly Funding LLC , c/o Giuliano Law PC, 445 Broadhollow Rd., Suite 25, Melville, NY, 11747-3645 | First Class |
| 32256 | Holly Funding, LLC , 1309 Coffeen Avenue, Suite 1200, Sheridan, WY, 82801-5777, United States of America | First Class |
| 32256 | Home Free Touring, LLC f/s/o Home Free , Attention: Cass Scripps, United Talent Agency, 225 Polk Avenue Suite 130, Nashville, TN, 37203-5615 | First Class |
| 32256 | Horizon Investment, LLC , 210 Broadway North, Suite 301, Fargo, ND, 58102-4771 | First Class |
| 32256 | Horizon Investments, LLC , c/o Kesha L. Tanabe, Vogel Law Firm, P.O. Box 1389, Fargo, ND, 58107-1389 | First Class |
| 32256 | Icon Entertainment Group , 5700 Buckingham Parkway, 2nd Floor, Culver City, CA, 90230-6508 | First Class |
| 32256 | iHeartMedia, Inc. , 20880 Stone Oak Parkway, 3rd Floor, San Antonio, TX, 78258-7460 | First Class |
| 32256 | Information Management Systems , P.O. Box 790, Fargo, ND, 58107-0790 | First Class |
| 32256 | Informational Management Systems , PO Box 790, Fargo, ND, 58107-0790 | First Class |
| 32256 | Internal Revenue Service , PO Box 7346, Philadelphia, PA, 19101-7346 | First Class |
| 32256 | INTUIT FINANCING INC. , c/o Weltman, Weinberg & Reis Co., LPA, 5990 West Creek Rd, Suite 200, Independence, OH, 44131-2191 | First Class |
| 32256 | Jade Nielsen , 4880 38th Ave S, Fargo, ND, 58104-8514 | First Class |
| 32256 | Jade Nielsen Properties , 513 14th Street North, Fargo, ND, 58102-4281 | First Class |
| 32256 | Jade Presents, LLC, 1320 First Avenue North, CASS-ND, Fargo, ND, 58102, United States of America | First Class |
| 32256 | Jade Presents, LLC , 1320 First Avenue North, Fargo, ND, 58102-4202, United States of America | First Class |
| 32256 | Jade R Nielson , 4880 38th Street South, Fargo, ND, 58104-8514 | First Class |
| 32256 | Jiffy John's Inc. , PO Box 310, Pelican Rapids, MN, 56572-0310 | First Class |
| 32256 | JK & Sons LLC , Attn: Jeffrey Ebsch, d/b/a Broadway Rickshaw, 1555 Woodridge Ln, West Fargo, ND, 58078-4033 | First Class |
| 32256 | JK & Sons, LLC DBA Broadway Rickshaw , 1555 Woodridge Lane, West Fargo, ND, 58078-4033 | First Class |
| 32256 | Kerry King , 3130 Wilshire Blvd, Suite 600, Santa Monica, CA, 90403-2349 | First Class |
| 32256 | Lanai Marketing , 6244 Irving Avenue South, Minneapolis, MN, 55423-1218 | First Class |
| 32256 | Lauren Nelson , 505 Oak St N, 203, Fargo, ND, 58102-5538 | First Class |
| 32256 | Legends Sports Bar & Grill , 803 Belsly Blvd, Suite 100, Moorhead, MN, 56560-5057 | First Class |
| 32256 | Leighton Broadcasting - FF , PO Box 1458, Saint Cloud, MN, 56302-1458 | First Class |
| 32256 | Locals Love Us Fargo-Moorhead , 5 14th St N Commons, 5,, Fargo, ND, 58102 | First Class |
| 32256 | Love Productions , 400 West 43rd St, Ste 10R, New York, NY, 10036-6349 | First Class |
| 32256 | Marblevores LLC / Mike Birbiglia , Attn: Kat Valentine, c/o William Morris Endeavor Entertainmen, 11 Madison Avenue, 18th Floor, New York, NY, 10010-3669 | First Class |
| 32256 | Marco Technologies, LLC , PO Box 790448, Saint Louis, MO, 63179-0448, United States of America | First Class |
| 32256 | Mark Music & Media Law , Attn: Piffilicious, Inc, 1261 Broadway, Suite 505, New York, NY, 10001-3620 | First Class |
| 32256 | Martin Media Worldwide, LLC , 2140 Taylor Street, Suite 302, San Francisco, CA, 94133-2236 | First Class |
| 32256 | Marvin Lumber and Cedar Company, LLC , PO Box 100, Warroad, MN, 56763-0100 | First Class |
| 32256 | Marvin Windows , 101 Marvin Rd, Ripley, TN, 38063-7365 | First Class |
| 32256 | Mary Dvorak , 13935 63rd St NE, Pisek, ND, 58273-9337 | First Class |
