UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

---

**In re:**

| | |
|---|---|
| **Jade Presents, LLC** | **Bankr. No. 26-30438** |
| **Debtor.** | **Chapter 11** |

**In re:**

| | |
|---|---|
| **Tickets 300, LLC** | **Bankr. No. 30439** |
| **Debtor.** | **Chapter 11** |

---

# SUBCHAPTER V TRUSTEE'S JOINDER OF THE UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT CASE

---

Mary F. Sieling, the subchapter V trustee, submits this joinder to the motion to dismiss or convert case, filed by the United States Trustee, ECF No. 95. The subchapter V trustee hereby joins and adopts, as though fully set forth herein, the motion and supports the conversion of this case under 11 U.S.C. § 1112(b)(1). In addition to the arguments set forth by the United States Trustee, the subchapter v trustee has several objections to the plan that will be set forth in a formal objection.

WHEREFORE, for the reasons set forth herein and in the motion of the United States Trustee, the subchapter V trustee requests that the court grant the motion and enter an order converting this case to a case under Chapter 7.

Dated: September 22, 2026. SIELING LAW, PLLC

By: s/ *Mary F. Sieling*

Mary F. Sieling (#389893)
12800 Whitewater Dr, Suite 100, # 3201
Minnetonka, MN 55343
(612) 325-1191
mary@sielinglaw.com

**Subchapter V Trustee**