**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| **In re:** | **JOINTLY ADMINISTERED** |
| **Jade Presents, LLC** | **Bankr. No. 26-30438** |
| **Tickets 300, LLC** | **Bankr. No. 30439** |
| **Debtors.** | **Chapter 11** |

---

**RESPONSE TO MOTION TO EXTEND DEADLINES AND CONTINUE CONFIRMATON HEARING**

---

The Debtors have filed a motion to extend deadlines and continue confirmation hearings. The Acting U.S. Trustee has no objection to the extension of deadlines. Her only request is that the continued confirmation hearing be set after November 9, 2026. Undersigned counsel will be out of the office October 21, 2026 through the end of October 2026, will not have access to work email during that period, and will not have an opportunity to prepare for a confirmation hearing/motion to dismiss hearing if necessary.

Dated: October 6, 2026

MARY R. JENSEN
ACTING U.S. TRUSTEE REGION 12

/s/ Sarah J. Wencil

Sarah J. Wencil
Office of the U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth St.
Minneapolis, MN 55415
Telephone: (612) 334-1366
Sarah.J.Wencil@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| **In re:** | **JOINTLY ADMINISTERED** |
| **Jade Presents, LLC** | **Bankr. No. 26-30438** |
| **Tickets 300, LLC** | **Bankr. No. 30439** |
| **Debtors.** | **Chapter 11** |

---

**CERTIFICATE OF SERVICE**

---

Sarah J. Wencil, an employee of the U.S. Trustee office, hereby certifies that a true and correct copy of the document was electronically transmitted via CM/ECF.

The undersigned also states that she sent a separate email to all attendees at the original meeting of creditors of the new continued meeting date.

Dated: October 6, 2026

/s/ Sarah J. Wencil
Sarah J. Wencil