UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:

Jade Presents, LLC,

Debtor.
_______________________________________/

Bankruptcy No. 26-30438
Chapter 11 – Subchapter V

**Jointly Administered**

In Re:

Tickets300, LLC,

Debtor.
_______________________________________/

Bankruptcy No. 26-30439
Chapter 11 – Subchapter V

## AMENDED SCHEDULING ORDER

Pursuant to Rule 3017.2 of the Federal Rules of Bankruptcy Procedure, the following deadlines shall apply to this Subchapter V case in which there is no requirement to file a disclosure statement.

1. Deadline for the holders of claims and interests to accept or reject the plan (submit ballots to plan proponent's attorney or other address on the ballot): **October 21, 2026**.

2. Deadline to file written objections to plan confirmation: **October 21, 2026**.

3. Deadline by which an equity security holder or creditor whose claim is based on security must be the holder of the security record in order to be eligible to accept or reject the plan: **October 21, 2026**.

4. Deadline to file or email to the Court all exhibits in support of confirmation or an objection to confirmation: **Tuesday, November 17, 2026**. If you elect to email exhibits, please send them to **NDB_Trial_Evidence@ndb.uscourts.gov** with a copy to the Trustee, United States Trustee and any interested party who filed an objection or requested notice in this case.

5. Hearing on confirmation: **Thursday, November 19, 2026, at 10:30 a.m. (Central) in Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota**.

If the Court receives no timely-filed written objections (or if all objections are withdrawn) and the requirements of 11 U.S.C. §1191 and other applicable provisions of the Bankruptcy Code are met, the Court may confirm the plan without a hearing.

Dated: October 7, 2026.

Shon Hastings, Judge
United States Bankruptcy Court

Copy served electronically October 7, 2026, to Electronic Mail Notice List for Case No. 26-30438.