**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

---

In re:

| | |
|---|---|
| JADE PRESENTS, LLC,<br><br>Debtor. | Case No. 26-30438<br>Chapter 11 – Subchapter V |
| In re:<br><br>TICKETS300, LLC,<br><br>Debtor. | Case No. 26-30439<br>Chapter 11 – Subchapter V<br><br>(Jointly Administered) |

---

**STIPULATED MOTION TO EXTEND ETIX, INC.'S DEADLINES TO VOTE ON AND OBJECT TO CONFIRMATION OF THE DEBTORS' SUBCHAPTER V PLAN**

---

Creditor Etix, Inc. ("Etix") and Debtors Jade Presents, LLC and Tickets300, LLC (the "Debtors") jointly move under Federal Rules of Bankruptcy Procedure 9006(b)(1) and 3017.2 for an order extending Etix's deadlines to vote on and object to confirmation of the Debtors' plan, and state:

1. On September 4, 2026, the Debtors filed their Subchapter V Plan of Reorganization [ECF No. 94] (the "Plan").

2. Etix filed proofs of claim in each case, each for $479,389.51 (Claim No. 42-1 in Case No. 26-30438 and Claim No. 7-1 in Case No. 26-30439).

3. Under the Amended Scheduling Order entered under Rule 3017.2 [ECF No. 106], the deadline to accept or reject the Plan and to file written objections to confirmation is October 21, 2026; the exhibit deadline is November 17, 2026; and the confirmation hearing is set for November 19, 2026, at 10:30 a.m.

4. Rule 9006(b)(1) permits the Court, for cause shown, to extend a deadline "with or without motion or notice" when the request is made before the deadline expires. This motion is filed before October 21, 2026. Local Rule 2002-1(E) likewise authorizes the Court to rule on certain motions upon filing, without a hearing or an opportunity to respond. Because the relief requested here is stipulated, narrow, and sought before the deadlines expire, the parties request that the Court grant this motion ex parte, without a hearing or response period.

5. Cause exists. Etix needs additional time to complete its review of the Debtors' financial affairs, including information developed at the continued meeting of creditors, so that it can evaluate the Plan's treatment of its claims and cast an informed ballot.

6. In addition, Etix and the Debtors are engaged in good-faith discussions regarding Etix's claims and the Plan, and they believe a short extension may narrow or resolve issues without the need for an objection.

7. The requested extension applies only to Etix. It does not change any other party's deadlines, the exhibit deadline, or the confirmation hearing. A November 10, 2026 deadline leaves seven days before the exhibit deadline and allows the Debtors to file the ballot tabulation at least five business days before the confirmation hearing, so no party will be prejudiced.

8. The Debtors consent to the relief requested, as shown by their counsel's signature below.

WHEREFORE, Etix and the Debtors request that the Court enter an order (i) extending Etix's deadlines to accept or reject the Plan and to file written objections to confirmation to and including November 10, 2026, and (ii) granting such other relief as is just and proper.

Respectfully submitted,

Dated: October 19, 2026.

*/s/ David M. Tanabe*
David M. Tanabe (ND #10117)
Messerli & Kramer P.A.
50 S. Sixth St., Ste. 2300
Minneapolis, MN 55402
Phone: 612.672.3600
Email: dtanabe@messerlikramer.com

-and-

Michael Mueller (admitted pro hac vice)
Williams Mullen
200 S. 10th St, Ste. 1600
Richmond, VA 23219
Phone: 804.420.6332
mmueller@williamsmullen.com

*COUNSEL FOR ETIX, INC.*

*/s/ Maurice B. VerStandig*
Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B, PMB 24
Fargo, ND 58102-4246
Phone: 701-394-3215
Email: mac@mbvesq.com

*COUNSEL FOR THE DEBTORS*

**CERTIFICATE OF SERVICE**

I certify that on October 19, 2026, a copy of the foregoing was served electronically upon filing via ECF system.

*/s/ David M. Tanabe*
David M. Tanabe