**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

---

In re:

JADE PRESENTS, LLC, Case No. 26-30438
Chapter 11 – Subchapter V

Debtor.

In re: Case No. 26-30439
Chapter 11 – Subchapter V

TICKETS300, LLC,

Debtor. (Jointly Administered)

---

## CORPORATE OWNERSHIP STATEMENT OF ETIX, INC.

---

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and Local Rule 9013-2, the undersigned, counsel of record for Etix, Inc., a Delaware corporation, certifies that its parent corporations are Intelli-Mark Technologies, Inc., Exit Intermediate, Inc., and Etix Parent, LP, and that no publicly held corporation directly or indirectly owns 10% or more of any class of Etix, Inc.'s equity interests.

Etix, Inc. acknowledges its duty to file a supplemental statement promptly upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.

Respectfully submitted,

Dated: October 19, 2026.

*<u>/s/ David M. Tanabe</u>*
David M. Tanabe (ND #10117)
Messerli & Kramer P.A.
50 S. Sixth St., Ste. 2300
Minneapolis, MN 55402
Phone: 612.672.3600
Email: dtanabe@messerlikramer.com

-and-

Michael Mueller (admitted pro hac vice)
Williams Mullen
200 S. 10th St, Ste. 1600
Richmond, VA 23219
Phone: 804.420.6332
Email: mmueller@williamsmullen.com

*COUNSEL FOR ETIX, INC.*