UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>JADE PRESENTS, LLC,<br><br>Debtor. | **JOINTLY ADMINISTERED**<br><br>Case No. 26-30438<br>Chapter 11 |
| In re:<br><br>TICKETS300, LLC,<br><br>Debtor | Case No. 26-30439<br>Chapter 11 |

**STIPULATED MOTION TO EXTEND THE INTERNAL REVENUE SERVICE'S DEADLINES TO VOTE ON AND OBJECT TO CONFIRMATION OF THE DEBTORS' SUBCHAPTER V PLAN**

The United States of America, by Nicholas W. Chase, United States Attorney for the District of North Dakota, and Melissa Helen Burkland, Assistant United States Attorney, representing the Internal Revenue Service ("IRS"), a creditor and party in interest, and Jade Presents, LLC and Tickets300 (together, "Debtors") jointly move under Federal Rules of Bankruptcy Procedure 9006(b)(1) and 3017.2 for an order extending the IRS's deadlines to vote on and object to confirmation of the Debtors' plan, and state:

1. On September 4, 2026, the Debtors filed their Subchapter V Plan of Reorganization (the "Plan"). ECF 94.

2. The IRS filed proofs of claim in each case, each for $21,969.51 in Tickets300 (Case No. 26-30439) and $228,254.69 in Jade Presents (Case No. 26-30438).

3. The proofs of claim were filed based upon estimated taxes as there were missing tax returns from Debtors.

4. Under the Amended Scheduling Order entered under Rule 3017.2, the deadline to accept or reject the Plan and to file written objections to confirmation is October 21, 2026; the exhibit deadline is November 17, 2026; and the confirmation hearing is set for November 19, 2026, at 10:30 a.m. ECF 106.

5. Rule 9006(b)(1) permits the Court, for cause shown, to extend a deadline "with or without motion or notice" when the request is made before the deadline expires. This motion is filed before October 21, 2026. Local Rule 2002-1(E) likewise authorizes the Court to rule on certain motions upon filing, without a hearing or an opportunity to respond. Because the relief requested here is stipulated, narrow, and sought before the deadlines expire, the parties request that the Court grant this motion ex parte, without a hearing or response period.

6. Cause exits. The IRS would like time to review the returns filed and needs additional time to evaluate the Plan and its treatment of the IRS's claims.

7. The requested extension applies only to Etix. It does not change any other party's deadlines, the exhibit deadline, or the confirmation hearing. A November 10, 2026 deadline leaves seven days before the exhibit deadline and allows the Debtors to file the ballot tabulation at least five business days before the confirmation hearing, so no party will be prejudiced.

8. The Debtors consent to the relief requested, as shown by their counsel's signature

WHEREFORE, the IRS and the Debtors request that the Court enter an order (i) extending the IRS's deadlines to accept or reject the Plan and to file written objections to

confirmation to and including November 10, 2026, and (ii) granting such other relief as is just and proper.

Dated: October 21, 2026

NICHOLAS W. CHASE
United States Attorney

By: /s/ Melissa Helen Burkland
MELISSA HELEN BURKLAND
Assistant United States Attorney
WI Bar ID 1071443
655 First Avenue North, Suite 250
Fargo, ND 58102-4932
(701) 297-7400
melissa.burkland@usdoj.gov
Attorney for United States

Dated: October 21, 2026

THE DAKOTA BANKRUPTCY FIRM

By: /s/ Maurice B. VerStandig
MAURICE B. VERSTANDIG
The Dakota Bankruptcy Firm
1630 1st Ave. N.
Suite B, PMB 24
Fargo, ND 58102-4246
(701) 394-3215
mac@mbvesq.com
Attorney for Debtors

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2026, the above document was filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

Christianna A. Cathcart on behalf of Debtor Jade Presents, LLC
christianna@dakotabankruptcy.com,
Cathcart.ChristiannaB114029@notify.bestcase.com

Christianna A. Cathcart on behalf of Debtor Tickets300, LLC
christianna@dakotabankruptcy.com,
Cathcart.ChristiannaB114029@notify.bestcase.com

Anthony F. Giuliano on behalf of Interested Party Holly Funding LLC
afg@glpcny.com, afg@ecf.courtdrive.com

Tiffany J Grossman on behalf of Interested Party North Dakota Office of Attorney General tgrossman@nd.gov

Shanna M. Kaminski on behalf of Defendant Rocket Capital NY, LLC
skaminski@kaminskilawpllc.com

Shanna M. Kaminski on behalf of Defendant Unique Funding Solutions LLC
skaminski@kaminskilawpllc.com

Michael David Mueller on behalf of Creditor Etix, Inc.
mmueller@williamsmullen.com,
avaughn@williamsmullen.com;jvantine@williamsmullen.com

Mary F Sieling mary@sielinglaw.com

Caren Stanley on behalf of Creditor Bravera Bank
cstanley@vogellaw.com, lstanley@vogellaw.com;kjohnson@vogellaw.com

Caren Stanley on behalf of Creditor Horizon Investments, LLC
cstanley@vogellaw.com, lstanley@vogellaw.com;kjohnson@vogellaw.com

Caren Stanley on behalf of Interested Party DFI AU LLC
cstanley@vogellaw.com, lstanley@vogellaw.com;kjohnson@vogellaw.com

David Tanabe on behalf of Creditor Etix, Inc.
dtanabe@messerlikramer.com, bkillingfunches@messerlikramer.com

David Tanabe on behalf of Debtor Jade Presents, LLC
dtanabe@messerlikramer.com, bkillingfunches@messerlikramer.com

David Tanabe on behalf of Interested Party Tickets300, LLC
dtanabe@messerlikramer.com, bkillingfunches@messerlikramer.com

Kesha Tanabe on behalf of Creditor Bravera Bank
ktanabe@vogellaw.com, lstanley@vogellaw.com;kjohnson@vogellaw.com

Kesha Tanabe on behalf of Creditor Horizon Investments, LLC
ktanabe@vogellaw.com, lstanley@vogellaw.com;kjohnson@vogellaw.com

United States Trustee
USTPRegion12.SX.ECF@usdoj.gov

Maurice VerStandig on behalf of Debtor Jade Presents, LLC
mac@mbvesq.com, mac@dakotabankruptcy.com;
verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig on behalf of Debtor Tickets300, LLC
mac@mbvesq.com, mac@dakotabankruptcy.com;
verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig on behalf of Interested Party Tickets300, LLC
mac@mbvesq.com, mac@dakotabankruptcy.com;
verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig on behalf of Plaintiff Jade Presents, LLC
mac@mbvesq.com, mac@dakotabankruptcy.com;
verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Sarah J. Wencil on behalf of U.S. Trustee United States Trustee
sarah.j.wencil@usdoj.gov

I further certify that a copy of the foregoing document will be mailed by first-class mail, postage paid to the following non-ECF participant:

American Express National Bank
80 Minute Man Rd.
PO Box 9043
Andover, MA 01810-0943

Margo M. Kern

Margo M. Kern, Secretary
Office of the United States Attorney