UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>JADE PRESENTS, LLC,<br><br>Debtor. | **JOINTLY ADMINISTERED**<br><br>Case No. 26-30438<br>Chapter 11 |
| In re:<br><br>TICKETS300, LLC,<br><br>Debtor | Case No. 26-30439<br>Chapter 11 |

**JOINDER TO OBJECTION TO CONFIRMATION OF THE SUBCHAPTER V PLAN OF REORGANIZATION OF JADE PRESENTS, LLC, AND TICKETS300, LLC**

The United States of America, by Nicholas W. Chase, United States Attorney for the District of North Dakota, and Melissa Helen Burkland, Assistant United States Attorney, on behalf of the Small Business Administration ("SBA"), a creditor and party in interest, hereby joins in part the United States Trustee ("UST")'s objection to confirmation of the Subchapter V Plan of Reorganization of Jade Presents, LLC and Tickets300 (together, "Debtors") as to the treatment of the SBA's claim. Doc. 113.

1. The SBA joins the UST's objection pursuant to 11 U.S.C. § 1128.

2. On June 6, 2026, Debtors each filed voluntary Chapter 11 petitions, initiating the above-captioned bankruptcy cases. Case No. 26-30438, Doc. 1; Case No. 26-30439, Doc. 1. This Court is jointly administering these cases. Case No. 26-30438, Doc. 48.

3. On September 4, 2026, the Debtors filed a Subchapter V Plan of Reorganization of Jade Presents, LLC and Tickets300, LLC (the "Plan"). Doc. 94.

4. On October 20, 2026, the UST filed an objection to the Plan, based on, among other things, the Plan's failure to provide an estimate for the total claims in each class of

creditors and the Plan's failure to include a schedule of estimated returns that would provide guidance on potential recoveries for each class. Doc. 113, ¶ 6.

5. Specifically, the UST noted that the SBA filed a claim of $153,226.69 but it is unclear how much the SBA is estimated to receive under the Plan. *See id*.

6. The SBA joins the UST's objection as to ¶ 6 and objects to the extent the Plan does not provide an outline of estimated potential recovery to creditors. Additionally, the SBA submits that the Plan's present incompleteness makes it difficult to evaluate.

7. Wherefore, the SBA respectfully requests that the Court deny confirmation of the Plan as written, based upon the foregoing reasons.

Dated: October 21, 2026

NICHOLAS W. CHASE
United States Attorney

By: /s/ Melissa Helen Burkland
MELISSA HELEN BURKLAND
Assistant United States Attorney
WI Bar ID 1071443
655 First Avenue North, Suite 250
Fargo, ND 58102-4932
(701) 297-7400
melissa.burkland@usdoj.gov
Attorney for United States

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2026, the above document, was filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

Christianna A. Cathcart on behalf of Debtor Jade Presents, LLC
christianna@dakotabankruptcy.com,
Cathcart.ChristiannaB114029@notify.bestcase.com

Christianna A. Cathcart on behalf of Debtor Tickets300, LLC
christianna@dakotabankruptcy.com,
Cathcart.ChristiannaB114029@notify.bestcase.com

Anthony F. Giuliano on behalf of Interested Party Holly Funding LLC
afg@glpcny.com, afg@ecf.courtdrive.com

Tiffany J Grossman on behalf of Interested Party North Dakota Office of Attorney General tgrossman@nd.gov

Shanna M. Kaminski on behalf of Defendant Rocket Capital NY, LLC
skaminski@kaminskilawpllc.com

Shanna M. Kaminski on behalf of Defendant Unique Funding Solutions LLC
skaminski@kaminskilawpllc.com

Michael David Mueller on behalf of Creditor Etix, Inc.
mmueller@williamsmullen.com,
avaughn@williamsmullen.com;jvantine@williamsmullen.com

Mary F Sieling mary@sielinglaw.com

Caren Stanley on behalf of Creditor Bravera Bank
cstanley@vogellaw.com, lstanley@vogellaw.com;kjohnson@vogellaw.com

Caren Stanley on behalf of Creditor Horizon Investments, LLC
cstanley@vogellaw.com, lstanley@vogellaw.com;kjohnson@vogellaw.com

Caren Stanley on behalf of Interested Party DFI AU LLC
cstanley@vogellaw.com, lstanley@vogellaw.com;kjohnson@vogellaw.com

David Tanabe on behalf of Creditor Etix, Inc.
dtanabe@messerlikramer.com, bkillingfunches@messerlikramer.com

David Tanabe on behalf of Debtor Jade Presents, LLC
dtanabe@messerlikramer.com, bkillingfunches@messerlikramer.com

David Tanabe on behalf of Interested Party Tickets300, LLC
dtanabe@messerlikramer.com, bkillingfunches@messerlikramer.com

Kesha Tanabe on behalf of Creditor Bravera Bank
ktanabe@vogellaw.com, lstanley@vogellaw.com;kjohnson@vogellaw.com

Kesha Tanabe on behalf of Creditor Horizon Investments, LLC
ktanabe@vogellaw.com, lstanley@vogellaw.com;kjohnson@vogellaw.com

United States Trustee
USTPRegion12.SX.ECF@usdoj.gov

Maurice VerStandig on behalf of Debtor Jade Presents, LLC
mac@mbvesq.com, mac@dakotabankruptcy.com;
verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig on behalf of Debtor Tickets300, LLC
mac@mbvesq.com, mac@dakotabankruptcy.com;
verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig on behalf of Interested Party Tickets300, LLC
mac@mbvesq.com, mac@dakotabankruptcy.com;
verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig on behalf of Plaintiff Jade Presents, LLC
mac@mbvesq.com, mac@dakotabankruptcy.com;
verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Sarah J. Wencil on behalf of U.S. Trustee United States Trustee
sarah.j.wencil@usdoj.gov

I further certify that a copy of the foregoing document will be mailed by first-class mail, postage paid to the following non-ECF participant:

American Express National Bank
80 Minute Man Rd.
PO Box 9043
Andover, MA 01810-0943

Margo M. Kern, Secretary
Office of the United States Attorney