Label Matrix for local noticing
0868-3
Case 26-30438
District of North Dakota
Fargo
Tue Oct 27 11:09:01 CDT 2026

American Express National Bank
Zwicker & Associates P.C.
80 Minute man Rd
80 Minuteman Rd.
Po Box 9043
Andover, MA 01810-0943

Bravera Bank
Attn: Kesha Tanabe, Vogel Law Fim
PO Box 1389
Fargo, ND 58107-1389

DFI AU LLC
c/o Vogel Law Firm, Caren Stanley
PO Box 1389
Fargo, ND 58107-1389

Holly Funding LLC
c/o Giuliano Law PC
445 Broadhollow Rd.
Suite 25
Melville, NY 11747-3645, NY 11747-3645

Horizon Investments, LLC
c/o Vogel Law Firm Kesha Tanabe
PO Box 1389
Fargo, ND 58107-1389

Jade Presents, LLC
1320 First Avenue North
Fargo, ND 58102-4202

North Dakota Office of Attorney General
Consumer Protection & Antitrust Division
1720 Burlington Drive, Ste. C
Bismarck, ND 58504-7759

Tickets300, LLC
1320 1st Ave N
Fargo, ND 58102-4202

United States Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415-1320

U.S. BANKRUPTCY COURT
655 1ST AVENUE NORTH, SUITE 210
FARGO, ND 58102-4932

1% Productions
1620 S 49th Street
Omaha, NE 68106-2436

701 Collective
1320 First Avenue North
Fargo, ND 58102-4202

701 Collective, LLC
1320 First Avenue North
Fargo, ND 58102-4202

701 Wraps
5524 53rd Avenue SW
Unit A-1
Fargo, ND 58104-5624

ASCAP
Attn: S&C Licensing
21678 Network Place
Chicago, IL 60673-1216

All Season Motorsports
2205 Sheyenne Street West
West Fargo, ND 58078-6920

American Express
P.O. Box 981537
El Paso, TX 79998-1537

American Express National Bank, AENB
c/o Zwicker and Associates, P.C.
Attorneys/Agents for Creditor
80 Minuteman Road
P.O. Box 9043
Andover, MA 01810-0943

American Express National Bank, AENB
c/o Zwicker and Associates, P.C.
Attorneys/Agents for Creditor
P.O. Box 9043
Andover, MA 01810-0943

American Society of Composers,
Authors and Publishers
ASCAP c/o Richard H. Reimer
250 West 57th Street
New York, NY 10107-0001

American Welding & Gas, Inc.
PO Box 779009
Chicago, IL 60677-9009

BMI
PO Box 630893
Cincinnati, OH 45263-0893

Bergseth Bros. Co.
1211 47th St N
Fargo, ND 58102-2849

Bill Young Productions, Inc.
PO Box 4356
Department 2242
Houston, TX 77210-4356

Blarney Stone Pub, LLC
408 E Main Ave
Bismarck, ND 58501-4042

Block 9 Hotel LLC
d/b/a Jasper Hotel
210 Broadway N Ste 300
Fargo, ND 58102-4771

Blue Cross Blue Shield of ND
PO Box 857668
Minneapolis, MN 55485-7668

Blushed Beauty Bar, Inc.
5177 44th St S
Fargo, ND 58104-6069

Bravera Ban
Vogel Law Firm
c/o Kesha Tanabe
P.O. Box 1389
Fargo, ND 58107-1389

Bravera Bank
Fargo Branch
3000 25th Street South
Fargo, ND 58103-5046

Bravera Bank
Vogel Law Firm
c/o Caren Stanley
P.O. Box 1389
Fargo, ND 58107-1389

Brennan's Garage, LLC
4021 Main Avenue, Ste C
Fargo, ND 58103-1186

Brittany Muchow
4811 44th Street
Fargo, ND 58104-4297

Carly Pritchard
810 7th Street South
Fargo, ND 58103-2706

Cellco Partnership d/b/a Verizon Wireless
William M Vermette
22001 Loudoun County PKWY
Ashburn, VA 20147-6122

Charles Wesley Godwin LLC
c/o The Greenroom Resource
PO Box 6009
Bozeman, MT 59771-6009

