IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>JADE PRESENTS, LLC<br><br>Debtor. | Case No. 26-30438<br>(Chapter 11) |
| In re:<br><br>TICKETS300, LLC<br><br>Debtor | Case No. 26-30439<br>(Chapter 11)<br><br>(Jointly Administered) |

## TALLY OF BALLOTS

Come now Jade Presents, LLC and Tickets300, LLC, by and through undersigned counsel, and furnish this tally of ballots received on the proposed plan of reorganization in these cases:

| Name | Accept | Reject | Blank | Claim Amount |
|---|---|---|---|---|
| Alisha Thiel | X | | | $565.50 |
| Alvin Tschepeh | X | | | $231.40 |
| Amy J. Leathers | X | | | $163.05 |
| Ayde De La Rosa | X | | | $461.50 |
| Brian Booth | X | | | $646.34 |
| Brian Johnson | X | | | $178.16 |
| Brittney Morrison | X | | | $105.60 |
| Carol A. Bailey | X | | | $700.80 |
| Cindy Gabbert | X | | | $245.00 |
| David E. Thorpe | X | | | $409.02 |
| David L. Wyum | X | | | $172.06 |
| Deanna Kainz | | X | | $232.48 |
| Debora Marshall | X | | | $386.50 |
| Debora Schieffer | | X | | $373.50 |
| Deborah Hersrud and Don Hersrud | X | | | $209.82 |
| Dell Sprecher | X | | | $818.04 |
| Diana Wessels | X | | | $195.00 |
| Diane Bjerke | X | | | $319.00 |
| Fargo Theatre Management Corp. | | X | | $17,580.95 |

| Name | Accept | Reject | Blank | Claim Amount |
|---|---|---|---|---|
| Gary F. Hammer | X | | | $275.50 |
| Greg Winjum | X | | | $455.00 |
| Gregory E. Harrison | X | | | $341.50 |
| Holly Haugen | X | | | $491.75 |
| James G. Allison | | X | | $59.80 |
| Jamey Gahner | X | | | $163.96 |
| Jeanne Anderson | | X | | $409.02 |
| Jenna Wallace | X | | | $215.50 |
| Jessica Pitzel Anderson | X | | | $181.76 |
| Karen Cahoy | X | | | $327.75 |
| Kathie Holmgren | X | | | $182.50 |
| Kristi Nicholson | X | | | $194.50 |
| Lauren Trefethren | X | | | $553.50 |
| Linda Vandrovec | X | | | $393.76 |
| Matt Koehmstedt | X | | | $76.00 |
| Matt McMerty | X | | | $373.50 |
| Mischelle Highman | X | | | $138.68 |
| Nancy Norris | X | | | $178.16 |
| Nicole Enkers | X | | | $409.02 |
| Patricia Stein | X | | | $290.00 |
| Phyllis Lasher | X | | | $121.50 |
| Sherry Espeseth | X | | | $110.00 |
| Steve Nygaard | | | X | $168.50 |
| Tammy Lapp-Harris | X | | | $538.75 |
| Teresa Schad | X | | | $125.70 |
| Tom Irsfeld | X | | | $238.58 |
| Wallace T. Lang | X | | | $237.50 |
| Wayne Holland | X | | | $388.36 |
| Zach Thompson | X | | | $165.00 |
| Bravera Bank | X | | | $250,185.33 |

Based on the foregoing, the debtors assert there to be 43 accepting votes against five rejecting votes, with one vote in blank. The accepting votes total $263,159.85 in claims and the rejecting votes total $18,655.75 in claims. Every single vote received is drawn from Class 3. No holder of any Class 1 or Class 2 claim cast a ballot that was timely (or untimely) received by undersigned counsel.

A copy of each ballot received is appended hereto.

Respectfully Submitted,

Dated: November 16, 2026 By: /s/ Maurice B. VerStandig

Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Counsel for the Debtors*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of November, 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig