IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re:<br><br>JADE PRESENTS, LLC<br><br>Debtor. | ) | Case No. 26-30438<br>(Chapter 11) |
| In re:<br><br>TICKETS300, LLC<br><br>Debtor | ) | Case No. 26-30439<br>(Chapter 11)<br><br>(Jointly Administered) |

**Class 3 Ballot for Accepting or Rejecting Plan of Reorganization**

Jade Presents, LLC and Tickets300, LLC have filed a plan of reorganization in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Maurice B. VerStandig, Esq., 1630 1st Avenue N, Suite B PMB 24, Fargo, North Dakota, 58102, on or before October 7, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan.**

**If the plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class 3 claim against the Debtor:

*Check one box only*

☐x **Accepts the plan**

☐ **Rejects the plan**

**[Signature page follows]**

Dated: 10/05/2026

Print or type name: Alisha Thiel

Signature: Alisha Thiel

Title (if corporation or partnership) ____________________

Address: ____________________

____________________

____________________

Return this ballot to:

Maurice B. VerStandig, Esq.
THE DAKOTA BANKRUPTCY FIRM
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
mac@dakotabankruptcy.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re:<br><br>JADE PRESENTS, LLC<br><br>Debtor. | ) | Case No. 26-30438<br>(Chapter 11) |
| In re:<br><br>TICKETS300, LLC<br><br>Debtor | ) | Case No. 26-30439<br>(Chapter 11)<br><br>(Jointly Administered) |

**Class 3 Ballot for Accepting or Rejecting Plan of Reorganization**

Jade Presents, LLC and Tickets300, LLC have filed a plan of reorganization in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Maurice B. VerStandig, Esq., 1630 1st Avenue N, Suite B PMB 24, Fargo, North Dakota, 58102, on or before October 7, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan.**

**If the plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class 3 claim against the Debtor:

*Check one box only*

☒ **Accepts the plan**

☐ **Rejects the plan**

**[Signature page follows]**

Dated: September 9, 2026

Print or type name: Alvin Tschepen

Signature: Alvin Tschepen

Title (if corporation or partnership) ______________________

Address: 690 7th Ave
Thompson, ND 58278

Return this ballot to:

Maurice B. VerStandig, Esq.
THE DAKOTA BANKRUPTCY FIRM
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
mac@dakotabankruptcy.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>JADE PRESENTS, LLC<br><br>Debtor. | Case No. 26-30438<br>(Chapter 11) |
| In re:<br><br>TICKETS300, LLC<br><br>Debtor | Case No. 26-30439<br>(Chapter 11)<br><br>(Jointly Administered) |

**Class 3 Ballot for Accepting or Rejecting Plan of Reorganization**

Jade Presents, LLC and Tickets300, LLC have filed a plan of reorganization in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Maurice B. VerStandig, Esq., 1630 1st Avenue N, Suite B PMB 24, Fargo, North Dakota, 58102, on or before October 7, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan.**

**If the plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class 3 claim against the Debtor:

*Check one box only*

☒ **Accepts the plan**

☐ **Rejects the plan**

**[Signature page follows]**

Dated: 09-14-2026

Print or type name: Amy J. Leathers

Signature: Amy J Leathers

Title (if corporation or partnership) ____________________

Address: 943 Sheyenne Park Pl
West Fargo, ND 58078

Return this ballot to:

Maurice B. VerStandig, Esq.
THE DAKOTA BANKRUPTCY FIRM
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
mac@dakotabankruptcy.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 26-30438 |
| | ) | (Chapter 11) |
| JADE PRESENTS, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | Case No. 26-30439 |
| In re: | ) | (Chapter 11) |
| | ) | |
| TICKETS300, LLC | ) | (Jointly Administered) |
| | ) | |
| Debtor | ) | |
| | ) | |

**Class 3 Ballot for Accepting or Rejecting Plan of Reorganization**

Jade Presents, LLC and Tickets300, LLC have filed a plan of reorganization in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Maurice B. VerStandig, Esq., 1630 1st Avenue N, Suite B PMB 24, Fargo, North Dakota, 58102, on or before October 7, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan.**

**If the plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class 3 claim against the Debtor:

*Check one box only*

☑ **Accepts the plan**

☐ **Rejects the plan**

**[Signature page follows]**

Dated: October 7th, 2026

Print or type name: Ayde De La Rosa

Signature:

Title (if corporation or partnership)

Address: 1418 16th St S

Moorhead MN

56560

Return this ballot to:

Maurice B. VerStandig, Esq.
THE DAKOTA BANKRUPTCY FIRM
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
mac@dakotabankruptcy.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>JADE PRESENTS, LLC<br><br>Debtor. | Case No. 26-30438<br>(Chapter 11) |
| In re:<br><br>TICKETS300, LLC<br><br>Debtor | Case No. 26-30439<br>(Chapter 11)<br><br>(Jointly Administered) |

**Class 3 Ballot for Accepting or Rejecting Plan of Reorganization**

Jade Presents, LLC and Tickets300, LLC have filed a plan of reorganization in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Maurice B. VerStandig, Esq., 1630 1st Avenue N, Suite B PMB 24, Fargo, North Dakota, 58102, on or before October 7, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan.**

**If the plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class 3 claim against the Debtor:

Bravera Bank (successor by merger to VISIONBank)

*Check one box only*

☑ **Accepts the plan**

☐ **Rejects the plan**

**[Signature page follows]**

Dated: 10/21/2026

Print or type name: Caren Stanley - attorney for Bravera Bank

Signature: [signature]

Title (if corporation or partnership) ______________________

Address: Bravera Bank
3000 25th St S.
Fargo, ND 58103

Return this ballot to:

Maurice B. VerStandig, Esq.
THE DAKOTA BANKRUPTCY FIRM
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
mac@dakotabankruptcy.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re:<br><br>JADE PRESENTS, LLC<br><br>Debtor. | ) | Case No. 26-30438<br>(Chapter 11) |
| In re:<br><br>TICKETS300, LLC<br><br>Debtor | ) | Case No. 26-30439<br>(Chapter 11)<br><br>(Jointly Administered) |

**Class 3 Ballot for Accepting or Rejecting Plan of Reorganization**

Jade Presents, LLC and Tickets300, LLC have filed a plan of reorganization in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Maurice B. VerStandig, Esq., 1630 1st Avenue N, Suite B PMB 24, Fargo, North Dakota, 58102, on or before October 7, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan.**

**If the plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class 3 claim against the Debtor:

*Check one box only*

☒ **Accepts the plan**

☐ **Rejects the plan**

**[Signature page follows]**

Dated: 9/16/2026

Print or type name: Brian Booth

Signature: [signature]

Title (if corporation or partnership) ____________________

Address: 3566 6th St E,
West Fargo, ND 58078

Return this ballot to:

Maurice B. VerStandig, Esq.
THE DAKOTA BANKRUPTCY FIRM
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
mac@dakotabankruptcy.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>JADE PRESENTS, LLC<br><br>Debtor. | Case No. 26-30438<br>(Chapter 11) |
| In re:<br><br>TICKETS300, LLC<br><br>Debtor | Case No. 26-30439<br>(Chapter 11)<br><br>(Jointly Administered) |

