IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 26-30438 |
| | ) | (Chapter 11) |
| JADE PRESENTS, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | Case No. 26-30439 |
| In re: | ) | (Chapter 11) |
| | ) | |
| TICKETS300, LLC | ) | (Jointly Administered) |
| | ) | |
| Debtor | ) | |
| | ) | |

**EXHIBIT LIST**

Comes now Jade Presents, LLC and Tickets300, LLC (the "Debtors"), by and through undersigned counsel, pursuant to this Honorable Court's *Amended Scheduling Order*, ECF No. 106, and give notice of the Debtors' intent to utilize the following exhibit in support of confirmation of the plan of reorganization, ECF No. 94, in these cases:

Debtor 101. Declaration of Jade Nielsen

Debtor 102. Proposed Amended Plan of Reorganization

Debtor 103. Redline Comparison of Proposed Amended Plan of Reorganization

Respectfully Submitted,

Dated: November 17, 2026

By: /s/ Maurice B. VerStandig

Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Counsel for the Debtors*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of November, 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig