| Claimant | Class | Jade Claims Register Number | Tickets300 Claims Register Number | Amount | Secured | Priority | Disputed | Insider |
|---|---|---|---|---|---|---|---|---|
| 1% Productions | 3 | | | $2,807.34 | | | | |
| 701 Wraps | 3 | | | $425.00 | | | | |
| All Season Motorsports | 3 | | | $1,483.50 | | | | |
| American Express National Bank | 3 | 24 | n/a | $40,355.50 | | | | |
| American Society of Composers, Authors and Publishers | 3 | 20 | n/a | $24,594.99 | | | | |
| American Welding & Gas, Inc. | 3 | | | $589.24 | | | | |
| Bergseth Bros. Co., Inc. | 3 | 9 | n/a | $19,000.00 | | | | |
| Bill Young Productions, Inc. | 3 | | | $1,375.00 | | | | |
| Blarney Stone Pub, LLC | 3 | | | $1,200.00 | | | | |
| Block 9 Hotel LLC | 3 | | | $500.00 | | | | |
| Blue Cross Blue Shield of ND | 3 | | | $7,344.98 | | | | |
| Blushed Beauty Bar, Inc. | 3 | | | $500.00 | | | | |
| BMI | 3 | | | $19,920.44 | | | | |
| Bravera Bank | 3 | 14 | n/a | $250,185.33 | | | | |
| Brennan's Garage, LLC | 3 | | | $1,500.00 | | | | |
| Brittany Muchow | 2 | n/a | n/a | $410.96 | | $410.96 | | |
| Carly Pritchard | 2 | 27 | n/a | $7,593.89 | | $7,593.89 | | |
| Carly Pritchard | 3 | 28 | n/a | $4,000.00 | | | | |
| Cellco Partnership d/b/a Verizon Wireless | 3 | $31.00 | n/a | $6,906.80 | | | | |
| Chub's Pub, LLC | 3 | | | $2,000.00 | | | | |
| City of Moorhead | 3 | 41 | n/a | $5,026.22 | | | | |
| Colonial Life Employee Benefit | 3 | | | $528.15 | | | | |
| Consumers | 3 | n/a | n/a | $105,746.42 | | | | |
| Courtney Ficek | 2 | 17 | n/a | $5,730.04 | | $5,730.04 | | |
| Courtney Ficek | 3 | 18 | n/a | $2,900.00 | | | | |
| Dack Daniel's Touring, Inc. | 3 | | | $15,150.00 | | | | |
| Dakota NFL Lions | 3 | 32 | n/a | $1,570.00 | | | | |
| Dakota Plains Mechanical | 3 | | | $4,715.59 | | | | |
| Dave Bernstein | 3 | 29 | n/a | $184,025.00 | | | | |
| Deanne Anderson | 3 | 13 | n/a | $245.30 | | | | |
| Dianna Bussinger | 3 | 36 | n/a | $336.45 | | | | |
| Duluth Entertainment Convention Center | 3 | 15 | n/a | $410.58 | | | | |
| Eide Bailly, LLP | 3 | | | $30,450.00 | | | | |
| Eli Young LLC | 3 | | | $14,800.00 | | | | |
| Emily Finley | 2 | 26 | n/a | $40,611.37 | | $17,150.00 | | |
| Emily Finley | 3 | 25 | n/a | $81,625.82 | | | | |
| Emo Night Brooklyn LLC d/b/a Gimme Gimme Disco | 3 | 5 | n/a | $5,836.40 | | | | |
| Emporium Presents, LLC | 3 | | | $17,691.75 | | | | |
| Essentia Health | 3 | | | $36,000.00 | | | | |
| Etix, Inc. | n/a | 42 | 7 | $479,389.51 | | | | |
| Fargo RentAll, Inc. | 3 | | | $1,103.70 | | | | |
| Fargo Theatre | 3 | 12 | n/a | $8,747.21 | | | | |
| Fargo Theatre Management Corporation | 3 | n/a | 1 | $17,580.95 | | | | |
