IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re:<br><br>JADE PRESENTS, LLC<br><br>Debtor. | )<br>)<br>)<br>)<br>)<br>) | Case No. 26-30438<br>(Chapter 11) |
| In re:<br><br>TICKETS300, LLC<br><br>Debtor | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 26-30439<br>(Chapter 11)<br><br>(Joint Administration<br>Motion Pending) |

**MOTION TO APPEAR**
**<u>AT HEARING VIA VIDEOCONFERENCE</u>**

Come now Jade Presents, LLC and Tickets300, LLC (the "Debtors"), by and through undersigned counsel, pursuant to Local Rule 5001-2(B), and move to permit counsel and the principal of both Debtors to appear at confirmation hearing on November 19, 2026, via video conference, and in support thereof state as follows:

It appears confirmation of these matters will proceed with minimal—if any—opposition, and there is accordingly some hope the hearing will prove relatively brief. There is, equally, an economic pragmatism in appearing remotely and avoiding costs of travel and attendance at court (in candor, a decision to appear remotely was made before most objections to confirmation were resolved). Given the court's proficiency with video conferencing, it is believed this will allow for a smooth and seamless hearing, with far more contentious evidentiary matters having been handled remotely in the past.

WHEREFORE, the Debtors respectfully pray counsel and their principal be permitted to appear, on November 19, 2026, via video conference, and for such other and further relief as may be just and proper.

Respectfully Submitted,

Dated: November 19, 2026 By: /s/ Maurice B. VerStandig

Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Counsel for the Debtors*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of November, 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig