**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

**In re:**

**Jade Presents, LLC** **Bankr. No. 26-30438**

**Debtor.** **Chapter 11**

**In re:**

**Tickets 300, LLC** **Bankr. No. 30439**

**Debtor.** **Chapter 11**

---

**MOTION TO APPEAR BY VIDEO CONFERENCE**

---

1. Mary Sieling, the subchapter v trustee, respectively moves this Court to enter an order under Local Rule 5001-2 allowing her to appear by video conference at the confirmation hearing scheduled on November 19, 2026.

2. I do not have an objection to the modified plan. Travel for such a limited purpose would be burdensome and expensive.

WHEREFORE, the subchapter v trustee requests that she be allowed to appear by video conference.

Dated: November 18, 2026 SIELING LAW, PLLC

By: *s/ Mary F. Sieling*
Mary F. Sieling
12800 Whitewater Dr, Ste. 100, #3201
Minnetonka, MN 55343
Phone: 612-325-1191
Email:mary@sielinglaw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

**In re:**

| | |
|---|---|
| **Jade Presents, LLC** | **Bankr. No. 26-39438** |
| **Debtor.** | **Chapter 11** |

**In re:**

| | |
|---|---|
| **Tickets 300, LLC** | **Bankr. No. 30439** |
| **Debtor.** | **Chapter 11** |

---

## CERTIFICATE OF SERVICE

---

Mary Sieling hereby certifies that a true and correct copy of the document was electronically transmitted via CM/ECF.

Dated: November 18, 2026

/s/ Mary Sieling
Mary Sieling