**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

**In re:**

| | |
|---|---|
| **Jade Presents, LLC** | **Bankr. No. 26-30438** |
| **Debtor.** | **Chapter 11** |

**In re:**

| | |
|---|---|
| **Tickets 300, LLC** | **Bankr. No. 30439** |
| **Debtor.** | **Chapter 11** |

---

# MOTION TO APPEAR BY VIDEO

---

1. Sarah J. Wencil, Trial Attorney for the U.S. Trustee (UST), respectively moves this Court to enter an order under Local Rule 5001-2 allowing her to appear by video at the hearing scheduled on November 19, 2026 at 10:30 a.m. on Confirmation Hearing On (94) Chapter 11 Small Business Subchapter V Plan of Reorganization filed by Debtor Jade Presents, LLC, and Tickets300, LLC and (Doc. 122) the Proposed Amended Plan of Reorganization.

2. The UST's motion to convert was set by video conference at the same time as confirmation; however, the UST withdrew that motion earlier on this date. The UST does not have an outstanding objection to confirmation, and it would be burdensome to appear in person.

WHEREFORE, Counsel requests that she be allowed to appear by video.

Dated: November 18, 2026

MARY R. JENSEN
ACTING U.S. TRUSTEE REGION 12

/s/ Sarah J. Wencil
Sarah J. Wencil
Office of the U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth St.
Minneapolis, MN 55415
Telephone: (612) 334-1366
Sarah.J.Wencil@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

**In re:**

| | |
|---|---|
| **Jade Presents, LLC** | **Bankr. No. 26-39438** |
| **Debtor.** | **Chapter 11** |

**In re:**

| | |
|---|---|
| **Tickets 300, LLC** | **Bankr. No. 30439** |
| **Debtor.** | **Chapter 11** |

---

## CERTIFICATE OF SERVICE

---

Sarah J. Wencil, an employee of the U.S. Trustee office, hereby certifies that a true and correct copy of the document was electronically transmitted via CM/ECF.

Dated: November 18, 2026

/s/ Sarah J. Wencil
Sarah J. Wencil