**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re:<br><br>Jade Presents, LLC,<br><br>Debtor. | Case No. 26-30438<br><br>Chapter 11, Subchapter V |
| In re:<br><br>Tickets300, LLC,<br><br>Debtor. | Case No. 26-30439<br><br>Chapter 11, Subchapter V<br><br>(Jointly Administered) |

**MOTION FOR LEAVE OF COURT TO APPEAR BY VIDEO CONFERENCE**

Caren W. Stanley, counsel to Bravera Bank ("Movant"), respectively moves this Court to enter an order under Local Rule 5001-2 allowing the appearance by the undersigned counsel by video conference at the hearing on November 18, 2026 at 10:30 a.m. ("Hearing") respecting the following matter:

- Confirmation of the Joint Subchapter V Plan of Reorganization of Jade Presents, LLC and Tickets300, LLC (Doc. 94)

and any other matters scheduled to take place during the Hearing.

The undersigned makes the request to appear by video conference at the Hearing to save time and expense associated with physical travel and appearance at the Hearing. The request to attend the Hearing by video conference will not cause any undue hardship to the parties herein.

WHEREFORE, Movant requests that she be allowed to appear by video conference at the Hearing.

Dated: November 18, 2026. **VOGEL LAW FIRM**

BY: */s/ Caren W. Stanley*
Caren W. Stanley (#06100)
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
Telephone: (701) 237-6983
Email: cstanley@vogellaw.com
ATTORNEYS FOR BRAVERA BANK

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of November, 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

*/s/ Caren W. Stanley*
Caren W. Stanley