**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

---

| | |
|---|---|
| In re:<br><br>JADE PRESENTS, LLC,<br><br>Debtor. | <br><br>Case No. 26-30438<br>Chapter 11 – Subchapter V |
| In re:<br><br>TICKETS300, LLC,<br><br>Debtor. | Case No. 26-30439<br>Chapter 11 – Subchapter V<br><br>(Jointly Administered) |

---

## MOTION FOR LEAVE OF COURT TO APPEAR BY VIDEO CONFERENCE

---

David M. Tanabe, counsel to Etix, Inc. ("Movant"), respectfully moves this Court to enter an order under Local Rule 5001-2 allowing the appearance by the undersigned counsel to appear at a hearing on November 19, 2026, at 10:30 a.m. ("Hearing") respecting the following matters:

- Confirmation of the Debtors' Subchapter V Plan of Reorganization

and any other matters scheduled to take place during the Hearing.

The undersigned makes the request to appear by video conference at the Hearing due to the distance between his office in Minneapolis, Minnesota and the Court in Fargo, North Dakota, and to save time and expense by not having to travel. The request to attend the Hearing by video conference will not cause any undue hardship to the parties herein.

WHEREFORE, Movant requests that he be allowed to appear by video conference at the Hearing.

Dated this 18th day of November, 2026.

**MESSERLI & KRAMER P.A.**

*/s/ David M. Tanabe*
David M. Tanabe (ND #10117)
50 S. Sixth St., Ste. 2300
Minneapolis, MN 55402
Phone: 612.672.3600
Email: dtanabe@messerlikramer.com

**ATTORNEYS FOR ETIX, INC.**

## CERTIFICATE OF SERVICE

I, David M. Tanabe, hereby certify that on November 18, 2026, I electronically filed the foregoing document with the Clerk of Court using the Court's ECF system, which will send notification of such filing to all registered participants.

*/s/ David M. Tanabe*
David M. Tanabe