**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

---

In re:

Jade Presents, LLC,

Debtor.

Case No. 26-30438
Chapter 11

---

**DECLARATION OF ERIK A. AHLGREN**

---

I, Erik A. Ahlgren, declare as follows:

1. I am an attorney duly licensed to practice law in Minnesota and North Dakota.
2. I submit this Declaration in support of my proposed appointment as Estate Representative pursuant to Section 7.02 of the Plan of Reorganization for Jade Presents, LLC.
3. Section 7.02 of the Plan provides for the appointment of an Estate Representative to take charge of the Debtors' asserted and unasserted litigation rights on the Effective Date and to work toward their efficient liquidation.
4. I have not represented the Debtor, Jade Presents, LLC.
5. I have not represented any creditor with respect to a claim against the Debtor.
6. I currently represent Midwest Bank in a collection action against Jade R. Nielsen in his capacity as guarantor of a debt owed by Jade Presents, LLC and in connection with the foreclosure of real estate owned by 701 Collective, LLC and pledged as security for the same debt.

7. I have not represented Midwest Bank with respect to any claim against the Debtor.

8. I do not believe that my representation of Midwest Bank with respect to actions against Jade R. Nielsen or 701 Collective, LLC would impair my ability to serve impartially and independently as Estate Representative.

9. I believe that I am disinterested with respect to the Debtor and its bankruptcy estate and that I am qualified to serve as Estate Representative under the Plan.

10. I make this Declaration based upon my personal knowledge and in support of my proposed appointment as Estate Representative.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 20, 2026.

Erik Ahlgren

Erik A. Ahlgren