United States Bankruptcy Court
District of North Dakota

In re:
Jade Presents, LLC
Debtor

Case No. 26-30438-skh
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0868-3 User: admin Page 1 of 2
Date Rcvd: Nov 20, 2026 Form ID: pdf2some Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Jade Presents, LLC, 1320 First Avenue North, Fargo, ND 58102-4202 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Anthony F. Giuliano | on behalf of Interested Party Holly Funding LLC afg@glpcny.com afg@ecf.courtdrive.com |
| Caren Stanley | on behalf of Creditor Horizon Investments LLC cstanley@vogellaw.com, lstanley@vogellaw.com;kjohnson@vogellaw.com |
| Caren Stanley | on behalf of Creditor Bravera Bank cstanley@vogellaw.com lstanley@vogellaw.com;kjohnson@vogellaw.com |
| Caren Stanley | on behalf of Interested Party DFI AU LLC cstanley@vogellaw.com lstanley@vogellaw.com;kjohnson@vogellaw.com |
| Christianna A. Cathcart | on behalf of Debtor Jade Presents LLC christianna@dakotabankruptcy.com, Cathcart.ChristiannaB114029@notify.bestcase.com |
| Christianna A. Cathcart | on behalf of Debtor Tickets300 LLC christianna@dakotabankruptcy.com, Cathcart.ChristiannaB114029@notify.bestcase.com |

David Tanabe
on behalf of Creditor Etix Inc. dtanabe@messerlikramer.com, bkillingfunches@messerlikramer.com

David Tanabe
on behalf of Interested Party Tickets300 LLC dtanabe@messerlikramer.com, bkillingfunches@messerlikramer.com

John M Krings, Jr.
on behalf of Defendant Newco Capital Group VI LLC john@kdlawpartners.com janae@kdlawpartners.com

Kesha Tanabe
on behalf of Creditor Horizon Investments LLC ktanabe@vogellaw.com, lstanley@vogellaw.com;kjohnson@vogellaw.com

Kesha Tanabe
on behalf of Creditor Bravera Bank ktanabe@vogellaw.com lstanley@vogellaw.com;kjohnson@vogellaw.com

Mary F Sieling
on behalf of Trustee Mary F Sieling mary@sielinglaw.com

Mary F Sieling
mary@sielinglaw.com

Maurice VerStandig
on behalf of Debtor Jade Presents LLC mac@mbvesq.com,
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
on behalf of Debtor Tickets300 LLC mac@mbvesq.com,
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
on behalf of Interested Party Tickets300 LLC mac@mbvesq.com,
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
on behalf of Plaintiff Jade Presents LLC mac@mbvesq.com,
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Melissa H Burkland
on behalf of Creditor USA/SBA Melissa.Burkland@usdoj.gov
Margo.Kern@usdoj.gov;Amber.Ripplinger@usdoj.gov;usand.bankruptcyeast@usdoj.gov;CaseView.ECF@usdoj.gov

Melissa H Burkland
on behalf of Creditor USA/IRS Melissa.Burkland@usdoj.gov
Margo.Kern@usdoj.gov;Amber.Ripplinger@usdoj.gov;usand.bankruptcyeast@usdoj.gov;CaseView.ECF@usdoj.gov

Michael David Mueller
on behalf of Creditor Etix Inc. mmueller@williamsmullen.com, avaughn@williamsmullen.com;jvantine@williamsmullen.com

Sarah J. Wencil
on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov

Shanna M. Kaminski
on behalf of Defendant Unique Funding Solutions LLC skaminski@kaminskilawpllc.com

Shanna M. Kaminski
on behalf of Defendant Rocket Capital NY LLC skaminski@kaminskilawpllc.com

Tiffany J Grossman
on behalf of Interested Party North Dakota Office of Attorney General tgrossman@nd.gov

United States Trustee
USTPRegion12.SX.ECF@usdoj.gov

TOTAL: 25

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In Re:

Jade Presents, LLC,

Debtor.
___________________________________/

Bankruptcy No. 26-30438
Chapter 11, Subchapter V

In Re:

Tickets300, LLC,

Debtor.
___________________________________/

Bankruptcy No. 26-30439
Chapter 11, Subchapter V

(Jointly Administered)

**ORDER CONFIRMING DEBTORS' AMENDED SUBCHAPTER V PLAN OF REORGANIZATION**

Debtors Jade Presents, LLC and Tickets300, LLC filed their Subchapter V Plan of Reorganization of Jade Presents, LLC and Tickets300, LLC, on September 4, 2026. Doc. 94. Debtors served their Plan with the Court's Amended Scheduling Order on October 27, 2026. Docs. 106, 120. The Court received the following objections to the Plan: United States Trustee (Doc. 113), Subchapter V Trustee (Doc. 116), United States of America, Small Business Administration (Doc. 117), and United States of America, Internal Revenue Service (Doc. 118).

On November 17, 2026, Debtors filed their Exhibit List for Confirmation, which included a proposed First Amended Subchapter V Plan of Reorganization of Jade Presents, LLC and Tickets300, LLC, a redlined version of this plan and the Declaration of Jade Nielsen. Doc. 122.

