**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:

Jade Presents, LLC,

Debtor.

Case No. 26-30438

Chapter 11, Subchapter V

---

In Re:

Tickets 300, LLC

Debtor.

Case No. 26-30439

Chapter 11, Subchapter V

**JOINTLY ADMINISTERED**

## APPLICATION FOR INTERIM ALLOWANCE OF COMPENSATION AND REIMBRUSEMENT OF EXPENSES

1. Mary Sieling, the Subchapter V trustee, gives notice of her application for allowance of compensation.

2. Any written response to this application must be served and filed not later than **December 15, 2026. If no response to the application is filed, the court may enter an order without further notice or a hearing**.

3. This court has jurisdiction over this application under 28 U.S.C. §§ 157 and 1334, Fed. R. Bankr. P. 5005. This proceeding is a core proceeding. The petition commencing this case under chapter 11, subchapter V, was filed on June 6, 2026. The case is now pending in this court. This application arises under 11 U.S.C. §§ 326 and 330. This application is filed under Fed. R. Bankr. P. 2016.

4. On June 10, 2026, Mary Sieling was appointed as the subchapter V trustee in this case. The applicant has made one other application for compensation in this bankruptcy case, which fees were approved by the court and paid by the Debtor. A plan of reorganization has been confirmed.

5. To the best of the applicant's belief, there are other unpaid administrative expenses, including those owed to the debtor's bankruptcy attorney.

6. The applicant has not made an agreement and there is no understanding between the applicant and any other entity for the sharing of compensation to be received for services rendered in connection with this case.

7. The applicant has performed actual and necessary services in the exercise and furtherance of her duties under the bankruptcy code. Attached as Exhibit A is a statement of fees incurred July 28, 2026 through November 23, 2026, and billed at an hourly rate of $330.00. The applicant expended a total of 9.9 hours for services rendered during the time described and requests allowance of compensation of $3,267.00. The following sets forth in narrative form the services rendered as Subchapter V trustee: The applicant analyzed the plan of reorganization, corresponded with the debtor's attorney and attorney for the U.S. Trustee regarding the plan and modification, and drafted an objection to the plan. The applicant communicated with various creditors regarding the case. The applicant reviewed the debtor's monthly operating reports and submitted her monthly reports to the U.S. Trustee's office. The applicant participated in the continued 341 meeting of creditors and confirmation hearing.

8. The applicant incurred actual and necessary expenses of $253.0 for the service of this application, including postage costs and requests reimbursement.

**WHEREFORE,** applicant requests the court enter an order allowing compensation in the amount of $3,520.00 for fees and reimbursement of expenses for the period of July 28, 2026 through November 23, 2026 and authorizing the Debtor to pay such amount to the trustee.

Dated: November 24, 2026

By: *s/ Mary F. Sieling*

Mary F. Sieling, Subchapter V Trustee
12800 Whitewater Dr, Ste. 100, #3201
Minnetonka, MN 55343
Phone: 612-325-1191 Email:mary@sielinglaw.com

**Verification**: I, Mary Sieling, verify that everything in the foregoing application is true.

Dated: November 24, 2026 By: *s/ Mary F. Sieling*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:

Jade Presents, LLC,

Debtor.

Case No. 26-30438

Chapter 11, Subchapter V

In Re:

Tickets 300, LLC

Debtor.

Case No. 26-30439

Chapter 11, Subchapter V

**JOINTLY ADMINISTERED**

**ORDER**

This matter came before the court on the application of Mary Sieling, Subchapter V trustee, for allowance of compensation.

**IT IS ORDERED:**

1. The application is allowed in the amount of $3,267.00 for fees and $253.00 for reimbursement of expenses.

2. The debtor is authorized to pay the subchapter V trustee, Mary Sieling, the sum of $3,520.00 which represents the award for total fees and expenses incurred between July 28, 2026 and November 23, 2026.

