STATEMENT IN SUPPORT OF PROOF OF CLAIM
UNPAID WAGES

Debtor: Jade Presents, LLC
Case No.: 26-30438
Creditor: Courtney Ficek

This claim is for wages earned while I was employed by Jade Presents, LLC but not paid before the company ceased operations.

Jade Presents failed to pay me for the following scheduled payroll dates:

- January 9, 2026
- January 23, 2026

The January 9 payment does not appear as an issued payment in the attached Pro Resources payroll records. The January 23 payment appears in the payroll records with an amount of $0.00. I did not receive payment for either payroll date.

I have attached an email from Jade Presents management concerning the unpaid checks. The email identifies the amounts as “Payroll Back Pay” and provides the following calculation:

January 9, 2026 payroll:
Gross wages: $4,038.47
Calculated deductions and taxes: $1,173.45
Calculated net pay: $2,865.02

January 23, 2026 payroll:
Gross wages: $4,038.47
Calculated deductions and taxes: $1,173.45
Calculated net pay: $2,865.02

Total gross wages: $8,076.94
Total calculated net pay: $5,730.04

No payment was received for either payroll date before Jade Presents ceased operations or filed for bankruptcy.

Supporting Documents

Exhibit A – Email from Jade Presents Management Regarding Payroll Back Pay
Exhibit B – Pro Resources Payroll Register
Exhibit C – Copy of January 23, 2026 Pay Stub

I submit these documents in support of my Proof of Claim for unpaid wages.

Outlook

## Courtney Ficek Payroll Back Pay

**From** Zach Click <zach@jadecompanies.com>
**Date** Tue 2026-05-26 11:36 AM
**To** Jade Nielsen <jade@jadecompanies.com>
**Cc** Courtney Ficek <Courtney@jadepresents.com>; Shelby Jondahl <shelby@jadecompanies.com>

Please take a look and let me know if there are any discrepancies

| | Gross Pay | Deductions | Taxes | Net Pay |
|---|---|---|---|---|
| 1.9.26 | $ 4,038.47 | $ 371.57 | $ 801.88 | $ 2,865.02 |
| 1.23.26 | $ 4,038.47 | $ 371.57 | $ 801.88 | $ 2,865.02 |

Thanks,
Zach

Zachary Click
VP & OPERATIONS

E: zach@jadecompanies.com
W: jadecompanies.com
P: 701-219-9518
A: 1320 1st Ave N, Fargo, ND 58102

Jade Presents / Tickets300 / Nocturnal Resources / JNP / 701 Collective / Solitary Properties / Nice Barber Co / etc….


b_410_0425-form.pdf
form-b410_1224_instructions
Dirty Work | YouTube Music
$$$ - Google Drive
Pro Resources
Ask Gemini
prohr.prosoftware.com/master.aspx#employeecheckhistory?unique=So2T4GBJR2MKjEKfhkduapfPeJ%2frHv4IDqlu8CkOo3nYj%2fgYPBENZ9CTQyMQePiVFSi4YCi...
New Chrome available
YouTube Music
makeup
Household
Clothes
Food
Family Tree
jobs
Wytch
Graphics & Photo...
Bookmarks
PaycheckCity.com...
Personal Loans | P...
mystudentloanonli...
Home
email
All Bookmarks
Select Language
01 1207 Jade Presents LLC
7012149937
Search...
Home
My Payroll Information
Check History
Year To Date
W2 / 1099s
Documents
eBenefits
Change Request
HR Manager
v4.47.0
Check History
Return Home
Print Selected Checks
2026
SEARCH...
Check Date
Gross Pay
Net Pay
Check Number
Payroll
01/23/2026
$0.00
$0.00
119141
01120700052

**Pay Date: 01/23/2026 Period: 01/04/2026 - 01/17/2026**

| Employee | Client | Client/EmpNo/SSN |
|---|---|---|
| Courtney Ficek<br>901 33rd Ave N # 305<br>Fargo, ND 58102 | Jade Presents LLC<br>1320 1st Avenue N<br>Fargo, ND 58102 | 1207<br>2<br>***-**-9118 |

| Check No. | Gross Pay | Tips/NonPay | Taxes | Deductions | Net | Direct Deposit | Check Amount | Fed Taxable |
|---|---|---|---|---|---|---|---|---|
| 119141 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| YTD | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Pay Type | Hr/Unit | Rate | Current | YTD |
|---|---|---|---|---|
| Total Earnings | | | | |

| Taxes | Current | YTD |
|---|---|---|
| Total Taxes | | |

| Deductions | Employee | EE YTD | Employer | ER YTD |
|---|---|---|---|---|
| Critical | 0.00 | 0.00 | 46.00 | 46.00 |
| Dental* | 0.00 | 0.00 | 56.23 | 56.23 |
| DoorDash | 0.00 | 0.00 | 15.00 | 15.00 |
| Legal | 0.00 | 0.00 | 18.00 | 18.00 |
| PRO Rewards | 0.00 | 0.00 | 0.00 | 0.00 |
| Vision* | 0.00 | 0.00 | 16.88 | 16.88 |
| Total Deductions | 0.00 | 0.00 | 152.11 | 152.11 |

* Exempt from Federal W/H, Soc Sec and Medicare

** Exempt From Federal W/H