| 32256 | Medium Build Touring , 11400 W Olympic Blvd, Ste 350, Los Angeles, CA, 90064-1540 | First Class |
| 32256 | Melissa Kucirek , 1944 South 62nd Street, Omaha, NE, 68106-2139 | First Class |
| 32256 | Midco-Business , PO Box 5010, Sioux Falls, SD, 57117-5010 | First Class |
| 32256 | Midwest Bank , Detroit Lakes Branch, 613 Hwy 10 E PO Box 703, Detroit Lakes, MN, 56501-4127 | First Class |
| 32256 | Midwest Radio of Fargo-Moorhead , Attn: Danny Hallock, PO Box 10097, Fargo, ND, 58106-0097 | First Class |
| 32256 | Minnesota Department of Revenue , 600 Robert St N, Saint Paul, MN, 55146-0010 | First Class |
| 32256 | Minnesota OSHA and Worker's Com. Divisi, 525 Lake Ave. South, Suite 330, Duluth, MN, 55802-2368 | First Class |
| 32256 | Moen Portables & Septic , 4502 25th Street North, Fargo, ND, 58102-6227 | First Class |
| 32256 | Moustache of the World, Inc. , ATTN: Natalie Otto, Eagles of Death Metal, WILLIAM MORRIS ENDEAVOR ENTERTAINMENT, L, Beverly Hills, CA, 90210 | First Class |
| 32256 | ND Workforce Safety & Insurance , 1600 E. Century Ave, Ste 1, Bismarck, ND, 58503-0649 | First Class |
| 32256 | Neil A. Van Dam , d/b/a Van Dam Financial Group, 3803 50th St N, Fargo, ND, 58102 | First Class |
| 32256 | Neustel Law Offices, LTD , 2534 S University Drive, Suite 4, Fargo, ND, 58103-5700 | First Class |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 32256 | NLFX Professionals , PO Box 1894, Bemidji, MN, 56619-1894 | First Class |
| 32256 | Nocturnal Hospitality Group , 1320 First Avenue North, Fargo, ND, 58102-4202, United States of America | First Class |
| 32256 | Nocturnal Resources, LLC , 1320 First Avenue North, Fargo, ND, 58102-4202, United States of America | First Class |
| 32256 | North Canna Co. , 9494 Hemlock Ln N, Osseo, MN, 55369-5506 | First Class |
| 32256 | North Dakota Office of Attorney General , Consumer Protection & Antitrust Division, 1720 Burlington Drive, Ste. C, Bismarck, ND, 58504-7759 | First Class |
| 32256 | North Dakota Office of Attorney General , Consumer Protection & Antitrust Division, c/o Tiffany J. Grossman, Assistant Attorney General, 1720 Burlington Drive, Suite C, Bismarck, ND, 58504-7759 | First Class |
| 32256 | North Dakota Office of State Tax Commiss , 600 E. Boulevard Ave., Dept. 127, Bismarck, ND, 58505-0602 | First Class |
| 32256 | OneWealth LLC , 406 Main Ave, Fargo, ND, 58103-1974 | First Class |
| 32256 | Online, LLC , Lockbox: OneLive LLC, PO Box 224752, Dallas, TX, 75222-4752 | First Class |
| 32256 | Piffilicious Inc. , 2166 Monte Biano Place, Hendersen, NV, 89044-0554 | First Class |
| 32256 | Prairie Public Broadcasting, Inc. , Attn: Jeannie Camarillo, PO Box 3240, Fargo, ND, 58108-3240 | First Class |
| 32256 | Premier Label Water Co. , 9903 Santa Monica Blvd. Suite 385, Beverly Hills, CA, 90212-1606 | First Class |
| 32256 | Radio FM Media , 2720 7th Ave S, Fargo, ND, 58103-8710 | First Class |
| 32256 | Radisson Blu , 201 North 5th Street, Fargo, ND, 58102-4892 | First Class |
| 32256 | Republic National Distributing Company o , 1406 47th St N, Fargo, ND, 58102-2811 | First Class |
| 32256 | Rifle Bird Music LLC , 5210 Meadow Creek Dr, Austin, TX, 78745-3016 | First Class |
| 32256 | Riley Entertainment, Inc. , Attn: Kat Valentine, c/o William Morris Endeavor Entertainmen, 11 Madison Avenue Floor 18, New York, NY, 10010-3669 | First Class |
| 32256 | Rocket Capital NY, LLC , 19950 W Country Club Drive, Suite 902, Miami, FL, 33180-4604 | First Class |
| 32256 | Rosewild , 215 Broadway N, Fargo, ND, 58102-4800 | First Class |
| 32256 | RSK Touring, LLC , 601 Taylor Place, Suite 106, Nashville, TN, 37208-2486 | First Class |