Chub's Pub, LLC
Attn: Wade Lindgren
421 N University Dr
Fargo, ND 58102-4339

City of Fargo
225 4th St N
Fargo, ND 58102-4817

City of Moorhead
475 Red River Avenue
Moorhead, MN 56560

City of Moorhead
Attn: Accounts Receivable
PO Box 817
Moorhead, MN 56561-0817

City of West Fargo
800 4th Avenue East
Suite 1
West Fargo, ND 58078-2099

Class B Development, LLC
2494 Rivers Bend Drive East
West Fargo, ND 58078-8543

Colonial Life Employee Benefit
Attn: Premium Processing
PO Box 903 Columbia SC
Columbia, SC 29202-0903

Courtney Ficek
901 33rd Avenue North, Suite 305
Fargo, ND 58102-0900

DFI AU, LLC
c/o Caren W. Stanley
Vogel Law Firm
P.O. Box 1389
Fargo, ND 58107-1389

Dack Daniel's Touring, Inc.
11 Music Circle South
Nashville, TN 37203-4312

Dakota NFL Lions
c/o Denise Johnson
301 21st Street South
Fargo, ND 58103-1428

Dakota Plains Mechanical
315 27th Circle South
Fargo, ND 58103-2471

Dave Bernstein
PO Box 3086
Sioux City, IA 51102-3086

David Bernstein
PO Box 5104
Sioux City, IA 51102-5104

David Lee Roth
ATTN: Chris Caulk
WILLIAM MORRIS ENDEAVOR ENTERTAINMENT, L
9601 Wilshire Boulevard 3rd Floor
Beverly Hills, CA 90210-5219

Deanne Anderson
17240 Cty Hwy 6
Lake Park, MN 56554-9117

Dianna Bussinger
422 Howard street
Plentywood, MT 59254-1615

Duluth Entertainment Convention Center
350 Harbor Drive
Duluth, MN 55802-2698

Eide Bailly, LLP
4310 17th Avenue South
PO Box 2545
Fargo, ND 58108-2545

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

Eli Young LLC
PO Box 340020
Nashville, TN 37203-0020

Emily Finley
6606 Toronto Drive South
Fargo, ND 58104-4846

Emo Night Brooklyn LLC d/b/a Gimme Gimme Dis
1623 3rd Ave
Apt 12K
New York, NY 10128-3640

Emporium Presents, LLC
888 Westheimer #120
Houston, TX 77006-3945

Essentia Health
502 E 2ND ST
Duluth, MN 55805-1913

Etix, Inc.
Williams Mullen; attn: Michael D. Muelle
200 South 10th Street, Suite 1600
Richmond, VA 23219-4061

Etix, Inc.
c/o David M. Tanabe
Messerli & Kramer P.A.
50 S. Sixth Street
Suite 2300
Minneapolis, MN 55402-1550

FM Ambulance Service, Inc.
2215 18th Street South
Fargo, ND 58103-5105

FMWF Chamber of Commerce
3312 42nd Street South
Suite 101
Fargo, ND 58104-7084

Fargo Public Schools
700 7th Street South
Fargo, ND 58103-2704

Fargo RentAll, Inc.
3201 32nd Street South
Fargo, ND 58104-8815

Fargo Theatre
314 Broadway North
Fargo, ND 58102-4715

(p)FIRST INSURANCE FUNDING
450 SKOKIE BLVD SUITE 1000
NORTHBROOK IL 60062-7917

Fourteen Acres, Inc.
22546 North Pearl Lake Road
Detroit Lakes, MN 56501-7017

Gimmie Gimmie Disco
13359 North Hwy 183
Unit 406-1280
Austin, TX 78750-7153

Global Tour Creatives, LLC
9200 Sunset Blvd
Suite 320
West Hollywood, CA 90069-3505

Grassland Web Design, Inc.
22546 North Pearl Lake Road
Detroit Lakes, MN 56501-7017

Holly Funding LLC
c/o Giuliano Law PC
445 Broadhollow Rd., Suite 25
Melville, N.Y. 11747-3645