**Class 3 Ballot for Accepting or Rejecting Plan of Reorganization**

Jade Presents, LLC and Tickets300, LLC have filed a plan of reorganization in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Maurice B. VerStandig, Esq., 1630 1st Avenue N, Suite B PMB 24, Fargo, North Dakota, 58102, on or before October 7, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan.**

**If the plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class 3 claim against the Debtor:

*Check one box only*

☒ **Accepts the plan**

☐ **Rejects the plan**

**[Signature page follows]**

Dated: 9/14/2026

Print or type name: BRIAN JOHNSON

Signature: Brian Johnson

Title (if corporation or partnership) ____________________

Address: 1759 ASPEN LANE
FERGUS FALLS, MN 56537
____________________

Return this ballot to:

Maurice B. VerStandig, Esq.
THE DAKOTA BANKRUPTCY FIRM
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
mac@dakotabankruptcy.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 26-30438 |
| | ) | (Chapter 11) |
| JADE PRESENTS, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| ______________________________ | ) | |
| | ) | Case No. 26-30439 |
| In re: | ) | (Chapter 11) |
| | ) | |
| TICKETS300, LLC | ) | (Jointly Administered) |
| | ) | |
| Debtor | ) | |
| ______________________________ | ) | |

**<u>Class 3 Ballot for Accepting or Rejecting Plan of Reorganization</u>**

Jade Presents, LLC and Tickets300, LLC have filed a plan of reorganization in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Maurice B. VerStandig, Esq., 1630 1st Avenue N, Suite B PMB 24, Fargo, North Dakota, 58102, on or before October 7, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan.**

**If the plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**<u>Acceptance or Rejection of the Plan</u>**

The undersigned, the holder of a Class 3 claim against the Debtor:

*Check one box only*

☑ **Accepts the plan**

☐ **Rejects the plan**

**[Signature page follows]**

Dated: 09/15/2026

Print or type name: Brittney Morrison

Signature:

Title (if corporation or partnership)

Address: 647 Northern Lights BLVD #2105
Box Elder, SD 57719

Return this ballot to:

Maurice B. VerStandig, Esq.
THE DAKOTA BANKRUPTCY FIRM
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
mac@dakotabankruptcy.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>JADE PRESENTS, LLC<br><br>Debtor. | Case No. 26-30438<br>(Chapter 11) |
| In re:<br><br>TICKETS300, LLC<br><br>Debtor | Case No. 26-30439<br>(Chapter 11)<br><br>(Jointly Administered) |

**Class 3 Ballot for Accepting or Rejecting Plan of Reorganization**

Jade Presents, LLC and Tickets300, LLC have filed a plan of reorganization in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Maurice B. VerStandig, Esq., 1630 1st Avenue N, Suite B PMB 24, Fargo, North Dakota, 58102, on or before October 7, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan.**

**If the plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class 3 claim against the Debtor:

*Check one box only*

☒ **Accepts the plan**

☐ **Rejects the plan**

**[Signature page follows]**

Dated: 9/25/26

Print or type name: CAROL A. BAILEY

Signature: Carol A. Bailey

Title (if corporation or partnership) ____________________

Address: 821 N 1st St
Bismarck, ND 58501

Return this ballot to:

Maurice B. VerStandig, Esq.
THE DAKOTA BANKRUPTCY FIRM
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
mac@dakotabankruptcy.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re:<br><br>JADE PRESENTS, LLC<br><br>Debtor. | ) | Case No. 26-30438<br>(Chapter 11) |
| In re:<br><br>TICKETS300, LLC<br><br>Debtor | ) | Case No. 26-30439<br>(Chapter 11)<br><br>(Jointly Administered) |

**<u>Class 3 Ballot for Accepting or Rejecting Plan of Reorganization</u>**

Jade Presents, LLC and Tickets300, LLC have filed a plan of reorganization in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Maurice B. VerStandig, Esq., 1630 1st Avenue N, Suite B PMB 24, Fargo, North Dakota, 58102, on or before October 7, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan.**

**If the plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**<u>Acceptance or Rejection of the Plan</u>**

The undersigned, the holder of a Class 3 claim against the Debtor:

*Check one box only*

☒ **Accepts the plan**

☐ **Rejects the plan**

**[Signature page follows]**

Dated: September 21, 2026

Print or type name: Cindy Gabbert

Signature: Cindy Gabbert

Title (if corporation or partnership) ______________________

Address: 200 8th St. So. #203
Fargo, ND 58103

Return this ballot to:

Maurice B. VerStandig, Esq.
THE DAKOTA BANKRUPTCY FIRM
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
mac@dakotabankruptcy.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>JADE PRESENTS, LLC<br><br>Debtor. | Case No. 26-30438<br>(Chapter 11) |
| In re:<br><br>TICKETS300, LLC<br><br>Debtor | Case No. 26-30439<br>(Chapter 11)<br><br>(Jointly Administered) |

**<u>Class 3 Ballot for Accepting or Rejecting Plan of Reorganization</u>**

Jade Presents, LLC and Tickets300, LLC have filed a plan of reorganization in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Maurice B. VerStandig, Esq., 1630 1st Avenue N, Suite B PMB 24, Fargo, North Dakota, 58102, on or before October 7, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan.**

**If the plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**<u>Acceptance or Rejection of the Plan</u>**

The undersigned, the holder of a Class 3 claim against the Debtor:

*Check one box only*

☑ **Accepts the plan**

☐ **Rejects the plan**

**[Signature page follows]**

Dated: 10.5.2026

Print or type name: David E. Thorpe

Signature: [signature]

Title (if corporation or partnership) ______________________

Address: 3503 Westmoor Blvd
Moorhead, MN 56560
______________________

Return this ballot to:

Maurice B. VerStandig, Esq.
THE DAKOTA BANKRUPTCY FIRM
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
mac@dakotabankruptcy.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re:<br><br>JADE PRESENTS, LLC<br><br>Debtor. | ) | Case No. 26-30438<br>(Chapter 11) |
| In re:<br><br>TICKETS300, LLC<br><br>Debtor | ) | Case No. 26-30439<br>(Chapter 11)<br><br>(Jointly Administered) |

**Class 3 Ballot for Accepting or Rejecting Plan of Reorganization**

Jade Presents, LLC and Tickets300, LLC have filed a plan of reorganization in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Maurice B. VerStandig, Esq., 1630 1st Avenue N, Suite B PMB 24, Fargo, North Dakota, 58102, on or before October 7, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan.**

**If the plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class 3 claim against the Debtor:

*Check one box only*

☒ **Accepts the plan**

☐ **Rejects the plan**

**[Signature page follows]**

Dated: 9-22-26

Print or type name: DAVID L. WYUM

Signature: [signature]

Title (if corporation or partnership) ______________________

Address: 3522 Hidden Ct
West Fargo, ND
58078-7905

Return this ballot to:

Maurice B. VerStandig, Esq.
THE DAKOTA BANKRUPTCY FIRM
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
mac@dakotabankruptcy.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>JADE PRESENTS, LLC<br><br>Debtor. | Case No. 26-30438<br>(Chapter 11) |
| In re:<br><br>TICKETS300, LLC<br><br>Debtor | Case No. 26-30439<br>(Chapter 11)<br><br>(Jointly Administered) |