| First Insurance Funding | 3 | n/a | n/a | $6,116.85 | | | | |
| FM Ambulance Service, Inc. | 3 | | | $1,715.16 | | | | |
| Fourteen Acres, Inc. | 3 | | | $720.00 | | | | |
| Global Tour Creatives, LLC | 3 | | | $2,985.00 | | | | |
| Grassland Web Design, Inc. | 3 | | | $720.00 | | | | |
| Holly Funding LLC | 3 | 39 | 6 | $161,527.50 | | | Yes | |
| Horizon Investments, LLC | 3 | 2 | n/a | $475,000.00 | | | | |
| Icon Entertainment Group | 3 | | | $58,710.43 | | | | |
| iHeartMedia, Inc. | 5 | 43 | n/a | $2,000.00 | | | Yes | |
| Information Management Systems | 3 | 7 | n/a | $4,400.00 | | | | |
| Internal Revenue Service | n/a | 1 | n/a | $228,254.69 | | $228,254.69 | Yes | |
| Internal Revenue Service | n/a | n/a | 2 | $21,969.51 | | $21,969.51 | Yes | |
| INTUIT FINANCING INC. | 5 | 45 | n/a | $15,282.11 | | | Yes | |
| INTUIT FINANCING INC. | 5 | n/a | 10 | $17,459.95 | | | Yes | |
| Jade Nielsen Properties | 4 | | | $112,266.07 | | | | Yes |
| Jade R Nielson | 4 | | | $1,570.79 | | | | Yes |
| Jiffy John's Inc. | 3 | | | $4,069.63 | | | | |
| JK & Sons, LLC DBA Broadway Rickshaw | 3 | 6 | n/a | $615.00 | | | | |
| Kerry King | 3 | | | $13,200.00 | | | | |
| Lanai Marketing | 3 | 38 | n/a | $10,675.00 | | | | |
| Lauren Nelson | 2 | n/a | n/a | $1,609.03 | | $1,609.03 | | |
| Legends Sports Bar & Grill | 3 | | | $2,000.00 | | | | |
| Leighton Broadcasting | 3 | | | $400.05 | | | | |
| Locals Love Us Fargo-Moorhead | 3 | | | $2,850.00 | | | | |
| Love Productions | 3 | | | $15,000.00 | | | | |
| Macro Technologies, Inc | 3 | | | $1,228.25 | | | | |
| Mark Music & Media Law | 3 | | | $12,500.00 | | | | |
| Martin Media Worldwide, LLC | 3 | | | $26,418.84 | | | | |
| Marvin Lumber and Cedar Company, LLC | 3 | | | $4,500.00 | | | | |
| Marvin Windows | 3 | | | $4,500.00 | | | | |
| Mary Dvorak | 3 | 21 | n/a | $736.80 | | | | |
| Medium Build Touring | 3 | | | $13,500.00 | | | | |
| Melissa Kucirek | 3 | 19 | n/a | $2,000.00 | | | | |
| Midco-Business | 3 | | | $438.21 | | | | |
| Midwest Bank | 3 | | | $100,000.00 | | | | |
| Midwest Bank | 3 | | | $250,000.00 | | | | |
| Midwest Radio of Fargo-Moorhead | 3 | | | $1,322.60 | | | | |
| Minnesota Dept of Revenue | n/a | 3 | n/a | $8,207.65 | | $6,893.53 | | |

| Claimant | Class | Jade Claims Register Number | Tickets300 Claims Register Number | Amount | Secured | Priority | Disputed | Insider |
|---|---|---|---|---|---|---|---|---|
| Minnesota Dep't of Revenue | n/a | 44 | n/a | $979.67 | | $651.99 | | |
| Mischelle Highman | 3 | n/a | 8 | $138.68 | | | | |
| Moen Portables & Septic | 3 | | | $644.25 | | | | |
| Neil A. Van Dam | 3 | | | $6,500.00 | | | | |