The United States (both the IRS and the SBA) filed a Reply of No Objection to Document 122. Doc. 123. The United States Trustee and the Subchapter V Trustee also filed a Reply of No Objection to Document 122. Docs. 124, 128.

The Court held a confirmation hearing on November 19, 2026. At the hearing, the United States Trustee, United States and the Subchapter V Trustee verified that they assert no objection to the Court confirming the proposed First Amended Plan filed as Document 122-2.

During the hearing, Debtors represented that every proposed amendment to the plan is uniformly more beneficial to creditors, or, at worst, agnostic as to the treatment of each and every creditor, and there is no need to re-ballot or otherwise serve the amended plan prior to confirmation. Upon review of the First Amended Plan with the revisions Debtors proposed during the hearing and the evidence received, the Court finds that the revisions, additions and deletions in the proposed First Amended Plan do not materially or adversely affect the substantive rights of creditors and other interested parties who received notice of the original plan. See Fed. R. Bankr. P. 3019(a).

On November 19, 2026, Debtors filed their First Amended Subchapter V Plan of Reorganization of Jade Presents, LLC and Tickets300, LLC with the revisions proposed at the hearing. See Doc. 144. Debtors also filed the Declaration of Erik A. Ahlgren, Exhibit A to the First Amended Plan and a redlined comparison copy of the Plan. See Doc. 144.

Based on the First Amended Subchapter V Plan of Reorganization of Jade Presents, LLC and Tickets300, LLC [Doc. 144], the First Amended Plan exhibits, the Declaration of Jade Nielsen [Doc. 122-1] and the Declaration of Eric A. Ahlgren [Doc. 144-3], and other documents filed in this case, the Court also finds:

1. The First Amended Plan includes a brief history of Debtors' business operations, a liquidation analysis and projections showing Debtors' ability to make payments under the First Amended Plan.

2. The evidence suggests the proponent of the First Amended Plan of Reorganization complied with the applicable provisions of Chapter 11.

3. Debtors are making their best efforts and have proposed the First Amended Plan in good faith and not by any means forbidden by law.

4. Debtors disclosed the identity and affiliations of the individual who will serve as the Estate Representative after confirmation of the Plan. Under the terms of the First Amended Plan, no insider will be employed or retained by the reorganized debtor.

5. The liquidation analysis and other evidence establishes that, with respect to each impaired class, each holder of an Allowed Claim has voted to accept the First Amended Plan or will receive under the Plan on account of such Allowed Claim property of a value, as of the Effective Date, that is not less than the amount such holder would receive if Debtors liquidated their assets on the Effective Date under Chapter 7 of the Bankruptcy Code. The requirements of 11 U.S.C. § 1129(a)(7) are satisfied.

6. All classes are impaired under the First Amended Plan. Only one class voted to accept the First Amended Plan.

7. Although the First Amended Plan does not provide for payment of Class 2 claims on the Effective Date of the Plan, the Plan provides that the members of Class 2 are deemed to agree with this treatment. No Class 2 member objected to the delay in payment. The First Amended Plan complies with 11 U.S.C. § 1129(a)(9).

8. The First Amended Plan is a liquidation plan. Debtors propose to sell their assets and appoint an Estate Representative to pursue litigation to pay creditors. The Plan provides the only path reasonably likely to generate funds to disburse to claimants. Debtors are not likely to need further financial reorganization or liquidation. The First Amended Plan provides for appropriate remedies in the event Debtors default under the Plan.

9. Debtors represented that they paid all fees payable under 11 U.S.C. § 1129(a)(12).

10. The term of the First Amended Plan is reasonable and appropriate under the circumstances.

11. The First Amended Plan of Reorganization is a nonconsensual plan under 11 U.S.C. § 1191(b). Of the six classes listed in the Plan, only Class 3 voted to accept the Plan. The Court finds that the First Amended Plan does not discriminate unfairly and is fair and equitable with respect to each of the claims or interests that are impaired under, and have not accepted, the Plan.

12. Based on the terms of the First Amended Plan, the Estate Representative will act as disbursing agent. The Subchapter V Trustee shall perform the other duties listed in section 1183(b).

13. The First Amended Plan meets the other applicable requirements of 11 U.S.C. §§ 1129(a) and 1191.

14. The Court authorizes the substantive consolidation proposed by Debtors in Section 7.01 of the First Amended Plan.

15. The Court does not adopt the legal conclusions included in the First Amended Plan.

Accordingly, IT IS ORDERED that Debtors' First Amended Subchapter V Plan of Reorganization of Jade Presents, LLC and Tickets300, LLC [Doc. 144] is CONFIRMED under 11 U.S.C. § 1191(b).

Dated: November 20, 2026.

Shon Hastings

SHON HASTINGS, JUDGE
U.S. BANKRUPTCY COURT

Copy served electronically November 20, 2026, to Attorney Christianna Cathcart and Maurice VerStandig for service.