Dated:

________________________________
Judge Shon Hastings
United States Bankruptcy Judge

**Sieling Law, PLLC**

12800 Whitewater Dr 100, # 3201
Minnetonka, MN 55343
**(612) 325-1191**

# INVOICE

**NO. 10082**
**11/23/2026**

## Jade Presents, LLC, Bankruptcy
## 26-30438

**ATTORNEY**
## Sieling, Mary

### Billable Items

| Date | Item Details | Performed By | Amount |
|---|---|---|---|
| 08/04/2026 | Attorney Note: Respond to question to creditor question by email (.2); return calls of two creditors re case (.3) (08/04/2026) | Mary Sieling | $165.00 |
| 08/17/2026 | Attorney Note: Email debtor's attorney re case (.1); send monthly report to UST (.1) (08/17/2026) | Mary Sieling | $66.00 |
| 08/27/2026 | Attorney Note: Review debtor's monthly operating report (.1) (08/27/2026) | Mary Sieling | $33.00 |
| 09/05/2026 | Attorney Note: Submit monthly report for UST (.1) (09/05/2026) | Mary Sieling | $33.00 |
| 09/15/2026 | Attorney Note: Analyze plan (.8); several emails with UST re case and plan (.3) (09/15/2026) | Mary Sieling | $363.00 |
| 09/17/2026 | Attorney Note: Analyze UST's motion to convert (.4) (09/17/2026) | Mary Sieling | $132.00 |
| 09/21/2026 | Attorney Note: Review debtor's mor (.1) (09/21/2026) | Mary Sieling | $33.00 |
| 09/22/2026 | Attorney Note: Draft joinder to UST motion to convert (.4) (09/22/2026) | Mary Sieling | $132.00 |
| 10/06/2026 | Attorney Note: Several emails with UST re case (.3); draft monthly report for UST (.1) (10/06/2026) | Mary Sieling | $132.00 |
| 10/13/2026 | Attorney Note: Email with debtor's attorney re case (.1) (10/13/2026) | Mary Sieling | $33.00 |
| 10/14/2026 | Attorney Note: Participate in continued meeting of creditors (2.1) (10/14/2026) | Mary Sieling | $693.00 |
| 10/15/2026 | Attorney Note: Emails with UST re status of case and motion to convert (.3) (10/15/2026) | Mary Sieling | $99.00 |
| 10/21/2026 | Attorney Note: Draft objection to plan (1.2) (10/21/2026) | Mary Sieling | $396.00 |
| 10/23/2026 | Attorney Note: Analyze objection to motion to convert (.3) (10/23/2026) | Mary Sieling | $99.00 |
| 11/05/2026 | Attorney Note: Draft and submit monthly report for UST (.1) (11/05/2026) | Mary Sieling | $33.00 |
| 11/16/2026 | Attorney Note: Email debtor's attorney re plan and confirmation hearing (.3) (11/16/2026) | Mary Sieling | $99.00 |

## Billable Items

| Date | Item Details | Performed By | Amount |
|---|---|---|---|
| 11/18/2026 | Attorney Note: Analyze redline plan (.4); Email with various parties re plan and withdraw objection to plan (.3); draft motion to appear by video (.2) (11/18/2026) | Mary Sieling | $297.00 |
| 11/19/2026 | Attorney Note: Prepare for and participate in confirmation hearing (.5) (11/19/2026) | Mary Sieling | $165.00 |
| 11/20/2026 | Attorney Note: Call with Erik Ahlgren re case (.2) (11/20/2026) | Mary Sieling | $66.00 |
| 11/22/2026 | Attorney Note: Draft application for fees (.6) (11/22/2026) | Mary Sieling | $198.00 |
| 11/23/2026 | Service of fee application | | $253.00 |

INVOICE TOTAL **$3,520.00**

## Payments

| Date | Received By | Pay Method | Status | Amount |
|---|---|---|---|---|
| *No payments received* | | | | |

TOTAL PAYMENTS **$0.00**

BALANCE **$3,520.00**

THANK YOU FOR YOUR BUSINESS



Exhibit A