| 32256 | Saving Abel , Pleeter Agency, LLC, c/o JPA 15030 Ventura Bl., #260, Sherman Oaks, CA, 91403-5470 | First Class |
| 32256 | Sheala LLC , d/b/a Leela & Lavender, 793 32nd Avenue W Ste 101, West Fargo, ND, 58078-8565 | First Class |
| 32256 | Sheffield Financial , PO Box 1704, Clemmons, NC, 27012-1704, United States of America | First Class |
| 32256 | Sheffield Financial, a division of Truist Ba, PO Box 1847/100-50-01-51, Wilson, NC, 27894-1847 | First Class |
| 32256 | Shelby Jondahl , 3711 21st St S | First Class |
| 32256 | Slainte Hotel Properties, LLC , Attn: Chad Wachter, d/b/a Hotel Donaldson 4614 Memorial Hwy, Mandan, ND, 58554-4702 | First Class |
| 32256 | Solitary Properties , 1320 First Avenue North, Fargo, ND, 58102-4202, United States of America | First Class |
| 32256 | Sound Central , 500 South 59th Avenue West, Duluth, MN, 55807-2118 | First Class |
| 32256 | Star Entertainment, USA, Inc. , 1013 Centre Road, Suite 403S, Wilmington, DE, 19805-1270 | First Class |
| 32256 | State of Minnesota, Department of Revenue , PO BOX 64447-BKY, ST PAUL, MN, 55164-0447 | First Class |
| 32256 | Steel Panther Inc , 901 A St, Ste C, San Rafael, CA, 94901-3025 | First Class |
| 32256 | Tanner Montgomery Nickerson , 215 Park Avenue, Cloquet, MN, 55720-1533 | First Class |
| 32256 | The White House & Vintage Rentals LLC , 916 Main Avenue, Fargo, ND, 58103-1742 | First Class |
| 32256 | Theo Lawrence Industries LLC , Attn: Theo Lawrence, 9000 Bill Hichcock Pass, Austin, TX, 78748-6233 | First Class |
| 32256 | Tickets300, LLC , 1320 1st Ave N, Fargo, ND, 58102-4202, United States of America | First Class |
| 32256 | Tribute Drama Productions, LLC , 2203 Manor Dr, Minneapolis, MN, 55442 | First Class |
| 32256 | U-Save Car Rental , 424 25th Street South, Fargo, ND, 58103-2307 | First Class |
| 32256 | U.S. Bank NA dba Elan Financial Services , Bankruptcy Department, PO Box 108, Saint Louis, MO, 63166-0108 | First Class |
| 32256 | U.S. Small Business Administration , 10737 Gateway West, #300, El Paso, TX, 79935-4910 | First Class |
| 32256 | Union Station Land, Inc , c/o Creative Artist Agency, LLC, 401 Commerce Street, Penthouse, Winter Springs, FL, 32719 | First Class |
| 32256 | United States of America , Small Business Administration, c/o AUSA Melissa Helen Burkland, Office of the United States Attorney, 655 First Avenue North, Suite 250, Fargo, ND, 58102-4932 | First Class |
| 32256 | US BANK, PO BOX 5229, CINCINNATI, OH, 45201-5229, United States of America | First Class |
| 32256 | US SBA-Office of District Counsel , 721 19th Street, Suite 426, Denver, CO, 80202-2517 | First Class |
| 32256 | VERIZON WIRELESS SERVICES LLC , 1 Verizon Way, Basking Ridge, NJ, 07920-1097 | First Class |
| 32256 | Vince Neil Emerson , 4117 Hillsboro Pike, Suite 103-313, Nashville, TN, 37215-2728 | First Class |
| 32256 | VIP Catering , 1516 14th Street South, Moorhead, MN, 56560-3752 | First Class |
| 32256 | Visit Fargo-Moorhead , 2001 44th Street South, Fargo, ND, 58103-7144 | First Class |
| 32256 | Waabigwan Mashkiki , 515 E Jefferson Ave, Mahnomen, MN, 56557 | First Class |
| 32256 | Wheatus , 253 W 254th Street, Bronx, NY, 10471-2553 | First Class |
| 32256 | William Morris Endeavor Entertainment, LLC , Courtney Braun, 9601 Wilshire Blvd., 5th Floor, Beverly Hills, CA, 90210-5213 | First Class |
| 32256 | Winterfell Management, LLC , 1631 East 5th Street, Duluth, MN, 55812-1204 | First Class |
| 32256 | Wolfman Productions Inc , 75 Glen Rd, Ste 313, Sandy Hook, CT, 06482-1175 | First Class |
| 32256 | Zachary Click , 1621 S University Dr., 430, Fargo, ND, 58103-4171 | First Class |