Holly Funding, LLC
1309 Coffeen Avenue
Suite 1200
Sheridan, WY 82801-5777

Home Free Touring, LLC f/s/o Home Free
Attention: Cass Scripps
United Talent Agency
225 Polk Avenue Suite 130
Nashville, TN 37203-5615

Horizon Investment, LLC
210 Broadway North, Suite 301
Fargo, ND 58102-4771

Horizon Investments, LLC
c/o Caren W. Stanley
P.O. Box 1389
Fargo, ND 58107-1389

Horizon Investments, LLC
c/o Kesha L. Tanabe
Vogel Law Firm
P.O. Box 1389
Fargo, ND 58107-1389

INTUIT FINANCING INC.
c/o Weltman, Weinberg & Reis Co., LPA
5990 West Creek Rd, Suite 200
Independence, OH 44131-2191

Icon Entertainment Group
5700 Buckingham Parkway, 2nd Floor
Culver City, CA 90230-6508

Information Management Systems
P.O. Box 790
Fargo, ND 58107-0790

Informational Management Systems
PO Box 790
Fargo, ND 58107-0790

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JK & Sons LLC
Attn: Jeffrey Ebsch
d/b/a Broadway Rickshaw
1555 Woodridge Ln
West Fargo, ND 58078-4033

JK & Sons, LLC DBA Broadway Rickshaw
1555 Woodridge Lane
West Fargo, ND 58078-4033

Jade Nielsen
4880 38th Ave S
Fargo, ND 58104-8514

Jade Nielsen Properties
1320 First Avenue North
Fargo, ND 58102-4202

Jade Nielsen Properties
513 14th Street North
Fargo, ND 58102-4281

Jade Nielson Properties, LLC
1320 First Avenue North
Fargo, ND 58102-4202

Jade R Nielsen
4880 38th Street South
Fargo, ND 58104-8514

Jade R Nielson
4880 38th Street South
Fargo, ND 58104-8514

Jiffy John's Inc.
PO Box 310
Pelican Rapids, MN 56572-0310

Kerry King
3130 Wilshire Blvd
Suite 600
Santa Monica, CA 90403-2349

Lanai Marketing
6244 Irving Avenue South
Minneapolis, MN 55423-1218

Lauren Nelson
505 Oak St N
203
Fargo, ND 58102-5538

Legends Sports Bar & Grill
803 Belsly Blvd
Suite 100
Moorhead, MN 56560-5057

Leighton Broadcasting - FF
PO Box 1458
Saint Cloud, MN 56302-1458

Locals Love Us Fargo-Moorhead
5 14th St N Commons
5,
Fargo, ND 58102

Love Productions
400 West 43rd St
Ste 10R
New York, NY 10036-6349

Macro Technologies, Inc
PO Box 790448
Saint Louis, MO 63179-0448

Marblevores LLC / Mike Birbiglia
Attn: Kat Valentine
c/o William Morris Endeavor Entertainmen
11 Madison Avenue, 18th Floor
New York, NY 10010-3669

Marco Technologies, LLC
PO Box 790448
Saint Louis, MO 63179-0448

Mark Music & Media Law
Attn: Piffilicious, Inc
1261 Broadway, Suite 505
New York, NY 10001-3620

Martin Media Worldwide, LLC
2140 Taylor Street
Suite 302
San Francisco, CA 94133-2236

Marvin Lumber and Cedar Company, LLC
PO Box 100
Warroad, MN 56763-0100

Marvin Windows
101 Marvin Rd
Ripley, TN 38063-7365

Mary Dvorak
13935 63rd St NE
Pisek, ND 58273-9337

Mary Sieling
PO Box 1116
Minnetonka, MN 55345-0116

Medium Build Touring
11400 W Olympic Blvd
Ste 350
Los Angeles, CA 90064-1540

Melissa Kucirek
1944 South 62nd Street
Omaha, NE 68106-2139

Michael D. Mueller, Esquire
Williams Mullen
200 South 10th Street, Suite 1600
Richmond, VA 23219-4061

Midco-Business
PO Box 5010
Sioux Falls, SD 57117-5010

Midwest Bank
Detroit Lakes Branch
613 Hwy 10 E PO Box 703
Detroit Lakes, MN 56501-4127