**Class 3 Ballot for Accepting or Rejecting Plan of Reorganization**

Jade Presents, LLC and Tickets300, LLC have filed a plan of reorganization in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Maurice B. VerStandig, Esq., 1630 1st Avenue N, Suite B PMB 24, Fargo, North Dakota, 58102, on or before October 7, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan.**

**If the plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class 3 claim against the Debtor:

*Check one box only*

☐ **Accepts the plan**

☑ **Rejects the plan**

**[Signature page follows]**

Dated: 9/22/2026

Print or type name: Deanna Kainz

Signature: Deanna Kainz

Title (if corporation or partnership) ______________________

Address: Deanna Kainz
1725 23rd St S
Fargo, ND 58103

Return this ballot to:

Maurice B. VerStandig, Esq.
THE DAKOTA BANKRUPTCY FIRM
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
mac@dakotabankruptcy.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>JADE PRESENTS, LLC<br><br>Debtor. | Case No. 26-30438<br>(Chapter 11) |
| In re:<br><br>TICKETS300, LLC<br><br>Debtor | Case No. 26-30439<br>(Chapter 11)<br><br>(Jointly Administered) |

**Class 3 Ballot for Accepting or Rejecting Plan of Reorganization**

Jade Presents, LLC and Tickets300, LLC have filed a plan of reorganization in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Maurice B. VerStandig, Esq., 1630 1st Avenue N, Suite B PMB 24, Fargo, North Dakota, 58102, on or before October 7, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan.**

**If the plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class 3 claim against the Debtor:

*Check one box only*

☒ **Accepts the plan**

☐ **Rejects the plan**

**[Signature page follows]**

Dated: 09/09/2026

Print or type name: Debora Marshall

Signature: Debora Marshall

Title (if corporation or partnership) ______________________________

Address: 76 29th Ave NE
Fargo, ND
58102

Return this ballot to:

Maurice B. VerStandig, Esq.
THE DAKOTA BANKRUPTCY FIRM
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
mac@dakotabankruptcy.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>JADE PRESENTS, LLC<br><br>Debtor. | Case No. 26-30438<br>(Chapter 11) |
| In re:<br><br>TICKETS300, LLC<br><br>Debtor | Case No. 26-30439<br>(Chapter 11)<br><br>(Jointly Administered) |

**Class 3 Ballot for Accepting or Rejecting Plan of Reorganization**

Jade Presents, LLC and Tickets300, LLC have filed a plan of reorganization in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Maurice B. VerStandig, Esq., 1630 1st Avenue N, Suite B PMB 24, Fargo, North Dakota, 58102, on or before October 7, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan.**

**If the plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class 3 claim against the Debtor:

*Check one box only*

☐ **Accepts the plan**

☒ **Rejects the plan**

**[Signature page follows]**

Dated: 10/03/2026

Print or type name: Debra Schieffer

Signature: [signature]

Title (if corporation or partnership) ____________________

Address: 3008 17th Ave S
Moorhead, MN 56560

Return this ballot to:

Maurice B. VerStandig, Esq.
THE DAKOTA BANKRUPTCY FIRM
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
mac@dakotabankruptcy.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re:<br><br>JADE PRESENTS, LLC<br><br>Debtor. | ) | Case No. 26-30438<br>(Chapter 11) |
| In re:<br><br>TICKETS300, LLC<br><br>Debtor | ) | Case No. 26-30439<br>(Chapter 11)<br><br>(Jointly Administered) |

**Class 3 Ballot for Accepting or Rejecting Plan of Reorganization**

Jade Presents, LLC and Tickets300, LLC have filed a plan of reorganization in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Maurice B. VerStandig, Esq., 1630 1st Avenue N, Suite B PMB 24, Fargo, North Dakota, 58102, on or before October 7, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan.**

**If the plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class 3 claim against the Debtor:

*Check one box only*

☒ **Accepts the plan**

☐ **Rejects the plan**

**[Signature page follows]**

Dated: 9/11/2026

Print or type name: Deborah Hersrud
Don Hersrud

Signature: Deborah Hersrud
Don Hersrud

Title (if corporation or partnership) —

Address: 1304 WALL Street Ave. N.
Moorhead, MN.
56560

Return this ballot to:

Maurice B. VerStandig, Esq.
THE DAKOTA BANKRUPTCY FIRM
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
mac@dakotabankruptcy.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>JADE PRESENTS, LLC<br><br>Debtor. | Case No. 26-30438<br>(Chapter 11) |
| In re:<br><br>TICKETS300, LLC<br><br>Debtor | Case No. 26-30439<br>(Chapter 11)<br><br>(Jointly Administered) |

**Class 3 Ballot for Accepting or Rejecting Plan of Reorganization**

Jade Presents, LLC and Tickets300, LLC have filed a plan of reorganization in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Maurice B. VerStandig, Esq., 1630 1st Avenue N, Suite B PMB 24, Fargo, North Dakota, 58102, on or before October 7, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan.**

**If the plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class 3 claim against the Debtor:

*Check one box only*

☒ **Accepts the plan**

☐ **Rejects the plan**

**[Signature page follows]**

Dated: 9-9-2026

Print or type name: Dell Sprecher

Signature: [signature]

Title (if corporation or partnership) __________

Address: 517 32nd Ave NW
West Fargo, ND
58078

Return this ballot to:

Maurice B. VerStandig, Esq.
THE DAKOTA BANKRUPTCY FIRM
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
mac@dakotabankruptcy.com

**From:** Diane Bjerke
**To:** Mac VerStandig
**Subject:** Jade
**Date:** Saturday, October 3, 2026 12:22:03 PM

---

Attached is the acceptance #26-30438 #26-30439

Scan_20261003 (2).png

Scan_20261003.png

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

In re: ) Case No. 26-30438 ) (Chapter 11)
JADE PRESENTS, LLC )
)
Debtor. )
)
) Case No. 26-30439
In re: ) (Chapter 11)
)
TICKETS300, LLC ) (Jointly Administered) )
Debtor )
)

**Class 3 Ballot for Accepting or Rejecting Plan of Reorganization**

Jade Presents, LLC and Tickets300, LLC have filed a plan of reorganization in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Maurice B. VerStandig, Esq., 1630 1st Avenue N, Suite B PMB 24, Fargo, North Dakota, 58102, on or before October 7, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan.**

**If the plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class 3 claim against the Debtor:

*Check one box only*

☑ **Accepts the plan**

☐ **Rejects the plan**

**[Signature page follows]**

Dated: 9-12-2026 Print or type name: Diana Wessels

Diana Wessels Signature:

_______________ Title (if corporation or partnership)

_______________

Address: 202 Main St. N.
Leonard, ND 58052

_______________

Return this ballot to:

Maurice B. VerStandig, Esq.
THE DAKOTA BANKRUPTCY FIRM
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
mac@dakotabankruptcy.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>JADE PRESENTS, LLC<br><br>Debtor. | Case No. 26-30438<br>(Chapter 11) |
| In re:<br><br>TICKETS300, LLC<br><br>Debtor | Case No. 26-30439<br>(Chapter 11)<br><br>(Jointly Administered) |

**Class 2 Ballot for Accepting or Rejecting Plan of Reorganization**

Jade Presents, LLC and Tickets300, LLC have filed a plan of reorganization in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 2 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Maurice B. VerStandig, Esq., 1630 1st Avenue N, Suite B PMB 24, Fargo, North Dakota, 58102, on or before October 7, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan.**

**If the plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class 2 claim against the Debtor:

*Check one box only*

☐ **Accepts the plan**

☒ **Rejects the plan**

**[Signature page follows]**

Dated: 9-17-26

Print or type name: Emily Beck

Signature: Emily Beck

Title (if corporation or partnership) Fargo Theatre Management Corp.