| Neustel Law Offices, LTD | 3 | | | $1,567.50 | | | | |
| Nichole Parkhouse | 3 | n/a | 5 | $400.00 | | | | |
| Nocturnal Hospitality Group | 4 | | | $19,980.00 | | | | Yes |
| Nocturnal Resources, LLC | 4 | | | $835.92 | | | | Yes |
| North Canna Co. | | | | $1,750.00 | | | | |
| North Dakota Office of State Tax | n/a | n/a | 9 | $9,376.75 | | $8,935.00 | | |
| OneWealth LLC | 3 | | | $6,750.00 | | | | |
| Online, LLC | 3 | | | $5,345.14 | | | | |
| Piffilicious Inc. | 3 | 16 | n/a | $12,500.00 | | | | |
| Prairie Public Broadcasting, Inc. | 3 | | | $11,497.45 | | | | |
| Premier Label Water Co. | 3 | | | $3,629.64 | | | | |
| Radio FM Media | 3 | 10 | n/a | $6,669.95 | | | | |
| Radisson Blu | 3 | | | $2,382.50 | | | | |
| Republic National Distributing Company | 3 | | | $12,500.00 | | | | |
| Rifle Bird Music LLC | 3 | | | $801.07 | | | | |
| Rocket Capital NY, LLC | 3 | 4 | n/a | $224,750.00 | | | Yes | |
| Rosewild | 3 | | | $600.00 | | | | |
| RSK Touring, LLC | 3 | | | $47,089.79 | | | | |
| Sheala LLC | 3 | | | $600.00 | | | | |
| Sheffield Financial, a division of Truist Bank | 3 | 11 | n/a | $24,204.08 | | | | |
| Shelby Jondahl | 3 | 40 | n/a | $3,763.07 | | | | |
| Slainte Hotel Properties, LLC | 3 | | | $500.00 | | | | |
| Solitary Properties | 3 | | | $206,662.92 | | | | |
| Sound Central | 3 | | | $2,175.57 | | | | |
| Star Entertasinment USA, Inc. | 3 | | | $33,528.75 | | | | |
| Steel Panther Inc. | 3 | | | $1,500.00 | | | | |
| Tanner Montgomery Nickerson | 3 | | | $1,625.00 | | | | |
| The White House & Vintage Rentals LLC | 3 | | | $969.75 | | | | |
| Tickets300, LLC | 3 | | | $125,934.53 | | | | Yes |
| Tribute Drama Productions, LLC | 3 | | | $7,500.00 | | | | |
| U.S. Bank NA dba Elan Financial Services | 3 | 8 | n/a | $15,113.84 | | | | |
| US Small Business Administration | 1, 3 | 30 | 3 | $153,556.89 | $100,000.00 | | | |
| U-Save Car Rental | 3 | | | $163.66 | | | | |
| VIP Catering | 3 | | | $640.65 | | | | |
| Visit Fargo-Moorhead | 3 | | | $5,000.00 | | | | |
| Waabigwan Mashkiki | 3 | | | $9,000.00 | | | | |
| Wheatus | 3 | | | $900.00 | | | | |
| William Morris Endeavor Entertainment, LLC | 3 | 33 | n/a | $30,000.00 | | | | |
| William Morris Endeavor Entertainment, LLC | 3 | 34 | n/a | $225,000.00 | | | | |
| William Morris Endeavor Entertainment, LLC | 3 | 35 | n/a | $75,000.00 | | | | |
| William Morris Endeavor Entertainment, LLC | 3 | 37 | n/a | $95,000.00 | | | | |
| Winterfell Management, LLC | 3 | | | $10,853.66 | | | | |
| Wolfman Productions Inc. | 3 | | | $11,173.79 | | | | |
| Zachary Click | 2 | 22 | n/a | $13,384.62 | | $13,384.62 | | |
| Zachary Click | 3 | 23 | n/a | $21,000.00 | | | | |