Midwest Radio of Fargo-Moorhead
Attn: Danny Hallock
PO Box 10097
Fargo, ND 58106-0097

Minnesota Department of Revenue
600 Robert St N
Saint Paul, MN 55146-0010

Minnesota OSHA and Worker's Com. Divisi
525 Lake Ave. South, Suite 330
Duluth, MN 55802-2368

Moen Portables & Septic
4502 25th Street North
Fargo, ND 58102-6227

Moustache of the World, Inc.
ATTN: Natalie Otto
Eagles of Death Metal
WILLIAM MORRIS ENDEAVOR ENTERTAINMENT, L
Beverly Hills, CA 90210

ND Workforce Safety & Insurance
1600 E. Century Ave, Ste 1
Bismarck, ND 58503-0649

NLFX Professionals
PO Box 1894
Bemidji, MN 56619-1894

Neil A. Van Dam
d/b/a Van Dam Financial Group
3803 50th St N
Fargo, ND 58102

Neustel Law Offices, LTD
2534 S University Drive
Suite 4
Fargo, ND 58103-5700

Nocturnal Hospitality Group
1320 First Avenue North
Fargo, ND 58102-4202

Nocturnal Resources, LLC
1320 First Avenue North
Fargo, ND 58102-4202

North Canna Co.
9494 Hemlock Ln N
Osseo, MN 55369-5506

North Dakota Office of Attorney General
Consumer Protection & Antitrust Division
c/o Tiffany J. Grossman
Assistant Attorney General
1720 Burlington Drive, Suite C
Bismarck, ND 58504-7759

North Dakota Office of State Tax Commiss
600 E. Boulevard Ave.
Dept. 127
Bismarck, ND 58505-0602

OneWealth LLC
406 Main Ave
Fargo, ND 58103-1974

Online, LLC
Lockbox: OneLive LLC
PO Box 224752
Dallas, TX 75222-4752

Piffilicious Inc.
2166 Monte Biano Place
Hendersen NV 89044-0554

Prairie Public Broadcasting, Inc.
Attn: Jeannie Camarillo
PO Box 3240
Fargo, ND 58108-3240

Premier Label Water Co.
9903 Santa Monica Blvd. Suite 385
Beverly Hills, CA 90212-1606

RSK Touring, LLC
601 Taylor Place, Suite 106
Nashville, TN 37208-2486

Radio FM Media
2720 7th Ave S
Fargo, ND 58103-8710

Radisson Blu
201 North 5th Street
Fargo, ND 58102-4892

Republic National Distributing Company o
1406 47th St N
Fargo, ND 58102-2811

Rifle Bird Music LLC
5210 Meadow Creek Dr
Austin, TX 78745-3016

Riley Entertainment, Inc.
Attn: Kat Valentine
c/o William Morris Endeavor Entertainmen
11 Madison Avenue Floor 18
New York, NY 10010-3669

Rocket Capital NY, LLC
19950 W Country Club Drive
Suite 902
Miami, FL 33180-4604

Rosewild
215 Broadway N
Fargo, ND 58102-4800

Sarah J. Wencil
Office of the U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth St.
Minneapolis, MN 55415-1320

Saving Abel
Pleeter Agency, LLC
c/o JPA 15030 Ventura Bl., #260
Sherman Oaks, CA 91403-5470

Sheala LLC
d/b/a Leela & Lavender
793 32nd Avenue W Ste 101
West Fargo, ND 58078-8565

Sheffield Financial
PO Box 1704
Clemmons, NC 27012-1704

Sheffield Financial, a division of Truist Ba
PO Box 1847/100-50-01-51
Wilson, NC 27894-1847

Slainte Hotel Properties, LLC
Attn: Chad Wachter
d/b/a Hotel Donaldson 4614 Memorial Hwy
Mandan, ND 58554-4702

Solitary Properties
1320 First Avenue North
Fargo, ND 58102-4202

Sound Central
500 South 59th Avenue West
Duluth, MN 55807-2118

Star Entertainment, USA, Inc.
1013 Centre Road
Suite 403S
Wilmington, DE 19805-1270