Address: 314 Broadway N.
Fargo, ND 58102

Return this ballot to:

Maurice B. VerStandig, Esq.
THE DAKOTA BANKRUPTCY FIRM
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
mac@dakotabankruptcy.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re:<br><br>JADE PRESENTS, LLC<br><br>Debtor. | ) | Case No. 26-30438<br>(Chapter 11) |
| In re:<br><br>TICKETS300, LLC<br><br>Debtor | ) | Case No. 26-30439<br>(Chapter 11)<br><br>(Jointly Administered) |

**Class 3 Ballot for Accepting or Rejecting Plan of Reorganization**

Jade Presents, LLC and Tickets300, LLC have filed a plan of reorganization in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Maurice B. VerStandig, Esq., 1630 1st Avenue N, Suite B PMB 24, Fargo, North Dakota, 58102, on or before October 7, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan.**

**If the plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class 3 claim against the Debtor: ✓

*Check one box only*

☑ **Accepts the plan**

☐ **Rejects the plan**

**[Signature page follows]**

Dated: 09/15/2026

Print or type name: Gary F Hammer

Signature:

Title (if corporation or partnership) ________________

Address: 1418 19th St S
Fargo ND 58103

Return this ballot to:

Maurice B. VerStandig, Esq.
THE DAKOTA BANKRUPTCY FIRM
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
mac@dakotabankruptcy.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>JADE PRESENTS, LLC<br><br>Debtor. | Case No. 26-30438<br>(Chapter 11) |
| In re:<br><br>TICKETS300, LLC<br><br>Debtor | Case No. 26-30439<br>(Chapter 11)<br><br>(Jointly Administered) |

**Class 3 Ballot for Accepting or Rejecting Plan of Reorganization**

Jade Presents, LLC and Tickets300, LLC have filed a plan of reorganization in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Maurice B. VerStandig, Esq., 1630 1st Avenue N, Suite B PMB 24, Fargo, North Dakota, 58102, on or before October 7, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan.**

**If the plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class 3 claim against the Debtor:

*Check one box only*

☒ **Accepts the plan**

☐ **Rejects the plan**

**[Signature page follows]**

Dated: 11 SEPT 2026

Print or type name: GREG WINSUM

Signature: Greg Winsum

Title (if corporation or partnership) ____________

Address: 35323 325TH AVE
OGEMA, MN 56569

Return this ballot to:

Maurice B. VerStandig, Esq.
THE DAKOTA BANKRUPTCY FIRM
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
mac@dakotabankruptcy.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>JADE PRESENTS, LLC<br><br>Debtor. | Case No. 26-30438<br>(Chapter 11) |
| In re:<br><br>TICKETS300, LLC<br><br>Debtor | Case No. 26-30439<br>(Chapter 11)<br><br>(Jointly Administered) |

**Class 3 Ballot for Accepting or Rejecting Plan of Reorganization**

Jade Presents, LLC and Tickets300, LLC have filed a plan of reorganization in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Maurice B. VerStandig, Esq., 1630 1st Avenue N, Suite B PMB 24, Fargo, North Dakota, 58102, on or before October 7, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan.**

**If the plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class 3 claim against the Debtor:

*Check one box only*

☒ **Accepts the plan**

☐ **Rejects the plan**

**[Signature page follows]**

Dated: September 26, 2026

Print or type name: Gregory E. Harrison

Signature: Gregory E. Harrison

Title (if corporation or partnership) ____________________

Address: 489 34th Way East
West Fargo, ND 58078

Return this ballot to:

Maurice B. VerStandig, Esq.
THE DAKOTA BANKRUPTCY FIRM
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
mac@dakotabankruptcy.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 26-30438 |
| | ) | (Chapter 11) |
| JADE PRESENTS, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | Case No. 26-30439 |
| In re: | ) | (Chapter 11) |
| | ) | |
| TICKETS300, LLC | ) | (Jointly Administered) |
| | ) | |
| Debtor | ) | |
| | ) | |

**Class 3 Ballot for Accepting or Rejecting Plan of Reorganization**

Jade Presents, LLC and Tickets300, LLC have filed a plan of reorganization in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Maurice B. VerStandig, Esq., 1630 1st Avenue N, Suite B PMB 24, Fargo, North Dakota, 58102, on or before October 7, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan.**

**If the plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class 3 claim against the Debtor:

*Check one box only*

☑ **Accepts the plan**

☐ **Rejects the plan**

**[Signature page follows]**

Dated: 10/4/24

Print or type name: Holly Haugen

Signature: [signature]

Title (if corporation or partnership) __________

Address: 2130 14th St W
West Fargo ND
58078

Return this ballot to:

Maurice B. VerStandig, Esq.
THE DAKOTA BANKRUPTCY FIRM
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
mac@dakotabankruptcy.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re:<br><br>JADE PRESENTS, LLC<br><br>Debtor. | ) | Case No. 26-30438<br>(Chapter 11) |
| In re:<br><br>TICKETS300, LLC<br><br>Debtor | ) | Case No. 26-30439<br>(Chapter 11)<br><br>(Jointly Administered) |

**Class 3 Ballot for Accepting or Rejecting Plan of Reorganization**

Jade Presents, LLC and Tickets300, LLC have filed a plan of reorganization in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Maurice B. VerStandig, Esq., 1630 1st Avenue N, Suite B PMB 24, Fargo, North Dakota, 58102, on or before October 7, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan.**

**If the plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class 3 claim against the Debtor:

*Check one box only*

☐ **Accepts the plan**

☑ **Rejects the plan**

**[Signature page follows]**

Dated: 9/10/26

Print or type name: JAMES G. ALLISON

Signature: James G. Allison

Title (if corporation or partnership) ______________________

Address: 162 NORTH FORGEUS Ave.
TUCSON, ARIZONA
85716

Return this ballot to:

Maurice B. VerStandig, Esq.
THE DAKOTA BANKRUPTCY FIRM
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
mac@dakotabankruptcy.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re:<br><br>JADE PRESENTS, LLC<br><br>Debtor. | ) | Case No. 26-30438<br>(Chapter 11) |
| In re:<br><br>TICKETS300, LLC<br><br>Debtor | ) | Case No. 26-30439<br>(Chapter 11)<br><br>(Jointly Administered) |