State of Minnesota, Department of Revenue
PO BOX 64447-BKY
ST PAUL, MN 55164-0447

Steel Panther Inc
901 A St
Ste C
San Rafael, CA 94901-3025

Tanner Montgomery Nickerson
215 Park Avenue
Cloquet, MN 55720-1533

The White House & Vintage Rentals LLC
916 Main Avenue
Fargo, ND 58103-1742

Theo Lawrence Industries LLC
Attn: Theo Lawrence
9000 Bill Hichcock Pass
Austin, TX 78748-6233

Tickets300, LLC
1320 First Avenue North
Fargo, ND 58102-4202

Tribute Drama Productions, LLC
2203 Manor Dr
Minneapolis, MN 55442

U-Save Car Rental
424 25th Street South
Fargo, ND 58103-2307

U.S. Bank NA dba Elan Financial Services
Bankruptcy Department
PO Box 108
Saint Louis MO 63166-0108

U.S. Small Business Administration
10737 Gateway West, #300
El Paso, TX 79935-4910

US SBA-Office of District Counsel
721 19th Street, Suite 426
Denver, CO 80202-2517

Union Station Land, Inc
c/o Creative Artist Agency, LLC
401 Commerce Street, Penthouse
Winter Springs, FL 32719

United States of America
Small Business Administration
c/o AUSA Melissa Helen Burkland
Office of the United States Attorney
655 First Avenue North, Suite 250
Fargo, ND 58102-4932

VERIZON WIRELESS SERVICES LLC
1 Verizon Way
Basking Ridge, NJ 07920-1097

VIP Catering
1516 14th Street South
Moorhead, MN 56560-3752

Vince Neil Emerson
4117 Hillsboro Pike
Suite 103-313
Nashville, TN 37215-2728

Visit Fargo-Moorhead
2001 44th Street South
Fargo, ND 58103-7144

Waabigwan Mashkiki
515 E Jefferson Ave
Mahnomen, MN 56557

Wheatus
253 W 254th Street
Bronx, NY 10471-2553

William Morris Endeavor Entertainment, LLC
Courtney Braun
9601 Wilshire Blvd.
5th Floor
Beverly Hills, CA 90210-5213

Winterfell Management, LLC
1631 East 5th Street
Duluth, MN 55812-1204

Wolfman Productions Inc
75 Glen Rd
Ste 313
Sandy Hook, CT 06482-1175

Zachary Click
1621 S University Dr.
430
Fargo, ND 58103-4171

iHeartMedia, Inc.
20880 Stone Oak Parkway, 3rd Floor
San Antonio, TX 78258-7460

Christianna A. Cathcart
The Dakota Bankruptcy Firm
1630 First Ave N
Ste. B PMB 24
Fargo, ND 58102-4246

David Tanabe
Messerli & Kramer P.A.
50 S. 6th Street
Ste 2300
Minneapolis, MN 55402-1550

Mary F Sieling
Sieling Law, PLLC
PO Box 1116
Minnetonka, MN 55345-0116

Maurice VerStandig
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, ND 58102-4246

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Elan Financial Services
PO Box 790408
Saint Louis, MO 63179-0408

First Insurance Funding
450 Skokie Blvd, Ste 1000
Northbrook, IL 60062-7917

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Etix, Inc.

(u)USA/IRS

(u)USA/SBA

(d)Bergseth Bros. Co., Inc.
1211 47th St N
Fargo, ND 58102-2849

(u)Fargo, ND 58103

(u)Fargo, ND 58104

(d)Holly Funding LLC
c/o Giuliano Law PC
445 Broadhollow Rd., Suite 25
Melville, N.Y. 11747-3645

(d)Midwest Bank
Detroit Lakes Branch
613 Hwy 10 E PO Box 703
Detroit Lakes, MN 56501-4127

(u)Shelby Jondahl
3711 21st St S

(d)Tickets300, LLC
1320 First Avenue North
Fargo, ND 58102-4202

(u)Unknown Ticket Holders

End of Label Matrix
Mailable recipients 178
Bypassed recipients 11
Total 189