**Class 3 Ballot for Accepting or Rejecting Plan of Reorganization**

Jade Presents, LLC and Tickets300, LLC have filed a plan of reorganization in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Maurice B. VerStandig, Esq., 1630 1st Avenue N, Suite B PMB 24, Fargo, North Dakota, 58102, on or before October 7, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan.**

**If the plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class 3 claim against the Debtor:

*Check one box only*

☒ **Accepts the plan**

☐ **Rejects the plan**

**[Signature page follows]**

Dated: 10/07/2026

Print or type name: Jamey Gahner

Signature: [signature]

Title (if corporation or partnership) ______________________

Address: 1917 18 ST S
Fargo, ND 58103

Return this ballot to:

Maurice B. VerStandig, Esq.
THE DAKOTA BANKRUPTCY FIRM
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
mac@dakotabankruptcy.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re:<br><br>JADE PRESENTS, LLC<br><br>Debtor. | ) | Case No. 26-30438<br>(Chapter 11) |
| In re:<br><br>TICKETS300, LLC<br><br>Debtor | ) | Case No. 26-30439<br>(Chapter 11)<br><br>(Jointly Administered) |

**Class 3 Ballot for Accepting or Rejecting Plan of Reorganization**

Jade Presents. LLC and Tickets300, LLC have filed a plan of reorganization in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Maurice B. VerStandig, Esq., 1630 1st Avenue N, Suite B PMB 24, Fargo, North Dakota, 58102, on or before October 7, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan.**

**If the plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class 3 claim against the Debtor:

*Check one box only*

☐ **Accepts the plan**

☒ **Rejects the plan**

**[Signature page follows]**

Dated: 9/24/26

Print or type name: Jeanne Anderson

Signature: [signature]

Title (if corporation or partnership) ____________________

Address: Jeanne Anderson
1634 7th St N
Fargo, ND 58102

Return this ballot to:

Maurice B. VerStandig, Esq.
THE DAKOTA BANKRUPTCY FIRM
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
mac@dakotabankruptcy.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>JADE PRESENTS, LLC<br><br>Debtor. | Case No. 26-30438<br>(Chapter 11) |
| In re:<br><br>TICKETS300, LLC<br><br>Debtor | Case No. 26-30439<br>(Chapter 11)<br><br>(Jointly Administered) |

**Class 3 Ballot for Accepting or Rejecting Plan of Reorganization**

Jade Presents, LLC and Tickets300, LLC have filed a plan of reorganization in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Maurice B. VerStandig, Esq., 1630 1st Avenue N, Suite B PMB 24, Fargo, North Dakota, 58102, on or before October 7, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan.**

**If the plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class 3 claim against the Debtor:

*Check one box only*

☒ **Accepts the plan**

☐ **Rejects the plan**

**[Signature page follows]**

Dated: 9/21/26

Print or type name: Jenna Wallace

Signature: Jenna Wallace

Title (if corporation or partnership) __________

Address: 3122 40th Ave S.
Fargo, ND 58104

Return this ballot to:

Maurice B. VerStandig, Esq.
THE DAKOTA BANKRUPTCY FIRM
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
mac@dakotabankruptcy.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>JADE PRESENTS, LLC<br><br>Debtor. | Case No. 26-30438<br>(Chapter 11) |
| In re:<br><br>TICKETS300, LLC<br><br>Debtor | Case No. 26-30439<br>(Chapter 11)<br><br>(Jointly Administered) |

**Class 3 Ballot for Accepting or Rejecting Plan of Reorganization**

Jade Presents, LLC and Tickets300, LLC have filed a plan of reorganization in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Maurice B. VerStandig, Esq., 1630 1st Avenue N, Suite B PMB 24, Fargo, North Dakota, 58102, on or before October 7, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan.**

**If the plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class 3 claim against the Debtor:

*Check one box only*

☑ **Accepts the plan**

☐ **Rejects the plan**

**[Signature page follows]**

Dated: 9-11-26

Print or type name: Jessica Pitzel Anderson

Signature: J Anderson

Title (if corporation or partnership) ______________________

Address: 2916 13 Ave S
Moorhead, MN 56560

Return this ballot to:

Maurice B. VerStandig, Esq.
THE DAKOTA BANKRUPTCY FIRM
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
mac@dakotabankruptcy.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>JADE PRESENTS, LLC<br><br>Debtor. | Case No. 26-30438<br>(Chapter 11) |
| In re:<br><br>TICKETS300, LLC<br><br>Debtor | Case No. 26-30439<br>(Chapter 11)<br><br>(Jointly Administered) |

**Class 3 Ballot for Accepting or Rejecting Plan of Reorganization**

Jade Presents, LLC and Tickets300, LLC have filed a plan of reorganization in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Maurice B. VerStandig, Esq., 1630 1st Avenue N, Suite B PMB 24, Fargo, North Dakota, 58102, on or before October 7, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan.**

**If the plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class 3 claim against the Debtor:

*Check one box only*

☑ **Accepts the plan**

☐ **Rejects the plan**

**[Signature page follows]**

Dated: 09-13-2026

Print or type name: KAREN (KARI) A CAHOY

Signature: Kari A Cahoy

Title (if corporation or partnership) ______________________

Address: 3120 25th St S.
Ste 220 Z
Fargo, ND 58103

Return this ballot to:

Maurice B. VerStandig, Esq.
THE DAKOTA BANKRUPTCY FIRM
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
mac@dakotabankruptcy.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re:<br><br>JADE PRESENTS, LLC<br><br>Debtor. | ) | Case No. 26-30438<br>(Chapter 11) |
| In re:<br><br>TICKETS300, LLC<br><br>Debtor | ) | Case No. 26-30439<br>(Chapter 11)<br><br>(Jointly Administered) |

**Class 3 Ballot for Accepting or Rejecting Plan of Reorganization**

Jade Presents, LLC and Tickets300, LLC have filed a plan of reorganization in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Maurice B. VerStandig, Esq., 1630 1st Avenue N, Suite B PMB 24, Fargo, North Dakota, 58102, on or before October 7, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan.**

**If the plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class 3 claim against the Debtor:

*Check one box only*

☑ **Accepts the plan**

☐ **Rejects the plan**

**[Signature page follows]**

Dated: 9-9-26

Print or type name: Kathie Holmgren

Signature: Kathie Holmgren

Title (if corporation or partnership) ____________________

Address: 13096 71st St SE
Lisbon, ND 58054
____________________

Return this ballot to:

Maurice B. VerStandig, Esq.
THE DAKOTA BANKRUPTCY FIRM
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
mac@dakotabankruptcy.com

*Check one box only*

☒ **Accepts the plan**

☐ **Rejects the plan**

**[Signature page follows]**

Dated: 9.13.26

Print or type name: Kristi Nicholson

Signature: [signature]

Title (if corporation or partnership) Ø

Address: 1028 Hartford St.
Hawley MN 56549

Return this ballot to:

Maurice B. VerStandig, Esq.
THE DAKOTA BANKRUPTCY FIRM
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
mac@dakotabankruptcy.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>JADE PRESENTS, LLC<br><br>Debtor. | Case No. 26-30438<br>(Chapter 11) |
| In re:<br><br>TICKETS300, LLC<br><br>Debtor | Case No. 26-30439<br>(Chapter 11)<br><br>(Jointly Administered) |

**Class 3 Ballot for Accepting or Rejecting Plan of Reorganization**

Jade Presents, LLC and Tickets300, LLC have filed a plan of reorganization in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Maurice B. VerStandig, Esq., 1630 1st Avenue N, Suite B PMB 24, Fargo, North Dakota, 58102, on or before October 7, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan.**

**If the plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class 3 claim against the Debtor:

*Check one box only*

☑ **Accepts the plan**

☐ **Rejects the plan**

**[Signature page follows]**

Dated: 9/14/26

Print or type name: Lauren Trefethren

Signature: [signature]

Title (if corporation or partnership) ____________________

Address: 2308 Rose Creek Blvd S
Fargo ND 58104

Return this ballot to:

Maurice B. VerStandig, Esq.
THE DAKOTA BANKRUPTCY FIRM
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
mac@dakotabankruptcy.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re:<br><br>JADE PRESENTS, LLC<br><br>Debtor. | ) | Case No. 26-30438<br>(Chapter 11) |
| In re:<br><br>TICKETS300, LLC<br><br>Debtor | ) | Case No. 26-30439<br>(Chapter 11)<br><br>(Jointly Administered) |

**Class 3 Ballot for Accepting or Rejecting Plan of Reorganization**

Jade Presents, LLC and Tickets300, LLC have filed a plan of reorganization in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Maurice B. VerStandig, Esq., 1630 1st Avenue N, Suite B PMB 24, Fargo, North Dakota, 58102, on or before October 7, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan.**

**If the plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class 3 claim against the Debtor:

*Check one box only*

☒ **Accepts the plan**

☐ **Rejects the plan**

**[Signature page follows]**

Dated: 9-10-26

Print or type name: Linda Vandrovec

Signature: Linda Vandrovec

Title (if corporation or partnership) —

Address: 14890 38th St. SE
Wheatland, ND 58079

Return this ballot to:

Maurice B. VerStandig, Esq.
THE DAKOTA BANKRUPTCY FIRM
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
mac@dakotabankruptcy.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>JADE PRESENTS, LLC<br><br>Debtor. | Case No. 26-30438<br>(Chapter 11) |
| In re:<br><br>TICKETS300, LLC<br><br>Debtor | Case No. 26-30439<br>(Chapter 11)<br><br>(Jointly Administered) |

**Class 3 Ballot for Accepting or Rejecting Plan of Reorganization**

Jade Presents, LLC and Tickets300, LLC have filed a plan of reorganization in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Maurice B. VerStandig, Esq., 1630 1st Avenue N, Suite B PMB 24, Fargo, North Dakota, 58102, on or before October 7, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan.**

**If the plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class 3 claim against the Debtor:

*Check one box only*

☑ **Accepts the plan**

☐ **Rejects the plan**

**[Signature page follows]**

Dated: 09/11/2026

Print or type name: Matt Koehmstedt

Signature: Matthew Koehmstedt

Title (if corporation or partnership) ______________________

Address: 1182 Brooks Drive
West Fargo ND 58078

Return this ballot to:

Maurice B. VerStandig, Esq.
THE DAKOTA BANKRUPTCY FIRM
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
mac@dakotabankruptcy.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>JADE PRESENTS, LLC<br><br>Debtor. | Case No. 26-30438<br>(Chapter 11) |
| In re:<br><br>TICKETS300, LLC<br><br>Debtor | Case No. 26-30439<br>(Chapter 11)<br><br>(Jointly Administered) |

**<u>Class 3 Ballot for Accepting or Rejecting Plan of Reorganization</u>**

Jade Presents, LLC and Tickets300, LLC have filed a plan of reorganization in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Maurice B. VerStandig, Esq., 1630 1st Avenue N, Suite B PMB 24, Fargo, North Dakota, 58102, on or before October 7, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan.**

**If the plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**<u>Acceptance or Rejection of the Plan</u>**

The undersigned, the holder of a Class 3 claim against the Debtor:

*Check one box only*

☒ **Accepts the plan**

☐ **Rejects the plan**

**[Signature page follows]**

Dated: 9/11/2026

Print or type name: Matt McMerty

Signature: [signature]

Title (if corporation or partnership) ________________

Address: 1822 Xavier Street
Bismarck, ND 58501

Return this ballot to:

Maurice B. VerStandig, Esq.
THE DAKOTA BANKRUPTCY FIRM
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
mac@dakotabankruptcy.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>JADE PRESENTS, LLC<br><br>Debtor. | Case No. 26-30438<br>(Chapter 11) |
| In re:<br><br>TICKETS300, LLC<br><br>Debtor | Case No. 26-30439<br>(Chapter 11)<br><br>(Jointly Administered) |

**Class 2 Ballot for Accepting or Rejecting Plan of Reorganization**

Jade Presents, LLC and Tickets300, LLC have filed a plan of reorganization in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 2 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Maurice B. VerStandig, Esq., 1630 1st Avenue N, Suite B PMB 24, Fargo, North Dakota, 58102, on or before October 7, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan.**

**If the plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class 2 claim against the Debtor:

*Check one box only*

☑ **Accepts the plan**

☐ **Rejects the plan**

**[Signature page follows]**

Dated: 9/23/2026

Print or type name: Mischelle Highman

Signature: [signature]

Title (if corporation or partnership) ____________________

Address: 5415 12th St S
Fargo, ND 58104

Return this ballot to:

Maurice B. VerStandig, Esq.
THE DAKOTA BANKRUPTCY FIRM
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
mac@dakotabankruptcy.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re:<br><br>JADE PRESENTS, LLC<br><br>Debtor. | ) | Case No. 26-30438<br>(Chapter 11) |
| In re:<br><br>TICKETS300, LLC<br><br>Debtor | ) | Case No. 26-30439<br>(Chapter 11)<br><br>(Jointly Administered) |

**Class 3 Ballot for Accepting or Rejecting Plan of Reorganization**

Jade Presents, LLC and Tickets300, LLC have filed a plan of reorganization in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Maurice B. VerStandig, Esq., 1630 1st Avenue N, Suite B PMB 24, Fargo, North Dakota, 58102, on or before October 7, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan.**

**If the plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class 3 claim against the Debtor:

*Check one box only*

☒ **Accepts the plan**

☐ **Rejects the plan**

**[Signature page follows]**

Dated: 9-10-26

Print or type name: NANCY K. Norris

Signature: Nancy K Norris

Title (if corporation or partnership) ______

Address: 1518 27th ave S.
Fargo, ND 58103

Return this ballot to:

Maurice B. VerStandig, Esq.
THE DAKOTA BANKRUPTCY FIRM
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
mac@dakotabankruptcy.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re:<br><br>JADE PRESENTS, LLC<br><br>Debtor. | ) | Case No. 26-30438<br>(Chapter 11) |
| In re:<br><br>TICKETS300, LLC<br><br>Debtor | ) | Case No. 26-30439<br>(Chapter 11)<br><br>(Jointly Administered) |

**Class 3 Ballot for Accepting or Rejecting Plan of Reorganization**

Jade Presents, LLC and Tickets300, LLC have filed a plan of reorganization in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Maurice B. VerStandig, Esq., 1630 1st Avenue N, Suite B PMB 24, Fargo, North Dakota, 58102, on or before October 7, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan.**

**If the plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class 3 claim against the Debtor:

*Check one box only*

■ **Accepts the plan**

☐ **Rejects the plan**

**[Signature page follows]**

Dated: 9/28/26

Print or type name: Nicole Enkers

Signature: Nicole Enkers

Title (if corporation or partnership) ______________________

Address: 4426 11th St. W.
West Fargo, ND 58078

Return this ballot to:

Maurice B. VerStandig, Esq.
THE DAKOTA BANKRUPTCY FIRM
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
mac@dakotabankruptcy.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re:<br><br>JADE PRESENTS, LLC<br><br>Debtor. | ) | Case No. 26-30438<br>(Chapter 11) |
| In re:<br><br>TICKETS300, LLC<br><br>Debtor | ) | Case No. 26-30439<br>(Chapter 11)<br><br>(Jointly Administered) |

**Class 3 Ballot for Accepting or Rejecting Plan of Reorganization**

Jade Presents, LLC and Tickets300, LLC have filed a plan of reorganization in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Maurice B. VerStandig, Esq., 1630 1st Avenue N, Suite B PMB 24, Fargo, North Dakota, 58102, on or before October 7, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan.**

**If the plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class 3 claim against the Debtor:

*Check one box only*

☒ **Accepts the plan**

☐ **Rejects the plan**

**[Signature page follows]**

Dated: 9-14-26

Print or type name: Patricia (Patsy) Stein

Signature: Patricia (Patsy) Stein

Title (if corporation or partnership) —

Address: 2000 4th Street North
#304
Wahpeton, ND 58075

Return this ballot to:

Maurice B. VerStandig, Esq.
THE DAKOTA BANKRUPTCY FIRM
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
mac@dakotabankruptcy.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>JADE PRESENTS, LLC<br><br>Debtor. | Case No. 26-30438<br>(Chapter 11) |
| In re:<br><br>TICKETS300, LLC<br><br>Debtor | Case No. 26-30439<br>(Chapter 11)<br><br>(Jointly Administered) |

**Class 3 Ballot for Accepting or Rejecting Plan of Reorganization**

Jade Presents, LLC and Tickets300, LLC have filed a plan of reorganization in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Maurice B. VerStandig, Esq., 1630 1st Avenue N, Suite B PMB 24, Fargo, North Dakota, 58102, on or before October 7, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan.**

**If the plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class 3 claim against the Debtor:

*Check one box only*

☑ **Accepts the plan**

☐ **Rejects the plan**

**[Signature page follows]**

Dated: 9/10/2026

Print or type name: Phyllis Lasher

Signature: Phyllis Lasher

Title (if corporation or partnership) ______________________

Address: 3557 Lincoln St. S
Fargo, ND 58104

Return this ballot to:

Maurice B. VerStandig, Esq.
THE DAKOTA BANKRUPTCY FIRM
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
mac@dakotabankruptcy.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>JADE PRESENTS, LLC<br><br>Debtor. | Case No. 26-30438<br>(Chapter 11) |
| In re:<br><br>TICKETS300, LLC<br><br>Debtor | Case No. 26-30439<br>(Chapter 11)<br><br>(Jointly Administered) |

**Class 3 Ballot for Accepting or Rejecting Plan of Reorganization**

Jade Presents, LLC and Tickets300, LLC have filed a plan of reorganization in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Maurice B. VerStandig, Esq., 1630 1st Avenue N, Suite B PMB 24, Fargo, North Dakota, 58102, on or before October 7, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan.**

**If the plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class 3 claim against the Debtor:

*Check one box only*

☒ **Accepts the plan**

☐ **Rejects the plan**

**[Signature page follows]**

Dated: 09/17/26

Print or type name: Sherry Espeseth

Signature: [signature]

Title (if corporation or partnership) ______________________

Address: 3711 Polk St S
Fargo, ND 58104

Return this ballot to:

Maurice B. VerStandig, Esq.
THE DAKOTA BANKRUPTCY FIRM
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
mac@dakotabankruptcy.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re:<br><br>JADE PRESENTS, LLC<br><br>Debtor. | ) | Case No. 26-30438<br>(Chapter 11) |
| In re:<br><br>TICKETS300, LLC<br><br>Debtor | ) | Case No. 26-30439<br>(Chapter 11)<br><br>(Jointly Administered) |

**<u>Class 3 Ballot for Accepting or Rejecting Plan of Reorganization</u>**

Jade Presents, LLC and Tickets300, LLC have filed a plan of reorganization in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Maurice B. VerStandig, Esq., 1630 1st Avenue N, Suite B PMB 24, Fargo, North Dakota, 58102, on or before October 7, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan.**

**If the plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**<u>Acceptance or Rejection of the Plan</u>**

The undersigned, the holder of a Class 3 claim against the Debtor:

*Check one box only*

☐ **Accepts the plan**

☐ **Rejects the plan**

**[Signature page follows]**

Dated: __________________

Print or type name: _________________________________

Signature: _________________________________

Title (if corporation or partnership) _________________________________

Address: _________________________________

_________________________________

_________________________________

Return this ballot to:

Maurice B. VerStandig, Esq.
THE DAKOTA BANKRUPTCY FIRM
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
mac@dakotabankruptcy.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re:<br><br>JADE PRESENTS, LLC<br><br>Debtor. | ) | Case No. 26-30438<br>(Chapter 11) |
| In re:<br><br>TICKETS300, LLC<br><br>Debtor | ) | Case No. 26-30439<br>(Chapter 11)<br><br>(Jointly Administered) |

**Class 3 Ballot for Accepting or Rejecting Plan of Reorganization**

Jade Presents, LLC and Tickets300, LLC have filed a plan of reorganization in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Maurice B. VerStandig, Esq., 1630 1st Avenue N, Suite B PMB 24, Fargo, North Dakota, 58102, on or before October 7, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan.**

**If the plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class 3 claim against the Debtor:

*Check one box only*

☒ **Accepts the plan**

☐ **Rejects the plan**

**[Signature page follows]**

Dated: 9-17-2026

Print or type name: Tammy Lapp-Harris

Signature: Tammy L Harris

Title (if corporation or partnership) ______________________

Address: 3609 Sandpiper Trl SE
Mandan ND 58554

Return this ballot to:

Maurice B. VerStandig, Esq.
THE DAKOTA BANKRUPTCY FIRM
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
mac@dakotabankruptcy.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>JADE PRESENTS, LLC<br><br>Debtor. | Case No. 26-30438<br>(Chapter 11) |
| In re:<br><br>TICKETS300, LLC<br><br>Debtor | Case No. 26-30439<br>(Chapter 11)<br><br>(Jointly Administered) |

**Class 3 Ballot for Accepting or Rejecting Plan of Reorganization**

Jade Presents, LLC and Tickets300, LLC have filed a plan of reorganization in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Maurice B. VerStandig, Esq., 1630 1st Avenue N, Suite B PMB 24, Fargo, North Dakota, 58102, on or before October 7, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan.**

**If the plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class 3 claim against the Debtor:

*Check one box only*

☒ **Accepts the plan**

☐ **Rejects the plan**

**[Signature page follows]**

Dated: 9-20-26

Print or type name: Teresa Schad

Signature: Teresa Schad

Title (if corporation or partnership) ____________________

Address: 205 Meadowlark Ln SW
#1
Melrose, MN 56352

Return this ballot to:

Maurice B. VerStandig, Esq.
THE DAKOTA BANKRUPTCY FIRM
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
mac@dakotabankruptcy.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re:<br><br>JADE PRESENTS, LLC<br><br>Debtor. | ) | Case No. 26-30438<br>(Chapter 11) |
| In re:<br><br>TICKETS300, LLC<br><br>Debtor | ) | Case No. 26-30439<br>(Chapter 11)<br><br>(Jointly Administered) |

**Class 3 Ballot for Accepting or Rejecting Plan of Reorganization**

Jade Presents, LLC and Tickets300, LLC have filed a plan of reorganization in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Maurice B. VerStandig, Esq., 1630 1st Avenue N, Suite B PMB 24, Fargo, North Dakota, 58102, on or before October 7, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan.**

**If the plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class 3 claim against the Debtor:

*Check one box only*

■ **Accepts the plan**

☐ **Rejects the plan**

**[Signature page follows]**

Dated: 9/11/2026

Print or type name: Tom Irsfeld

Signature: tom Irsfeld

Title (if corporation or partnership) ______________

Address: 4406 Timberline Dr.
Fargo, ND 58104
USA

Return this ballot to:

Maurice B. VerStandig, Esq.
THE DAKOTA BANKRUPTCY FIRM
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
mac@dakotabankruptcy.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re:<br><br>JADE PRESENTS, LLC<br><br>Debtor. | ) | Case No. 26-30438<br>(Chapter 11) |
| In re:<br><br>TICKETS300, LLC<br><br>Debtor | ) | Case No. 26-30439<br>(Chapter 11)<br><br>(Jointly Administered) |

**Class 3 Ballot for Accepting or Rejecting Plan of Reorganization**

Jade Presents, LLC and Tickets300, LLC have filed a plan of reorganization in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Maurice B. VerStandig, Esq., 1630 1st Avenue N, Suite B PMB 24, Fargo, North Dakota, 58102, on or before October 7, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan.**

**If the plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class 3 claim against the Debtor:

*Check one box only*

☒ **Accepts the plan**

☐ **Rejects the plan**

**[Signature page follows]**

Dated: September 10, 2026

Print or type name: Wallace T. Lang

Signature: Wallace T. Lang

Title (if corporation or partnership) n/a

Address: 2020 36th St. NE
Larimore, ND
58251

Return this ballot to:

Maurice B. VerStandig, Esq.
THE DAKOTA BANKRUPTCY FIRM
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
mac@dakotabankruptcy.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>JADE PRESENTS, LLC<br><br>Debtor. | Case No. 26-30438<br>(Chapter 11) |
| In re:<br><br>TICKETS300, LLC<br><br>Debtor | Case No. 26-30439<br>(Chapter 11)<br><br>(Jointly Administered) |

**Class 3 Ballot for Accepting or Rejecting Plan of Reorganization**

Jade Presents, LLC and Tickets300, LLC have filed a plan of reorganization in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Maurice B. VerStandig, Esq., 1630 1st Avenue N, Suite B PMB 24, Fargo, North Dakota, 58102, on or before October 7, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan.**

**If the plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class 3 claim against the Debtor:

*Check one box only*

☑ **Accepts the plan**

☐ **Rejects the plan**

**[Signature page follows]**

Dated: 9/10/26

Print or type name: WAYNE HOLLAND

Signature: Wayne Holland

Title (if corporation or partnership) ______________________

Address: 2815 9TH ST. N.
UNIT 3
FARGO ND. 58102

Return this ballot to:

Maurice B. VerStandig, Esq.
THE DAKOTA BANKRUPTCY FIRM
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
mac@dakotabankruptcy.com

**From:** Zach Thompson
**To:** Mac VerStandig
**Subject:** Re: In re Jade Presents, LLC, Case No. 26-30438 (Bankr. D.N.D. 2026) & In re Tickets300, LLC, Case No. 26-30439 (Bankr. D.N.D. 2026)
**Date:** Sunday, October 18, 2026 8:19:24 AM

---

accept

---

**From:** Mac VerStandig <mac@dakotabankruptcy.com>
**Sent:** Saturday, October 17, 2026 6:46 PM
**To:** Zach Thompson <z_thompson@hotmail.com>
**Subject:** RE: In re Jade Presents, LLC, Case No. 26-30438 (Bankr. D.N.D. 2026) & In re Tickets300, LLC, Case No. 26-30439 (Bankr. D.N.D. 2026)

Zach,

This was timely received but, for reasons I am confident to not be intentional, the file is unreadable. Would you mind either resending or simply responding with whether you vote to accept or reject the plan?

Thanks,

Maurice “Mac” VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (855) 987-DEBT
Local: (701) 394-3215
mac@dakotabankruptcy.com
http://www.dakotabankruptcy.com

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential. It is solely intended for use by the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and delete this communication.

**TAX ADVICE NOTICE**
Any tax advice included in this communication may not contain a full description of all

relevant facts or a complete analysis of all relevant tax issues or authorities. This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.

---

**From:** Zach Thompson <z_thompson@hotmail.com>
**Sent:** Tuesday, September 29, 2026 4:17 PM
**To:** Mac VerStandig <mac@dakotabankruptcy.com>
**Subject:** Re: In re Jade Presents, LLC, Case No. 26-30438 (Bankr. D.N.D. 2026) & In re Tickets300, LLC, Case No. 26-30439 (Bankr. D.N.D. 2026)

---

**From:** Mac VerStandig <mac@dakotabankruptcy.com>
**Sent:** Wednesday, September 9, 2026 1:47 PM
**To:** Mac VerStandig <mac@dakotabankruptcy.com>
**Cc:** Christianna Cathcart <christianna@dakotabankruptcy.com>
**Subject:** In re Jade Presents, LLC, Case No. 26-30438 (Bankr. D.N.D. 2026) & In re Tickets300, LLC, Case No. 26-30439 (Bankr. D.N.D. 2026)

If you are receiving this e-mail, you have filed one or more online proofs of claim in connection with the bankruptcy cases of Jade Presents, LLC and Tickets300, LLC.

The debtors in those two cases have proposed a plan of reorganization. A copy of that plan is attached, alongside a copy of a ballot that can be used to vote on the plan, and a copy of a court scheduling order governing the plan process.

The scheduling order contains important information and deadlines. Please be sure to read all of this carefully and please be especially careful to read the scheduling order carefully.

Regards,

Maurice "Mac" VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
mac@dakotabankruptcy.com
http://www.dakotabankruptcy.com

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**

Information contained in this transmission is attorney-client privileged and confidential. It is solely intended for use by the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and delete this communication.

**TAX ADVICE NOTICE**

Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities. This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.